LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-8155 GAF (RZx) | Date | February 7, 2011 |
|---|---|---|---|
| Title | Knorr-Naehrmittel Aktiengesellchaft et al v. Knorr Solutions, Inc. et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: | |
| None | | None | |

**Proceedings:** **(In Chambers)**

### FURTHER ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

On January 12, 2011, this Court ordered Plaintiffs to show cause why this case should not be dismissed for lack of prosecution. (Docket No. 18, 1/12/11 Order.) Specifically, the Court indicated although that Defendants Siu C. Chan ("Chan"), Sin Wai Fung ("Fung"), and Ping Hong Li ("Li") had not answered the complaint, Plaintiffs had not requested entry of default pursuant to Federal Rule of Civil Procedure 55(a). (Id.) The Court gave Plaintiffs 20 days, until February 1, 2011, to satisfy the order by seeking entry of default. (Id.)

On February 1, 2011, Plaintiffs filed a response to the Court's January 12 OSC explaining that Chan had responded to the complaint. (Docket No. 23.) The Court now sees that Chan has in fact responded by filing an answer along with Defendant Knorr Solution, Inc., on December 2, 2010. (Docket No. 12.) The Order to Show Cause with respect to Defendant Chan is therefore **VACATED**.

On January 31, 2011, Plaintiffs also responded to the Court's OSC as to Defendants Fung and Li by requesting entry of default against them. (Docket Nos. 20, 21.) The next day, however, the clerk issued a Notice of Deficiency declining to enter the defaults because of deficiencies in Plaintiffs' applications. (Docket No. 22.) Specifically, the names of the persons served did not exactly match the complaint, aka names were not included on the proofs of service, and the proofs of service did not state if service was made pursuant to federal or state statute. (Id.) The Notice of Deficiency further instructed Plaintiffs that "Requesting party shall

LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-8155 GAF (RZx) | Date | February 7, 2011 |
|---|---|---|---|
| Title | Knorr-Naehrmittel Aktiengesellchaft et al v. Knorr Solutions, Inc. et al | | |

file a new Request/Application with noted deficiencies corrected in order to have default reconsidered."  (Id.)

On February 2, 2011, Plaintiffs filed amended proofs of service for Li and Fung, presumably to address the deficiencies identified in the clerk's Notice of Deficiency.  (Docket Nos. 24, 25.)  Plaintiffs, however, have not filed a new Request for Entry of Default, as directed to by the Notice of Deficiency.  Without such a new request, default will not be entered.

Because Plaintiffs still have not filed a satisfactory Request for Entry of Default against Defendants Li and Fung, the Court hereby further **ORDERS** Plaintiffs **TO SHOW CAUSE** why the claims against Li and Fung should not be dismissed for lack of prosecution.  Plaintiffs can satisfy this order by filing a Request for Entry of Default that complies with all applicable requirements or by dismissing the claims against Li and Fung.  Plaintiffs must respond to this order **within 15 days**.  **Failure to respond to this OSC will be deemed consent to the dismissal of the claims against Li and Fung.**

**IT IS SO ORDERED.**