UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Knorr-Naehrmittel Aktiengesellchaft, et al.,
          PLAINTIFF(S),

v.

Knorr Solutions, Inc., et al.,
          DEFENDANT(S),

CASE NUMBER: 10-cv-08155-GAF

NOTICE OF CLERICAL ERROR

TO:   U. S. District Judge(s)
       U. S. Magistrate Judge(s)
       Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☑ docket entry have/has been corrected as indicated below.

Title of Scanned Document: _____
Filed Date: 6/6/11    Document Number: 40

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document.
☐ Case number has been corrected. The correct case number is _____
☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are _____
☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are _____.
☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are _____
☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 07-09, ☐ 98-3, ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____
☐ Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.
☐ Case title is corrected from _____ to _____
☐ Document has been re-numbered as document number _____
☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____
☐ Document is missing page number(s): _____
☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____
☑ Other: docket entry incorrect.

CLERK, U.S. DISTRICT COURT

Date 6/6/11    By: /s/ Lisa M. Gonzalez
                              Deputy Clerk

*cc: Intake Supervisor / Deputy In Charge*