Peiwen Chang (State Bar No. 155166)
peiwen_chang@cnc-law.com
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Blvd., Suite 1250
Long Beach, California 90802
Telephone: (562) 951-8668
Facsimile: (562) 951-3933

Attorneys for Defendants KNORR SOLUTION,
INC., SIU C. CHAN a/k/a ALFRED CHAN;
and SIU WAI FUNG a/k/a CALVIN FUNG

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V., <br><br> Plaintiffs, <br><br> vs. <br><br> KNORR SOLUTION, INC., SIU C. CHAN a/k/a ALFRED CHAN, SIU WAI FUNG a/k/a CALVIN FUNG and PING HONG LI a/k/a SUKIE LI, <br><br> Defendants. | Case No. CV10-8155 GAF (Rzx) <br><br> SUPPLEMENTAL DECLARATION OF PEIWEN CHANG IN RESPONSE TO ORDER TO SHOW CAUSE RE: MOTION TO WITHDRAW |

I, Peiwen Chang, declare as follows:

1. I am an attorney licensed to practice before all the courts of California and a partner with the law firm of Cogswell Nakazawa & Chang, LLP, attorneys of record for defendants KNORR SOLUTION, INC., Siu C. Chan a/k/a Alfred Chan, and Siu Wai

1

1. Fung a/k/a Calvin fung ("Defendants"). I have personal knowledge of all facts set forth herein and if called upon, could and would competently testify to them.

2. This Supplemental Declaration is submitted in response to the Court Order dated July 5, 2011 to Show Cause.

3. I did comply with Local Rules 83-2.9.2.1 and 83-2.9.2.3 pertaining to the required notice as to my clients, i.e., Defendants.

4. On May 23, 2011, I sent an email to Defendants, reminding them of the unpaid retainer fee and invoices. I also warned them that if they did not pay us the retainer fee and invoices for attorneys' fees, I would not represent them. I informed Defendants that they needed to find another attorney to substitute our law firm or I would file the application with the court for withdrawal from representing them. Attached hereto as Exhibit "1" is a true and correct copy of my email sent to Defendants on May 23, 2011. The email addresses of Defendants were given to me by Defendants and had been used for prior communication and subsequent communication.

5. On May 23, 2011, I sent a second and separate email to defendant Siu Wai Fung a/k/a Calvin Fung ("Calvin Fung"), informing him that despite agreement to pay our fees, there was no payment from his employer. I alerted him to the other email to all three Defendants including him. Attached hereto as Exhibit "2" is a true and correct copy of the May 23, 2011 email that I sent to Calvin Fung.

6. On May 24, 2011, after Defendants failed to make the payments and to show up for the scheduled appointment, I sent another email to all three Defendants. In that email, I warned them that I intended to file the Motion to Withdraw. I also advised Knorr Solutions, Inc. as well as other defendants that as a corporate defendant, Knorr Solutions, Inc. cannot represent itself and must appear through counsel to defend itself. Attached hereto as Exhibit "3" is a true and correct copy of the May 24, 2011 email to Defendants.

SUPPLEMENTAL DECLARATION OF PEIWEN CHANG IN RESPONSE TO ORDER TO SHOW CAUSE RE: MOTION TO WITHDRAW

7.    Prior to the above three emails, I had multiple telephone conversations with Siu C. Chang a/k/a Alfred Chan ("Alfred Chan") and Calvin Fung, requesting for retainer fee payment which was overdue, and warned them that if they did not pay the retainer fee and the invoices, I could not represent them and they needed to find another attorney to substitute me.

8.    It was my understanding that Local Rules 83-2.9.2.1, as applied to all other parties who have appeared in the action, a noticed Motion would constitute the notice as required. Obviously, my understanding was wrong. I did not give notice to the other parties, by and through their attorney, who have appeared in this action prior to the filing of this Motion to Withdraw. Howver, after receiving the Court's Order re: Order to Show Cause, I did send an email to counsel for Plaintiffs. Attached hereto as Exhibit "4" is a true and correct copy of the July 6, 2011 email that I sent to counsel for Plaintiffs.

9.    If the Court does not find my declaration hereby sufficient to address the deficiencies set forth in the court's July 5, 2011 Order, I request that the Court deny the Motion to Withdraw without prejudice, and I will refile the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of July 2011, at Long Beach, California.

_____
Peiwen Chang

3

SUPPLEMENTAL DECLARATION OF PEIWEN CHANG IN RESPONSE TO ORDER TO SHOW CAUSE RE: MOTION TO WITHDRAW