## Peiwen Chang

| | |
|---|---|
| From: | Peiwen Chang [peiwen_chang@cnc-law.com] |
| Sent: | Monday, May 23, 2011 9:34 AM |
| To: | 'Alfred Chan'; 'Calvin Fung'; 'Michelle Wu' |
| Subject: | FW: Knorr-Naehrmittel v. Knorr Solution, Inc., et al. |

This is the email that we sent to you on May 3, 2011, right after we attended the court scheduling conference. I do not know the basis of your allegation that you do not know the status of this case.

I have left the attorneys' fee payment to be handled by Alice and did not deal directly with you, Alfred. Since the beginning of this case, you did not honor our agreement. The $5,000 retainer fee has not been paid. You have not paid our attorneys' fees on the agreed schedule. Accordingly, unless our fees are paid up to date today, please find another attorney to substitute us to represent you. If we do not receive a favorable response today, we will file the application with the court for withdrawal from representing you.

Regards,

**From:** Peiwen Chang [mailto:peiwen_chang@cnc-law.com]
**Sent:** Tuesday, May 03, 2011 8:34 AM
**To:** 'Alfred Chan'; 'Calvin Fung'
**Cc:** 'lawnwl1@aol.com'; 'Michelle Barahona'
**Subject:** Knorr-Naehrmittel v. Knorr Solution, Inc., et al.

We attended a court conference yesterday afternoon. The court inquired about the allegations and discovered facts about this case. Based on the intended discovery plan of Plaintiffs, the Court set the following dates:

| | |
|---|---|
| Last day to amend the Complaint | 8/26/2011 |
| Discovery cut-off | 2/24/2012 |
| Motion Cut-off | 3/5/2012 |
| Settlement Conference | 3/16/2012 |
| Pre-trial Material to be filed | 3/26/2012 |
| Pre-trial Conference | 4/9/2012  8:30 a.m. |
| Motions in limine | 4/30/2012 |
| Trial | 5/8/2012  8:30 a.m. |

Plaintiffs' counsel mentioned that there was a prior case out of state against another company and Mr. Alfred Chan, and a default judgment was entered against Mr. Chan. Plaintiffs allege that they have evidence that a significant volume of counterfeit products was sold by Knorr Solutions. We will have to serve Plaintiffs with discovery requests to find out what evidence Plaintiffs have regarding the alleged sale and profits by Knorr. Plaintiffs' counsel requests that all evidence including electronic evidence be kept intact. In that regard, please do not delete or alter any documents in your computer system, if any.

If Knorr sold any products infringing Plaintiffs' trademark, please provide me the information and documents. If we do not provide this information and documents to Plaintiffs, the court may impose sanctions including monetary sanctions if Plaintiffs prove that we intentionally did not provide the information and documents.

If you have any questions, please contact me.

Peiwen Chang

Exh. 1-4

1

## Peiwen Chang

**From:** Peiwen Chang [peiwen_chang@cnc-law.com]
**Sent:** Monday, May 23, 2011 10:13 AM
**To:** 'Calvin Fung'
**Cc:** 'Michelle Wu'
**Subject:** Lawsuit

Dear Mr. Fung:

This is to information that a conflict has arisen involving our further representation of you in this lawsuit. Despite agreement to pay attorneys' fees, your employer has not done so.

We have informed Alfred Chan by email that he needs to find another attorney to substitute us immediately if he does not pay our invoices today.   We also copied you on that email.  This is a separate courtesy notice to you.

Regards,

Peiwen Chang
Cogswell Nakazawa & Chang, LLP

Exh. 2-5

1

## Peiwen Chang

| | |
|---|---|
| **From:** | Peiwen Chang [peiwen_chang@cnc-law.com] |
| **Sent:** | Wednesday, July 06, 2011 10:37 AM |
| **To:** | 'Chang, Cyndie M.' |
| **Subject:** | Knorr-Naehrmittel Aketiengesellchaft v. Knorr Solutions, Inc. |

Dear Ms. Chang:

We just got the Court's Order regarding our firm's Motion to Withdraw as Counsel.

The Court requires us to give notice reasonably in advance to all other parties who appeared in this action. Our understanding of Local Rule 83-2.9.2.1 is that a noticed Motion would satisfy this requirement. Obviously, the Court believes otherwise.

Therefore, by way of this email, we provide you with separate notice, in compliance with Local Rule 83-2.9.2.1, that we are requesting to withdraw as counsel for defendants. You have received our Notice of Motion to Withdraw, and have also filed a Non-Opposition to the Motion. We will file a Supplemental Declaration with the Court with this email to you attached as an exhibit.

If you can acknowledge your receipt of this email, we would appreciate it.

Regards,

Peiwen Chang
Cogswell Nakazawa & Chang, LLP
444 W. Ocean Blvd., Ste. 1250
Long Beach, CA 90802
Tel: (562) 951-8668
Fax: (562) 951-3933

Exh. 3-6

# Peiwen Chang

| | |
|---|---|
| **From:** | Peiwen Chang [peiwen_chang@cnc-law.com] |
| **Sent:** | Tuesday, May 24, 2011 10:39 AM |
| **To:** | 'Alfred Chan'; 'Calvin Fung' |
| **Cc:** | 'Michelle Wu'; 'lawnwl1@aol.com' |
| **Subject:** | Payment of Our Fees and Our Intent to Withdraw/ Knorr -Naehrmittel v. Knorr Solution, et al. |

To: Knorr Solution, Inc.
    Attn: Mr. Alfred Chan

  Mr. Alfred Chan, as an individual defendant

  Mr. Calvin Fung, as an individual defendant

Re:    Knorr-Naehrmittel v. Knorr Solution, et al.

Gentlemen:

    Our repeated requests for your payment of our fees have been ignored by you. We had also indicated to you earlier that if you did not pay us, we would withdraw as your attorneys in this action. We also requested that you find new attorneys to substitute us. This is especially important for Knorr Solutions, Inc., as it as a corporate defendant cannot represent itself and must appear through counsel to defend itself.

    This is our final notice to you that we intend to file a Motion with the Court for Leave to Withdraw as your attorneys this Friday (May 27, 2011). We have verified your current mailing addresses as follows:

    Knorr Solutions, Inc.
    Mr. Alfred Chan
    9094 Las Tunas Drive, #B
    Temple City, CA 91780

    Mr. Calvin Fung
    424 La France Avenue, Unit B
    Alhambra, CA 91801

If the above addresses are not correct, please immediately notify us. Otherwise, we will mail our Motion to you at the above addresses.

Regards,

Peiwen Chang
Cogswell Nakazawa & Chang, LLP

Exh. ψ-7