# CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2011, a copy of the foregoing:

- **SUPPLEMENTAL DECLARATION OF PEWIEN CHANG IN RESPONSE TO ORDER TO SHOW CAUSE RE: MOTION TO WITHDRAW**

was electronically filed. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Cyndie M. Chang
cmchang@duanemorris.com

Mitchell A. Frank
mafrank@duanemorris.com

Gregory P. Gulia
gpgulia@duanemorris.com

Vanessa C. Hew
vchew@duanemorris.com

Yvette Darilynn Roland
ydroland@duanemorris.com

Audra Lynn Thompson
athompson@duanemorris.com

I caused the foregoing documents to be served by **U.S. MAIL** as follows:

Knorr Solution, Inc.
9094 Las Tunas Drive, #B
Temple City, CA 91780

Alfred Chan
9094 Las Tunas Drive, #B
Temple City, CA 91780

Calvin Fung
424 La France Avenue, Unit B
Alhambra, CA 91801

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 11, 2011

*Michelle Barahona*
Michelle Barahona