Cindy N. Tran (SBN 288214)
Law Office of Cindy N. Tran, APC
225 S. Lake Avenue, Suite 300
Pasadena, CA 91101
Tel: 626.389.8128
Fax: 626.638.0536

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V. <br> Plaintiff(s) <br> v. <br> KNORR SOLUTION, INC., SIU C. CHAN aka ALFRED CHAN, SIU WAI FUNG aka CALVIN FUNG AND PING HONG LI  Defendant(s). | CASE NUMBER <br><br> CV 10-8155 GAF(RZx) <br><br> REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Siu C. Chan
*Name of Party*          ☐ Plaintiff   ☑ Defendant   ☐ Other _____

hereby request the Court approve the substitution of  Cindy Tran
                                                    *New Attorney*

as attorney of record in place and stead of  Piewen Chang
                                            *Present Attorney*

Dated  July 19, 2011                        _____
                                            *Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated _____                        _____
                                            *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  July 19, 2011                        _____
                                            *Signature of New Attorney*
                                            288214
                                            *State Bar Number*

If party requesting to appear Pro Se:

Dated _____                        _____
                                            *Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)            REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY