Cindy Tran (SBN 081554)
Law Office of Cindy N. Tran, APC
225 S. Lake Avenue, Suite 300
Pasadena, CA 91101
Tel: 626.389.8128
Fax: 626.638.0536

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br>Plaintiff(s)<br>v.<br>KNORR SOLUTION, INC., SIU C. CHAN aka ALFRED CHAN, SIU WAI FUNG aka CALVIN FUNG AND PING HONG LI<br>Defendant(s). | CASE NUMBER<br>CV 10-8155 GAF(RZx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Knorr Solution, Inc.     ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of **Cindy Tran**
*New Attorney*

as attorney of record in place and stead of **Piewen Chang**
*Present Attorney*

Dated **July 19, 2011**

*Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated _____

*Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated **July 19, 2011**

*Signature of New Attorney*
**228214**
*State Bar Number*

---

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

---

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)     REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY