Cindy N. Tran (SBN 228214)
Law Office of Cindy N. Tran, APC
225 S. Lake Avenue, Suite 300
Pasadena, CA 91101
Tel: 626.389.8128
Fax: 626.638.0536

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br>Plaintiff(s)<br>v.<br>KNORR SOLUTION, INC., SIU C. CHAN aka ALFRED CHAN, SIU WAI FUNG aka CALVIN FUNG AND PING HONG LI   Defendant(s). | CASE NUMBER<br>CV 10-8155 GAF(RZx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Siu Wai Fung        ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of Cindy N. Tran
                                                      *New Attorney*
as attorney of record in place and stead of Piewen Chang
                                             *Present Attorney*

Dated May 26, 2011 2011            [signature]
                                   *Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated _____                       _____
                                   *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated July 19, 2011                [signature]
                                   *Signature of New Attorney*
                                   228214
                                   *State Bar Number*

If party requesting to appear Pro Se:

Dated _____                       _____
                                   *Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)          REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY