# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Knorr-Naehrmittel Aktiengesellchaft, et al., | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:10-cv-08155-GAF -RZ |
| v. | |
| Knorr Solutions, Inc., et al., | **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Local Rules, General Order 10-07 and/or the Court's Case Management Order as indicated:

| August 11, 2011 | / | 47, 48, 49 | / | Requests for Substitution of Attorney |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| | / | | / | |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing.
☐ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☑ Proposed Document was not submitted as separate attachment in each docket entry
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☑ Other Proposed orders in Word/WordPerfect format not submitted to judge's generic chambers email account.  Proposed orders in Word/WordPerfect format must also be submitted through CM/ECF by clicking on the Proposed Orders link in the Proposed Orders to Chambers and Clerk's Office section.  Attorney contact information must also be updated with Attorney Admissions.

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for Local Rules, General Order 10-07 and applicable forms.

Dated: August 12, 2011        By: *Gary Feess*
                              U.S. District Judge / ~~U.S. Magistrate Judge~~
*cc: Assigned District and/or Magistrate Judge*        Gary Allen Feess