LAW OFFICE OF CINDY N. TRAN, APC
Cindy N. Tran SBN 228214
225 S. Lake Avenue, Suite 300
Pasadena, California 91101-3009
Tel: 626-432-7208
Fax: 626-638-0536

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br><br>Plaintiff(s)<br>v.<br><br>KNORR SOLUTION, INC., SIU C. CHAN aka ALFRED CHAN, SIU WAI FUNG aka CALVIN FUNG and PING HONG LI<br><br>Defendant(s). | CASE NUMBER:<br><br>CV 10-8155 GAF(RZx)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

___Siu Wai Fung___    __Plaintiff  X Defendant  __Other  _____
*Name of Party*

to substitute   ___Cindy N. Tran___   who is

 X Retained Counsel     __ Counsel appointed by the Court (Criminal cases only)     __ Pro Se

___225 S. Lake Avenue, Suite 300___
*Street Address*

___Pasadena, CA 91101___                ___cindy@ctranlaw.com___
*City, State, Zip*                            *E-Mail Address*

___626-432-7208___        ___626-638-0536___        ___228214___
*Telephone Number*        *Fax Number*            *State Bar Number*

as attorney of record in place and stead of  ___Piewen Chang___
                                             *Present Attorney*

**is hereby**     __GRANTED__DENIED


Dated _____        _____
                            U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT=S WEBSITE AT WWW.CACD.USCOURTS.GOV.