Cindy Tran (CSBN 081554)
Law Office of Cindy N. Tran, APC
225 S. Lake Avenue, Suite 300
Pasadena, CA 91101
Tel: 626.389.8128
Fax: 626.638.0536

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br><br>Plaintiff(s)<br><br>v.<br><br>KNORR SOLUTION, INC., SIU C. CHAN aka ALFRED CHAN, SIU WAI FUNG aka CALVIN FUNG AND PING HONG LI   Defendant(s). | CASE NUMBER<br><br>CV 10-8155 GAF(RZx) |
|---|---|
| | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Knorr Solution, Inc.     ☐ Plaintiff   ☑ Defendant   ☐ Other _____
_Name of Party_

hereby request the Court approve the substitution of __Cindy Tran__

_New Attorney_

as attorney of record in place and stead of __Piewen Chang__

_Present Attorney_

Dated __July 19, 2011__

_Signature of Party/Authorized Representative of Party_

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated _____

_Signature of Present Attorney_

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated __July 19, 2011__

_Signature of New Attorney_

228214

_State Bar Number_

If party requesting to appear Pro Se:

Dated _____

_Signature of Requesting Party_

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED** *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* **(G-01 ORDER) ALONG WITH THIS REQUEST.**