LAW OFFICE OF CINDY N. TRAN, APC
Cindy N. Tran SBN 228214
225 S. Lake Avenue, Suite 300
Pasadena, California 91101-3009
Tel: 626-432-7208
Fax: 626-638-0536

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br><br>Plaintiff(s)<br>v.<br><br>KNORR SOLUTION, INC., SIU C. CHAN aka ALFRED CHAN, SIU WAI FUNG aka CALVIN FUNG and PING HONG LI<br><br>Defendant(s). | CASE NUMBER:<br><br>CV 10-8155 GAF(RZx)<br><br>**ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |
|---|---|

The Court hereby orders that the request of:

_____Knorr Solution, Inc._____   __Plaintiff   X Defendant   __Other   _____
*Name of Party*

to substitute _____Cindy N. Tran_____ who is

 X Retained Counsel      __ Counsel appointed by the Court (Criminal cases only)      __ Pro Se

_____225 S. Lake Avenue, Suite 300_____
*Street Address*

_____Pasadena, CA 91101_____                              _____cindy@ctranlaw.com_____
*City, State, Zip*                                              *E-Mail Address*

_____626-432-7208_____            _____626-638-0536_____            _____228214_____
*Telephone Number*                  *Fax Number*                  *State Bar Number*

as attorney of record in place and stead of _____Piewen Chang_____
                                              *Present Attorney*

**is hereby      __GRANTED__DENIED**

Dated _____              _____
                                     U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT=S WEBSITE AT WWW.CACD.USCOURTS.GOV.