Yvette D. Roland (SBN 120311)
Audra L. Thompson (SBN 218479)
Cyndie M. Chang (SBN 227542)
DUANE MORRIS LLP
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
Email: ydroland@duanemorris.com
E-mail: athompson@duanemorris.com
E-mail: cmchang@duanemorris.com

Gregory P. Gulia (admitted *pro hac vice*)
Vanessa C. Hew (admitted *pro hac vice*)
Mitchell A. Frank (admitted *pro hac vice*)
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

Attorneys for Plaintiffs
Knorr-Naehrmittel Aktiengesellchaft
and Unilever N.V.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br><br>Plaintiffs,<br><br>v.<br><br>KNORR SOLUTION, INC., SIU C. CHAN a/k/a ALFRED CHAN, SIU WAI FUNG a/k/a CALVIN FUNG and PING HONG LI a/k/a SUKIE LI<br><br>Defendants. | Case No.: CV 10-08155 GAF (Rzx)<br><br>**DECLARATION OF CYNDIE M. CHANG IN SUPPORT OF PLAINTIFFS' STATEMENT OF PARTIAL OPPOSITION TO DEFENDANT KNORR SOLUTION, INC.'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**<br><br>Date: October 3, 2011<br>Time: 9:30 a.m.<br>Courtroom: 740<br><br>The Honorable Gary A. Feess |

Cyndie M. Chang, declare as follows:

1. I am an attorney with Duane Morris LLP, counsel for Plaintiffs in the above-captioned matter. I submit this declaration in support of Plaintiffs' Statement

1

DECLARATION OF CYNDIE M. CHANG IN SUPPORT OF PLAINTIFFS' STATEMENT OF PARTIAL OPPOSITION TO DEFENDANT KNORR SOLUTION, INC.'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

1  of Partial Opposition to Defendant Knorr Solution, Inc.'s ("Defendant") Motion for
2  Leave to File Third-Party Complaint.
3      2.    At no time did Defendant or Defendant's counsel request to meet and
4  confer with Plaintiffs' counsel, in person or otherwise, regarding Defendant's Motion
5  for Leave to File a Third-Party Complaint.
6      3.    Plaintiffs' counsel had no advance notice that Defendant intended to file
7  a Motion for Leave to File a Third-Party Complaint.
8      I declare under penalty of perjury under the laws of the State of California that
9  the foregoing is true and correct.
10     Executed this 12th day of September, 2011, in Los Angeles, California.

                    /s/ Cyndie M. Chang
                    Cyndie M. Chang

**DECLARATION OF CYNDIE M. CHANG IN SUPPORT OF PLAINTIFFS' STATEMENT OF PARTIAL OPPOSITION TO DEFENDANT KNORR SOLUTION, INC.'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**