1  LAW OFFICES OF CINDY N. TRAN, APC
   Cindy N. Tran (SBN 228214)
2  Lisa Stilson (SBN 196059)
   225 S. Lake Avenue, Suite 300
3  Pasadena, California 91701-3009
   Tel: 626-432-7208
4  Fax:  626-638-0536

5  Attorneys for Defendant and Third Party Plaintiff Knorr Solution, Inc., a California
   Corporation and Defendants Siu C. Chan, a/k/a Alfred Chan, and Siu Wai Fung a/k/a
6  Calvin Fung

7

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 12  KNORR-NAEHRMITTEL<br>13  AKTIENGESELLCHAFT and<br>14  UNILEVER N.V.<br>15        Plaintiffs,<br>17        vs.<br>17  KNORR SOLUTION, INC., et al.<br>18        Defendants.<br>19  AND RELATED THIRD-PARTY<br>20  COMPLAINT | Case No.: CV10-8155 GAF (RZx)<br><br>STILPULATION TO MODIFY<br>COURT'S SCHEDULING AND<br>CASE MANAGEMENT ORDER |

21

22

23

24

25

26

27

28

*(left margin, vertical text)* **LAW OFFICE OF CINDY N. TRAN**  A Professional Corporation  235 S. Lake Avenue • Pasadena, California 91101-3009

Stipulation to Modify Scheduling Order

The parties hereto, Plaintiffs Knorr-Naehrmittel Aktiengesellchaft and Unilever N.V. ("Plaintiffs"), Defendant and Third-Party Plaintiff Knorr Solutions, Inc. ("KSI"), and Defendants Siu C. Chan, a/k/a Alfred Chan ("Chan"), and Siu Wai Fung a/k/a Calvin Fung ("Fung") (collectively referred to as "Defendants") by and through their attorneys of record, stipulate to, and respectfully request the Court to modify its Scheduling and Case Management Order dated May 2, 2011 ("Scheduling Order"), and continue the following dates and deadlines, set forth in the Scheduling Order for six months:

1.      The trial date presently set for May 8, 2012 at 8:30 am.

2.      The hearing on motions in *limine* and hearing on disputed jury instructions presently set for April 30, 2012 at 9:30 am.

3.      The date of the Pretrial Conference; motions in *limine* to be filed; proposed *voir dire* questions lodged; and agreed-to statement of case presently set for April 9, 2012 at 3:30 pm.

4.      The date for lodging of the Pretrial Conference Order; filing of memorandum of contentions of fact and law; exhibit & witness lists; filing of status report re settlement; file agreed upon set of jury instructions and verdict forms; file joint statement re disputed instructions, verdicts, etc. presently set for March 26, 2012.

5.      The last date to conduct settlement conference presently set for March 16, 2012.

6.      The last day for hearing motions presently set for March 5, 2012 at 9:30 am.

7.      The discovery cut-off presently set for February 24, 2012.

This is the first request for a continuance made in this case.  Plaintiffs filed the Complaint in this matter on October 28, 2010 for (1) Federal Trademark Counterfeiting; (2) Federal Trademark Infringement; (3) Federal Unfair

LAW OFFICE OF CINDY N. TRAN
A Professional Corporation
235 S. Lake Avenue • Pasadena, California 91101-3009

Stipulation to Modify Scheduling Order

1   Competition, False Designation of Origin and False Advertising; (4) Federal
2   Trademark Dilution; (5) State Statutory Unfair Competition; (6) State Statutory
3   Dilution; and (7) Common Law Unfair Competition. Defendants KSI and Chan filed
4   their answers to the Complaint on or about December 2, 2010.  Defaults were
5   entered against Defendants Fung and Ping Hong Li a/k/a Sukie Li ("Suki Li") on
6   February 8, 2011.  After filing a motion to set aside the default, Fung answered the
7   Complaint on or about April 8, 2011.  The Court held a Scheduling Conference on
8   May 2, 2011 and entered the Scheduling Order.  Defendants' prior counsel,
9   Cogswell Nakazawa & Chang, LLP filed a motion to withdraw on May 27, 2011,
10  which was granted by the Court on July 5, 2011.  Defendants' current counsel, the
17  Law Offices of Cindy N. Tran, A.P.C., substituted in as counsel on August 25, 2011.

