**LAW OFFICE OF CINDY N. TRAN**
A Professional Corporation
235 S. Lake Avenue • Pasadena, California 91101-3009

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br><br>Plaintiffs,<br><br>vs.<br><br>KNORR SOLUTION, INC., et al.<br><br>Defendants.<br><br>AND RELATED THIRD-PARTY COMPLAINT | Case No.: CV10-8155 GAF (RZx)<br><br>[PROPOSED] ORDER TO MODIFY COURT'S SCHEDULING AND CASE MANAGEMENT ORDER |

Based on the STILPULATION TO MODIFY COURT'S SCHEDULING AND CASE MANAGEMENT ORDER filed by the parties, the Court finds that good cause exists for the continuance of the following dates set forth in the Court's Scheduling Order:

1. The trial date is continued from May 8, 2012 at 8:30 am to _____ at _____.

2. The hearing on motions in *limine* and hearing on disputed jury instructions is continued from April 30, 2012 at 9:30 am to _____ at _____.

3. The date of the Pretrial Conference; motions in *limine* to be filed; proposed *voir dire* questions lodged; and agreed-to statement of case is continued from April 9, 2012 at 3:30 pm to _____ at _____.

4. The date for lodging of the Pretrial Conference Order; filing of memorandum of contentions of fact and law; exhibit & witness lists; filing of status report re settlement; file agreed upon set of jury instructions and verdict forms; file joint statement re disputed instructions, verdicts, etc. is continued from March 26, 2012 to _____.

5. The last date to conduct settlement conference is continued from March 16, 2012 to _____.

6. The last day for hearing motions is continued from March 5, 2012 at 9:30 am to _____ at _____.

7. The discovery cut-off is continued from February 24, 2012 to_____.

DATED: _____, 2012

_____
Honorable Gary A. Feess
District Court Judge

Proposed Order to Modify Scheduling Order

2

Stipulation and Proposed Order to Modify Scheduling Order

3