1 | Yvette D. Roland (SBN 120311)
2 | Audra L. Thompson (SBN 218479)
   | Cyndie M. Chang (SBN 227542)
3 | DUANE MORRIS LLP
   | 865 S. Figueroa St., Suite 3100
4 | Los Angeles, CA 90017-5450
   | Telephone: (213) 689-7400
5 | Facsimile: (213) 689-7401
   | Email: ydroland@duanemorris.com
6 | E-mail: athompson@duanemorris.com
   | E-mail: cmchang@duanemorris.com

7 | Gregory P. Gulia (admitted *pro hac vice*)
   | Vanessa C. Hew (admitted *pro hac vice*)
8 | Mitchell A. Frank (admitted *pro hac vice*)
   | DUANE MORRIS LLP
9 | 1540 Broadway
   | New York, New York 10036-4086
10 | Telephone: (212) 692-1000
    | Facsimile: (212) 692-1020
11 | Email: gpgulia@duanemorris.com
    | Email: vchew@duanemorris.com
12 | Email: mafrank@duanemorris.com

13 | Attorneys for Plaintiffs
    | Knorr-Naehrmittel Aktiengesellchaft
14 | and Unilever N.V.

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.,<br><br>Plaintiffs,<br><br>v.<br><br>KNORR SOLUTION, INC., SIU C. CHAN a/k/a ALFRED CHAN, SIU WAI FUNG a/k/a CALVIN FUNG and PING HONG LI a/k/a SUKIE LI<br><br>Defendants. | Case No.: CV 10-08155 GAF (Rzx)<br><br>**PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AS TO DEFENDANT PING HONG LI aka SUKIE LI**<br><br>Date:        March 5, 2012<br>Time:       9:30 a.m.<br>Courtroom: 740<br><br>The Honorable Gary A. Feess |

1

PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AS TO DEFENDANT
PING HONG LI a/k/a SUKIE LI

## APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AS TO DEFENDANT GLOWSICLE LLC

Plaintiffs Knorr-Naehrmittel Aktiengesellchaft and Unilever N.V. (both entities hereinafter "Plaintiffs" or "Unilever") applies for entry of default judgment against Ping Hong Li a/k/a Sukie Li, pursuant to Fed. R. Civ. P. 55 and Rule 55-1 of the Local Civil Rules for the Central District of California. This Application is based upon the facts set forth below, the supporting Declaration of Gregory P. Gulia, the Memorandum of Points and Authorities filed in support of this Application, the Complaint [Docket Document No. 1], and all prior proceedings herein, and such additional argument and evidence that may be presented at or before any hearing that the Court may order on this Application. Plaintiffs state as follows, in accordance with Rule 55-1 of the Local Civil Rules for the Central District of California:

a. On February 8, 2011, the Clerk of this Court entered the default of Defendant Ping Hong Li a/k/a Sukie Li ("Li"). [Docket Document No. 29].

b. Defendant Li has been served with the summons and Complaint and has defaulted [Docket Document No. 1]. Defendant has not responded to the Complaint and appeared in this action. *See* concurrently filed Declaration of Gregory P. Gulia ("Gulia Decl.") at ¶ 2.

c. Defendant Li is not an infant, an incompetent person or in the military. *See* Gulia Decl. at ¶¶ 4 and 5.

d. The Servicemembers Civil Relief Act (50 App. U.S.C. § 521) does not appear to apply to this case. *See* Gulia Decl. at ¶ 5.

e. In addition, notice of this Application for Default Judgment and all the accompanying documents filed herein have been served on the defaulting party as of the date of the filing of this Application. *See* Gulia Decl. at ¶ 6.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant their Application for default judgment, and, enter a default judgment against Defendant Li.

A Proposed Order, Default Judgment and Permanent Injunction are attached hereto for the Court's consideration.

Respectfully submitted,

Dated: February 6, 2012   **DUANE MORRIS LLP**

By: /s/ Cyndie M. Chang
Yvette D. Roland
Audra L. Thompson
Cyndie M. Chang
Gregory P. Gulia (admitted *pro hac vice*)
Vanessa C. Hew (admitted *pro hac vice*)
Mitchell A. Frank (admitted *pro hac vice*)

Attorneys for Plaintiffs
Knorr-Naehrmittel Aktiengesellschaft and Unilever N.V.

## PROOF OF SERVICE

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is Duane Morris LLP, 865 S. Figueroa Street, Suite 3100, Los Angeles, California 90017-5450. On the date set forth below, I served the following document(s):

**PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AS TO DEFENDANT PING HONG LI aka SUKIE LI**

on the interested party(ies) in this action in the following manner:

[ XX ]   BY MAIL: On the date set forth below, at Los Angeles, California, I placed the document(s) in a sealed envelope(s), addressed as set forth below, for collection and mailing with the United States Postal Service. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. According to that practice, the correspondence will be deposited with the United States Postal Service that same day in the ordinary course of business, with first-class prepaid postage thereon. Service made pursuant to CCP § 1013a(3), upon motion of a party served, shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in the affidavit.

[ ]   BY PERSONAL DELIVERY: On the date set forth below, at Los Angeles, California, I placed the above-referenced document(s) in a box or location regularly maintained at my office for our messenger/courier service, or I delivered the envelope or package to a courier or driver authorized by our messenger/courier service to receive documents. The document(s) was(were) placed in a sealed envelope or package designated by our messenger/courier service with delivery fees paid or provided for, addressed to the person(s) on whom it is to be personally served at the address(es) shown below, at the office address(es) as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence. The messenger/courier service was provided with instructions that the envelope or package be personally served on the addressee(s) by same day delivery (C.C.P. §1011).

> Ping Hong Li
> 2315 246th Street
> Lomita, CA  90717-1405

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 6, 2012 at Los Angeles, California.

*[signature]*
Cheryl L. Wales