**LAW OFFICE OF CINDY N. TRAN**
A Professional Corporation
235 S. Lake Avenue • Pasadena, California 91101-3009

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br><br>Plaintiffs,<br><br>vs.<br><br>KNORR SOLUTION, INC., et al.<br><br>Defendants.<br><br>AND RELATED THIRD-PARTY COMPLAINT | Case No.: CV10-8155 GAF (RZx)<br><br>ORDER MODIFYING COURT'S SCHEDULING AND CASE MANAGEMENT ORDER |

Order to Modify Scheduling Order

1  Based on the FURTHER STIPULATION TO MODIFY COURT'S
2  SCHEDULING AND CASE MANAGEMENT ORDER filed by the parties, the
3  Court finds that good cause exists for the continuance of the dates in the Court's
4  Scheduling Order as set forth in the attached Schedule of Trial and Pretrial Dates.

5
6
7  DATED: February 13, 2012

   _____
8
9  Honorable Gary A. Feess
   District Court Judge
10
17
12
13
14
15
17
17
18
19
20
21
22
23
24
25
26
27
28

Order to Modify Scheduling Order

2

# SCHEDULE OF TRIAL AND PRETRIAL DATES

| Matter | Time | Weeks Before Trial | Plaintiff(s) (Request) | Defendant(s) (Request) | Court Order |
|---|---|---|---|---|---|
| **Trial (court)** **Estimated length: 5 days** | 8:30 am | | 12-04-12 | 12-04-12 | 12-04-12 |
| **[Jury trial] Hearing on Motions in Limine; Hearing on Disputed Jury Instructions** | | -1 | 11-26-12 | 11-26-12 | 11-26-12 |
| **[Court trial] File Findings of Fact and Conclusions of Law; Hearing on Motions in Limine** | 9:30 am | -1 | | | |
| **Pretrial Conference; Motions in Limine to be filed; Proposed Voir Dire Qs Lodged and Agreed-to Statement of Case** | 3:30 pm | -4 | 11-05-12 | 11-05-12 | 11-05-12 |
| **Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit & Witness Lists; File Status Report re Settlement; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc.** | | -6 | 10-22-12 | 10-22-12 | 10-22-12 |
| **Last Day for hearing motions** | | -8 | 10-08-12 | 10-08-12 | 10-08-12 |
| **Last Day to conduct Settlement Conference** | | -9 | 10-01-12 | 10-01-12 | 10-01-12 |
| **Discovery cut-off [Note: Expert disclosure no later than 70 days prior to this date.]** | | -10 | 09-24-12 | 09-24-12 | 09-24-12 |

Stipulation and Order to Modify Scheduling Order

3