Yvette D. Roland (SBN 120311)
Audra L. Thompson (SBN 218479)
Cyndie M. Chang (SBN 227542)
DUANE MORRIS LLP
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
Email:  yroland@duanemorris.com
E-mail: athompson@duanemorris.com
E-mail: cmchang@duanemorris.com

Gregory P. Gulia *(admitted pro hac vice)*
Vanessa C. Hew *(admitted pro hac vice)*
Mitchell A. Frank *(admitted pro hac vice)*
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
Email:  gpgulia@duanemorris.com
Email:  vchew@duanemorris.com
Email:  mafrank@duanemorris.com

Attorneys for Plaintiffs
Knorr-Naehrmittel Aktiengesellchaft
and Unilever N.V.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.,<br><br>Plaintiffs,<br><br>v.<br><br>KNORR SOLUTION, INC., SIU C. CHAN a/k/a ALFRED CHAN, SIU WAI FUNG a/k/a CALVIN FUNG and PING HONG LI a/k/a SUKIE LI<br><br>Defendants. | Case No.:  CV 10-08155 GAF (Rzx)<br><br>**STIPULATION FOR AN EXTENSION OF TIME FOR RESPONSE TO THE THIRD PARTY COMPLAINT (L.R. 8-3)**<br><br>**THIRD PARTY COMPLAINT SERVED: TBD**<br><br>**CURRENT RESPONSE DATE: TBD**<br><br>**NEW RESPONSE DATE: March 28, 2012**<br><br>The Honorable Gary A. Feess |

| | |
|---|---|
| 1 | KNORR SOLUTION, INC., a California Corporation, |
| 2 | |
| 3 | Third Party Plaintiff, |
| 4 | v. |
| 5 | UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, A Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Third Party Defendants. |

Plaintiffs Knorr-Naehrmittel Aktiengesellchaft and Unilever N.V. ("Plaintiffs"), Defendant and Third-Party Plaintiff Knorr Solutions, Inc. ("KSI"), and Defendants Siu C. Chan, a/k/a Alfred Chan ("Chan"), and Siu Wai Fung a/k/a Calvin Fung ("Fung") (KSI, Chan, and Fung collectively referred to as "Defendants"), by and through their attorneys of record, hereby stipulate to extend the date by which Third Party Defendant Unilever Hong Kong is required to respond to "Knorr Solution, Inc.'s Third Party Complaint", assuming service was proper, such that the response will be due on March 28, 2012, as follows:

Whereas KSI filed its Third Party Complaint on October 12, 2011, and KSI alleges service of the Third Party Complaint was recently effected this month in China;

Whereas KSI is currently in the process of obtaining the Certificate(s) of Service to confirm the date and means of service that took place in China;

Whereas the current deadline to respond to the Third Party Complaint may be as early as this Friday, February 24, 2012, but is uncertain at this time without review of the Certificate(s) of Service;

**Now therefore**, the parties hereby stipulate that Third Party Defendant Unilever Hong Kong has an extension of time through and including Wednesday, March 28,

2012 to respond to the Third Party Complaint or otherwise plead.

Good cause exists for this stipulation as it will allow time for the alleged foreign the third party defendant to investigate any service issues, obtain counsel, and review the substantive allegations against it.

The parties have not previously entered any stipulation for an extension of time to respond to the Third Party Complaint.

IT IS SO STIPULATED.

Dated: February 24, 2012	**DUANE MORRIS LLP**

By:  s/  Cyndie M. Chang
       Cyndie M. Chang

Attorneys for Plaintiffs
Knorr-Naehrmittel Aktiengesellchaft
and Unilever N.V.

Dated: February 24, 2012	**LAW OFFICES OF CINDY N. TRAN, APC**

By:  s/  Cindy N. Tran
       Cindy N. Tran
       Lisa Stilson

Attorneys for Defendant and Third-Party Plaintiff Knorr Solution, Inc., and Defendants Siu C. Chan, a/k/a Alfred Chan, and Siu Wai Fung a/k/a Calvin Fung