Yvette D. Roland (SBN 120311)
Audra L. Thompson (SBN 218479)
Cyndie M. Chang (SBN 227542)
DUANE MORRIS LLP
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
Email:  ydroland@duanemorris.com
E-mail: athompson@duanemorris.com
E-mail:  cmchang@duanemorris.com

Gregory P. Gulia *(admitted pro hac vice)*
Vanessa C. Hew *(admitted pro hac vice)*
Mitchell A. Frank *(admitted pro hac vice)*
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
Email:  gpgulia@duanemorris.com
Email:  vchew@duanemorris.com
Email:  mafrank@duanemorris.com

Attorneys for Plaintiffs
Knorr-Naehrmittel Aktiengesellchaft
and Unilever N.V.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.,<br><br>Plaintiffs,<br><br>v.<br><br>KNORR SOLUTION, INC., SIU C. CHAN a/k/a ALFRED CHAN, SIU WAI FUNG a/k/a CALVIN FUNG and PING HONG LI a/k/a SUKIE LI<br><br>Defendants. | Case No.:  CV 10-08155 GAF (Rzx)<br><br>**ORDER RE STIPULATION FOR AN EXTENSION OF TIME FOR RESPONSE TO THE THIRD PARTY COMPLAINT**<br>**(L.R. 8-3)**<br><br>**THIRD PARTY COMPLAINT SERVED: TBD**<br><br>**CURRENT RESPONSE DATE: TBD**<br><br>**NEW RESPONSE DATE: March 28, 2012**<br><br>The Honorable Gary A. Feess |

|   |   |
|---|---|
| 1 | KNORR SOLUTION, INC., a California Corporation, |
| 2 |  |
| 3 | Third Party Plaintiff, |
| 4 | v. |
| 5 | UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, A Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive, |
| 6 |  |
| 7 |  |
| 8 |  |
| 9 |  |
| 10 | Third Party Defendants. |

Based on the Joint Stipulation of Plaintiffs Knorr-Naehrmittel Aktiengesellchaft and Unilever N.V. ("Plaintiffs"), Defendant and Third-Party Plaintiff Knorr Solutions, Inc. ("KSI"), and Defendants Siu C. Chan, a/k/a Alfred Chan ("Chan"), and Siu Wai Fung a/k/a Calvin Fung ("Fung") (KSI, Chan, and Fung collectively referred to as "Defendants"), by and through their respective counsel, to extend the date by which Third Party Defendant Unilever Hong Kong is required to respond to "Knorr Solution, Inc.'s Third Party Complaint" to **March 28, 2012**, the Court finds that good cause exists for the extension as follows:

1. KSI filed its Third Party Complaint on October 12, 2011, and KSI alleges service of the Third Party Complaint was recently effected this month in China.

2. KSI is currently in the process of obtaining the Certificate(s) of Service to confirm the date and means of service that took place in China.

3. The current deadline to respond to the Third Party Complaint may be as early as this Friday, February 24, 2012, but is uncertain at this time without review of the Certificate(s) of Service;

4. The parties have not previously entered any stipulation for an extension of time for response to the Third Party Complaint. The current extension to which the

parties herein agree of March 28, 2012 potentially represents more than a 30-day extension of time to respond to Defendant KSI's pleading, assuming the current response date is February 24, 2012.

5. The parties have agreed that good cause exists to permit this extension of time for response to Defendant KSI's pleading.

6. Accordingly, the time for Third Party Defendant Unilever Hong Kong to respond to KSI's Third Party Complaint is hereby extended to and including March 28, 2012.

**IT IS SO ORDERED.**

Dated: February 27, 2012

_____
Judge Gary Feess
United States District Court Judge