LAW OFFICE OF CINDY N. TRAN, APC
Cindy N. Tran (SBN 228214)
Lisa Stilson (SBN 196059)
225 S. Lake Avenue, Suite 300
Pasadena, California 91101-3009
Tel: 626.432.7208
Fax: 626.638.0526

Attorneys for Defendant and Third Party Plaintiff Knorr Solution, Inc., a California Corporation and Defendants Siu C. Chan, a/k/a Alfred Chan, and Siu Wai Fung a/k/a Calvin Fung

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.,<br><br>Plaintiffs,<br><br>vs.<br><br>KNORR SOLUTION, INC., et al.<br><br>Defendants.<br><br>AND OTHER RELATED CROSS ACTIONS | Case No.: CV10-8155 GAF (RZx)<br><br>**NOTICE OF UNAVAILABILITY OF DEFENDANT AND THIRD PARTY PLAINTIFF KNORR SOLUTION, INC.'S COUNSEL** |

*Notice of Unavailablity*

**TO THE HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Please take notice that Cindy N. Tran and Lisa A. Stilson, the undersigned counsel of record for Defendant and Third Party Plaintiff Knorr Solution, Inc. and Defendants Siu C. Chan a/k/a Alfred Chan and Siu Wai Fung a/k/a Calvin Fung, will be overseas on a business trip and unavailable beginning March 29, 2012 through and including April 15, 2012.

Please do not serve any discovery or motions that need to be responded to by this office from March 29, 2012 through and including April 15, 2012. Further, please do not schedule any discovery, motions, hearings or trials during that time.

In the event of an emergency please leave a message at our office. To leave a message for our office, please call (626) 432-7208 or send an email to counsel@ctranlaw.com. We will attempt to check messages when possible from overseas.

Dated: March 6, 2012

Respectfully submitted,
LAW OFFICES OF CINDY N. TRAN, APC

By: _____
Cindy N. Tran
Lisa A. Stilson
Attorneys for Defendants and Third Party Plaintiff

*Notice of Unavailablity*