1  Elizabeth G. Ellis, (SBN 218956)
   LAW OFFICES OF ELIZABETH G. ELLIS
2  26137 Fairside Drive
   Malibu, CA 90265
3  Tel.: (310) 456-8413
   Fax: (888) 795-3398
4  E-Mail: LizEllis@ellis-lawoffices.com

5

6  Attorneys for Third Party Defendants
   TRIO FOODS LIMITED, CHRIS HO
7  and GEORGE CHU

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| 12  KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V. | ) Case No:   CV 10-8155 GAF (RZx) ) *Hon. Gary A. Feess (USDJ)* |
| 13 | ) |
| 14            Plaintiffs, | ) **STIPULATION FOR EXTENSION** ) **OF TIME FOR THIRD PARTY** |
| 15       v. | ) **DEFENDANTS TRIO FOODS** ) **LIMITED, CHU AND HO TO** |
| 16  KNORR SOLUTION, INC., et al, | ) **RESPOND TO KNORR SOLUTION** ) **INC.'S THIRD PARTY** |
| 17            Defendants. | ) **COMPLAINT** *(Fed.R.Civ.P. Rule* ) *12(b); L.R. 8-3;Doc #274, Sched Order* |
| 18  _____ | ) *at B. (i-iii)* |
| 19  KNORR SOLUTION, INC., a California corporation, | ) ) Filed concurrently with [Proposed] |
| 20            Third Party Plaintiff, | ) Order ) |
| 21       v. | ) ) |
| 22  UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG | ) ) **CURRENT RESPONSE DATE:** |
| 23  KONG LIMITED, a Chinese entity, TRIO FOODS LIMITED, a Chinese | ) **Unknown** ) |
| 24  limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE | ) **STIPULATED RESPONSE DATE:** ) **April 9, 2012** |
| 25  CHU, an individual, and ROES 1-10, inclusive, | ) ) |
| 26 | ) |
| 27            Third Party Defendants. | ) Trial date:   December 4, 2012 |
| 28  _____ | ) |

LAW OFFICES OF
ELIZABETH G. ELLIS       **STIPULATION REGARDING TIME TO RESPOND TO THIRD PARTY COMPLAINT**

Third-Party Defendants, Trio Foods Limited, Chris Shiu Leung Ho and George Chu ("Third Party Defendants") and Third Party plaintiff Knorr Solution, Inc. ("KSI") by and through their respective counsel of record stipulate as follows:

WHEREAS, KSI filed its Third Party Complaint on October 11, 2011 and a trial in this matter is scheduled to commence December 4, 2012;

WHEREAS, the Third Party Defendants are located in Hong Kong and China, requiring service of process conducted in accordance with the Hague Convention and the signatory member's agreement, terms and provisions;

WHEREAS, the deadline for the Third Party Defendants to respond to the Third Party Complaint is uncertain and Proofs of Service are not yet available;

NOW THEREFORE, good cause existing hereon and no similar relief having previously been sought, the undersigned hereby stipulate and agree that the Third Party Defendants shall electronically serve and file their response to the Third Party Complaint through and including **April 9, 2012.**

**IT IS SO STIPULATED:**

DATED:   March 6, 2012          LAW OFFICES OF ELIZABETH G. ELLIS

By: _____
Elizabeth G. Ellis
Attorneys for Third Party Defendants,
TRIO FOODS LIMITED, CHRIS HO and
GEORGE CHU

DATED:   March 6, 2012          LAW OFFICES OF CINDY N. TRAN, APC

By: _____
Cindy N. Tran
Lisa Stilson
Attorneys for Defendant and Third Party
Plaintiff KNORR SOLUTION, INC., and
Defendants SIU C. CHAN aka ALFRED
CHAN and SIU WAI FUNG aka CALVIN
FUNG