1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.,<br><br>    Plaintiffs,<br><br>   v.<br><br>KNORR SOLUTION, INC., et al,<br><br>    Defendants.<br>_____<br>KNORR SOLUTION, INC., a California corporation,<br><br>    Third Party Plaintiff,<br><br>   v.<br><br>UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, a Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive,<br><br>    Third Party Defendants.<br>_____ | **Case No:** CV 10-8155 GAF (RZx)<br>*Hon. Gary A. Feess (USDJ)*<br><br>**[PROPOSED] ORDER**<br><br>**EXTENDING TIME FOR THIRD PARTY DEFENDANTS TRIO FOODS LIMITED, CHU AND HO TO RESPOND TO KNORR SOLUTION INC.'S THIRD PARTY COMPLAINT TO APRIL 9, 2012**<br><br><br><br><br><br><br><br><br><br><br><br>Trial date:   December 4, 2012 |

---

**[PROPOSED] ORDER: EXTENDING TIME TO RESPOND TO THIRD PARTY COMPLAINT**

Based on the Joint Stipulation of counsel, good cause existing thereon and no similar relief having previously being sought, Third-Party Defendants, TRIO FOODS LIMITED, CHRIS SHIU LEUNG HO and GEORGE CHU's time to respond to the Third Party Complaint of Knorr Solution, Inc., is extended through and including **April 9, 2012.**

**IT IS SO ORDERED:**

DATED:   March ___, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. GARY A. FEES
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

Respectfully prepared by:

Elizabeth G. Ellis, (SBN 218956)
LAW OFFICES OF ELIZABETH G. ELLIS
26137 Fairside Drive
Malibu, CA 90265
Tel.: (310) 456-8413
Fax: (888) 795-3398
E-Mail: LizEllis@ellis-lawoffices.com
Attorneys for Third Party Defendants
TRIO FOODS LIMITED, CHRIS HO
and GEORGE CHU