Name & Address: Elizabeth G. Ellis (SBN 218956)
Law Offices of Elizabeth G. Ellis
26137 Fairside Road
Malibu, California 90265
Tel (310) 456-8413 Fax (888) 795-3398
E-Mail: LizEllis@ellis-lawoffices.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT et at    PLAINTIFF(S) | CASE NUMBER | CV 10-8155 GAF (RZx) |
| v. | | |
| KNORR SOLUTION, INC et al; [ and RELATED THIRD PARTY COMPLAINT ]    DEFENDANT(S). | NOTICE OF CHANGE OF ATTORNEY INFORMATION | |

**The following information must be provided:**

I, __Elizabeth G. Ellis__ , __218956__ , __LizEllis@ellis-lawoffices.com__
         Name                    CA Bar ID Number              E-mail Address

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

Third Party Defendants, TRIO FOODS LIMITED, CHRIS SHIU LEUNG HO and GEORGE CHU

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☑ consent  ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

## SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:

☐ TO UPDATE NAME OR FIRM INFORMATION:
　　☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
　　　　PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☑ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
　　☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
　　☑ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

---

G-06 (10/10)　　　　NOTICE OF CHANGE OF ATTORNEY INFORMATION　　　　Page 1 of 2

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name  Elizabeth G. Ellis          CA State Bar Number  218956
Firm/Government Agency Name  _____
Address:  26137 Fairside Road, Malibu CA 90265
Telephone Number  (310) 456-8413          Facsimile Number  (888) 795-3398
New E-mail address  LizEllis@ellis-lawoffices.com

☐ TO BE REMOVED FROM THE CASE: **

☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: March 6, 2012          _____
                              Signature of Attorney of Record / Attorney for the Firm

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**