NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Elizabeth G. Ellis (SBN 218956)
Law Offices of Elizabeth G. Ellis
26137 Fairside Road
Malibu, California 90265
Tel: (310) 456-8413
Fax: (888) 795-3398
E-Mail: LizEllis@ellis-lawoffices.com

ATTORNEYS FOR: TPDefs TRIO FOODS LIMITED, HO and CHU

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGELSELLCHAFT et al<br><br>Plaintiff(s),<br>v.<br><br>KNORR SOLUTION, INC. et al<br><br>[AND RELATED THIRD PARTY COMPLAINT]<br>Defendant(s) | CASE NUMBER:<br><br>CV 10-8155 GAF (RZx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Third Party Defendants TRIO FOODS LIMITED, CHRIS HO and GEORGE CHU
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                        **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGELSELLCHAFT | Plaintiff |
| UNILEVER N.V. | Plaintiff |
| UNILEVER FOOD SOLUTIONS | Third party Defendant |
| UNILEVER HONG KONG LIIMITED | Third Party Defendant |
| KNORR SOLUTION, INC. | Defendant/Third Party Plaintiff |
| SUI C. CHAN aka ALFRED CHAN | Defendant |
| SIU WAI FUNG aka CALVIN FUNG | Defendant |
| PING HONG LI aka SUKIE LI | Defendant |

March 6, 2012
Date

Sign

Elizabeth G. Ellis
Attorney of record for or party appearing in pro per

CV-30 (04/10)                    NOTICE OF INTERESTED PARTIES