| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V., | ) ) ) ) | **Case No:** CV 10-8155 GAF (RZx) *Hon. Gary A. Feess (USDJ)* |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | **EXTENDING TIME FOR THIRD PARTY DEFENDANTS TRIO FOODS LIMITED, CHU AND HO TO RESPOND TO KNORR SOLUTION INC.'S THIRD PARTY COMPLAINT TO APRIL 9, 2012** |
| KNORR SOLUTION, INC., et al, | ) ) ) | |
| Defendants. | ) ) | |
| KNORR SOLUTION, INC., a California corporation, | ) ) ) | |
| Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, a Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive, | ) ) ) ) ) ) ) ) | |
| Third Party Defendants. | ) ) | Trial date:   December 4, 2012 |

**ORDER: EXTENDING TIME TO RESPOND TO THIRD PARTY COMPLAINT**

Based on the Joint Stipulation of counsel, good cause existing thereon and no similar relief having previously being sought, Third-Party Defendants, TRIO FOODS LIMITED, CHRIS SHIU LEUNG HO and GEORGE CHU's time to respond to the Third Party Complaint of Knorr Solution, Inc., is extended through and including **April 9, 2012.**

**IT IS SO ORDERED:**

DATED: March _7_, 2012

_/s/ Gary Fees_
HON. GARY A. FEES
United States District Court Judge

Respectfully prepared by:

Elizabeth G. Ellis, (SBN 218956)
LAW OFFICES OF ELIZABETH G. ELLIS
26137 Fairside Drive
Malibu, CA 90265
Tel.: (310) 456-8413
Fax: (888) 795-3398
E-Mail: LizEllis@ellis-lawoffices.com
Attorneys for Third Party Defendants
TRIO FOODS LIMITED, CHRIS HO and GEORGE CHU

[PROPOSED] ORDER: EXTENDING TIME TO RESPOND TO THIRD PARTY COMPLAINT
2