| | |
|---|---|
| 1 | Cyndie M. Chang (SBN 227542) |
| 2 | DUANE MORRIS LLP<br>865 S. Figueroa St., Suite 3100 |
| 3 | Los Angeles, CA 90017-5450<br>Telephone: (213) 689-7400 |
| 4 | Facsimile: (213) 689-7401<br>E-mail: cmchang@duanemorris.com |
| 5 | Gregory P. Gulia (admitted *pro hac vice*) |
| 6 | Vanessa C. Hew (admitted *pro hac vice*)<br>Mitchell A. Frank (admitted *pro hac vice*) |
| 7 | DUANE MORRIS LLP<br>1540 Broadway |
| 8 | New York, New York 10036-4086<br>Telephone: (212) 692-1000 |
| 9 | Facsimile: (212) 692-1020<br>Email: gpgulia@duanemorris.com |
| 10 | Email: vchew@duanemorris.com<br>Email: mafrank@duanemorris.com |
| 11 | Attorneys for Plaintiffs |
| 12 | Knorr-Naehrmittel Aktiengesellchaft<br>and Unilever N.V. |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.,<br><br>Plaintiffs,<br><br>v.<br><br>KNORR SOLUTION, INC., SIU C. CHAN a/k/a ALFRED CHAN, SIU WAI FUNG a/k/a CALVIN FUNG and PING HONG LI a/k/a SUKIE LI<br><br>Defendants. | Case No.:  CV 10-08155 GAF (Rzx)<br><br>**PLAINTIFFS' REQUEST FOR CONTINUANCE OF HEARING ON APPLICATION FOR DEFAULT JUDGMENT AS TO DEFENDANT PING HONG LI a/k/a SUKIE LI**<br><br>Present Hearing Date:<br>          March 26, 2012<br>Time:    9:30 a.m.<br>Courtroom:  740<br><br>The Honorable Gary A. Feess |

PLEASE TAKE NOTICE that pursuant to the Court's February 27, 2012 Minute Order, the hearing on Plaintiffs Knorr-Naehrmittel Aktiengesellchaft and Unilever N.V.'s (collectively "Plaintiffs") Application for Entry of Default Judgment against Defendant Ping Hong Li a/k/a Sukie Li was continued from March 5, 2012 to

1

PLAINTIFFS' REQUEST FOR CONTINUANCE OF HEARING OF APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AS TO DEFENDANT PING HONG LI a/k/a SUKIE LI

1 | March 26, 2012.

2 |     Plaintiffs' counsel will be unavailable on March 26, 2012 due to out-of-state work travel. Due to the unavailability of Plaintiffs' counsel on the new Court-ordered date, Plaintiffs hereby request a one-week continuance of the hearing to Monday, April 2, 2012 at 9:30 a.m.

                                              Respectfully submitted,

Dated: March 12, 2012        **DUANE MORRIS LLP**

By: /s/ Cyndie M. Chang
Cyndie M. Chang
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
E-mail: cmchang@duanemorris.com

Gregory P. Gulia (admitted *pro hac vice*)
Vanessa C. Hew (admitted *pro hac vice*)
Mitchell A. Frank (admitted *pro hac vice*)
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
Email: gpgulia@duanemorris.com
Email: vchew@duanemorris.com
Email: mafrank@duanemorris.com

Attorneys for Plaintiffs
Knorr-Naehrmittel Aktiengesellschaft and
Unilever N.V.

PLAINTIFFS' REQUEST FOR CONTINUANCE OF HEARING OF APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AS TO DEFENDANT PING HONG LI a/k/a SUKIE LI

# PROOF OF SERVICE

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is Duane Morris LLP, 865 S. Figueroa Street, Suite 3100, Los Angeles, California 90017-5450. On the date set forth below, I served the following document(s):

**PLAINTIFFS' REQUEST FOR CONTINUANCE OF HEARING OF APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AS TO DEFENDANT PING HONG LI a/k/a SUKIE LI**

on the interested party(ies) in this action in the following manner:

**[ X ] BY MAIL**: On the date set forth below, at Los Angeles, California, I placed the document(s) in a sealed envelope(s), addressed as set forth below, for collection and mailing with the United States Postal Service. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. According to that practice, the correspondence will be deposited with the United States Postal Service that same day in the ordinary course of business, with first-class prepaid postage thereon. Service made pursuant to CCP § 1013a(3), upon motion of a party served, shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in the affidavit.

**[ ] BY PERSONAL DELIVERY**: On the date set forth below, at Los Angeles, California, I placed the above-referenced document(s) in a box or location regularly maintained at my office for our messenger/courier service, or I delivered the envelope or package to a courier or driver authorized by our messenger/courier service to receive documents. The document(s) was(were) placed in a sealed envelope or package designated by our messenger/courier service with delivery fees paid or provided for, addressed to the person(s) on whom it is to be personally served at the address(es) shown below, at the office address(es) as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence. The messenger/courier service was provided with instructions that the envelope or package be personally served on the addressee(s) by same day delivery (C.C.P. §1011).

Ping Hong Li
2315 246th Street
Lomita, CA  90717-1405

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 12, 2012, at Los Angeles, California.

Diana Garcia

---

3

PLAINTIFFS' REQUEST FOR CONTINUANCE OF HEARING OF APPLICATION FOR DEFAULT JUDGMENT BY THE COURT AS TO DEFENDANT PING HONG LI a/k/a SUKIE LI