Cyndie M. Chang (SBN 227542)
DUANE MORRIS LLP
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
Email:  ydroland@duanemorris.com
E-mail: athompson@duanemorris.com
E-mail:  cmchang@duanemorris.com

Gregory P. Gulia *(admitted pro hac vice)*
Vanessa C. Hew *(admitted pro hac vice)*
Mitchell A. Frank *(admitted pro hac vice)*
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
Email:  gpgulia@duanemorris.com
Email:  vchew@duanemorris.com
Email:  mafrank@duanemorris.com

Attorneys for Plaintiffs
Knorr-Naehrmittel Aktiengesellchaft
and Unilever N.V.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br><br>        Plaintiffs,<br><br>  v.<br><br>KNORR SOLUTION, INC., SIU C. CHAN a/k/a ALFRED CHAN, SIU WAI FUNG a/k/a CALVIN FUNG and PING HONG LI a/k/a SUKIE LI<br><br>        Defendants. | Case No.:  CV 10-08155 GAF (Rzx)<br><br>**SECOND STIPULATION FOR AN EXTENSION OF TIME FOR RESPONSE TO THE THIRD PARTY COMPLAINT**<br>**(L.R. 8-3)**<br><br>**THIRD PARTY COMPLAINT SERVED: TBD**<br><br>**CURRENT RESPONSE DATE: TBD**<br><br>**NEW RESPONSE DATE: 30 DAYS AFTER PROOF OF SERVICE OF THIRD PARTY COMPLAINT**<br><br>The Honorable Gary A. Feess |

1

SECOND STIPULATION FOR EXTENSION OF TIME FOR RESPONSE TO THE THIRD PARTY COMPLAINT

|   |   |
|---|---|
| 1 | |
| 2 | KNORR SOLUTION, INC., a California Corporation, |
| 3 | Third Party Plaintiff, |
| 4 | v. |
| 5 | UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, A Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Third Party Defendants. |

Plaintiffs Knorr-Naehrmittel Aktiengesellchaft and Unilever N.V. ("Plaintiffs"), Defendant and Third-Party Plaintiff Knorr Solutions, Inc. ("KSI"), and Defendants Siu C. Chan, a/k/a Alfred Chan ("Chan"), and Siu Wai Fung a/k/a Calvin Fung ("Fung") (KSI, Chan, and Fung collectively referred to as "Defendants"), by and through their attorneys of record, hereby stipulate to extend the date by which Third Party Defendant Unilever Hong Kong is required to respond to "Knorr Solution, Inc.'s Third Party Complaint", assuming service was proper, such that the response will be due thirty (30) days after Defendants electronically serve by email to Plaintiffs' counsel the Certificate(s) of Service of the Third Party Complaint on Unilever Hong Kong, as follows:

Whereas KSI filed its Third Party Complaint on October 12, 2011, and KSI alleges service of the Third Party Complaint was effected in February 2012 in China;

Whereas Plaintiffs have requested that Defendants provide the Certificate(s) of Service on the third party defendant Unilever Hong Kong prior to responding to the Third Party Complaint;

Whereas KSI is still in the process of obtaining the Certificate(s) of Service from its foreign law firm to confirm the date and means of service that took place in China and obtaining such Certificate(s) has taken longer than originally expected;

Whereas the current deadline to respond to the Third Party Complaint is March 28, 2012 due to the parties first stipulation for an extension of time and this Court's order, but is uncertain at this time without review of the Certificate(s) of Service;

**Now therefore**, the parties hereby stipulate that Third Party Defendant Unilever Hong Kong has an extension of time of thirty (30) days after Defendants serve Plaintiffs with the Certificate(s) of Service on third party defendant Unilever Hong Kong to respond to the Third Party Complaint or otherwise plead.

Good cause exists for this stipulation as it will allow time for the foreign third party defendant to investigate any service issues, obtain counsel, and review the substantive allegations against it.

The parties have previously entered one stipulation for an extension of time to respond to the Third Party Complaint, filed on February 24, 2012.

IT IS SO STIPULATED.

Dated: March   , 2012          **DUANE MORRIS LLP**

                               By:   s/   Cyndie M. Chang
                                          Cyndie M. Chang
                               Attorneys for Plaintiffs
                               Knorr-Naehrmittel Aktiengesellchaft
                               and Unilever N.V.

Dated: March 22 , 2012         **LAW OFFICES OF CINDY N. TRAN, APC**

                               By:   *[signature: Cindy Tran]*
                                          Cindy N. Tran
                                          Lisa Stilson
                               Attorneys for Defendant and Third-Party
                               Plaintiff Knorr Solution, Inc., and
                               Defendants Siu C. Chan, a/k/a Alfred
                               Chan, and Siu Wai Fung a/k/a Calvin
                               Fung