12          On August 26, 2011, immediately after Defendants' counsel's request to
13  substitute was granted, KSI filed its Motion for Leave to File a Third Party
14  Complaint.  KSI's motion for leave was granted on September 30, 2011 and the
15  Third-Party Complaint was filed on October 12, 2011.  The Third-Party Complaint
17  alleges breach of contract, misrepresentation, fraud, and alter ego liabilities against
17  Third-Party Defendants Unilever Food Solutions, Unilever Hong Kong Limited,
18  Trio Foods Limited, Chris Shiu Leung Ho, and George Chu (collectively referred to
19  as "Third-Party Defendants") Each of the Third-Party Defendants is located in
20  China.

21          KSI proceeded with service to Third-Party Defendants in China, pursuant to
22  the Hague Convention.  To date, despite diligent efforts, KSI has not received
23  confirmation of completion of service on the third-party defendants residing in
24  Hong Kong.  Accordingly, KSI recently also engaged a Hong Kong law firm to take
25  measures to ensure service of the Third-Party Complaint.

26          Good cause exists for the continuance of the dates in the Scheduling Order as
27  KSI, despite diligent efforts, has not been able to effectuate service on the Third-

28

Stipulation to Modify Scheduling Order

Law Offices of Cindy N. Tran
A Professional Corporation
225 S. Lake Avenue, Suite 300, Pasadena, CA 91101-3009

1 Party Defendants residing in China.  Further, the parties will need additional time to
2 complete discovery and prepare for trial after the Third-Party Defendants appear in
3 this case.  Because the Third-Party Defendants are located in China, the parties
4 anticipate it will take at least six months to complete written discovery and
5 depositions of the parties and pertinent witnesses.  The present discovery cut-off and
6 related pre-trial dates do not allow for sufficient time to complete discovery and
7 prepare for trial, in light of the fact that, to date, KSI has not been able to confirm
8 service of the Third-Party Complaint.

9      Based on the foregoing, the parties, by and through their attorneys of record,
10 hereby stipulate and request that the dates set forth in the Court's Scheduling Order
17 be continued for a period of six months.

12      Dated: January 31, 2012      LAW OFFICES OF CINDY N. TRAN, APC

13

14

15      By:
17        Cindy N. Tran
17        Lisa Stilson
18        Attorneys for Defendant and Third-
       Party Plaintiff Knorr Solution, Inc.,
19        and Defendants Siu C. Chan, a/k/a
       Alfred Chan, and Siu Wai Fung a/k/a
20        Calvin Fung
21

22      Dated: January 31, 2012      DUANE MORRIS LLP
23

24

25      By:_____ /s/ _____
26        Cyndie M. Chang
27        Attorneys for Plaintiffs Knorr-
       Naehrmittel Aktiengesellchaft,
28        Unilever N.V.

**Law Offices of Cindy N. Tran**
A Professional Corporation
225 S. Lake Avenue, Suite 300, Pasadena, CA 91101-3009

1
2
3
4
5
6
7
8
9
10
17
12
13
14
15
17
17
18
19
20
21
22
23
24
25
26
27
28

**Law Offices of Cindy N. Tran**
A Professional Corporation
225 S. Lake Avenue, Suite 300, Pasadena, CA 91101-3009

Stipulation to Modify Scheduling Order

5

1
2
3
4
5
6
7
8
9
10
17
12
13
14
15
17
17
18
19
20
21
22
23
24
25
26
27
28

**Law Offices of Cindy N. Tran**
A Professional Corporation
225 S. Lake Avenue, Suite 300, Pasadena, CA 91101-3009

Stipulation to Modify Scheduling Order