1  Cyndie M. Chang (SBN 227542)
   DUANE MORRIS LLP
2  865 S. Figueroa St., Suite 3100
   Los Angeles, CA 90017-5450
3  Telephone: (213) 689-7400
   Facsimile: (213) 689-7401
4  Email:  ydroland@duanemorris.com
   E-mail: athompson@duanemorris.com
5  E-mail: cmchang@duanemorris.com

6  Gregory P. Gulia *(admitted pro hac vice)*
   Vanessa C. Hew *(admitted pro hac vice)*
7  Mitchell A. Frank *(admitted pro hac vice)*
   DUANE MORRIS LLP
8  1540 Broadway
   New York, New York 10036-4086
9  Telephone: (212) 692-1000
   Facsimile: (212) 692-1020
10 Email: gpgulia@duanemorris.com
   Email: vchew@duanemorris.com
11 Email: mafrank@duanemorris.com

12 Attorneys for Plaintiffs
   Knorr-Naehrmittel Aktiengesellchaft
13 and Unilever N.V.

14

15            UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.,<br><br>Plaintiffs,<br><br>v.<br><br>KNORR SOLUTION, INC., SIU C. CHAN a/k/a ALFRED CHAN, SIU WAI FUNG a/k/a CALVIN FUNG and PING HONG LI a/k/a SUKIE LI<br><br>Defendants. | Case No.: CV 10-08155 GAF (Rzx)<br><br>**[PROPOSED] ORDER RE SECOND STIPULATION FOR AN EXTENSION OF TIME FOR RESPONSE TO THE THIRD PARTY COMPLAINT**<br>**(L.R. 8-3)**<br><br>**THIRD PARTY COMPLAINT SERVED: TBD**<br><br>**CURRENT RESPONSE DATE: TBD**<br><br>**NEW RESPONSE DATE: 30 DAYS AFTER PROOF OF SERVICE OF THIRD PARTY COMPLAINT**<br><br>The Honorable Gary A. Feess |

1

[PROPOSED] ORDER RE SECOND STIPULATION FOR AN EXTENSION OF TIME FOR RESPONSE TO THE THIRD PARTY COMPLAINT

| | |
|---|---|
| 1 | |
| 2 | KNORR SOLUTION, INC., a California Corporation, |
| 3 | Third Party Plaintiff, |
| 4 | v. |
| 5 | UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, A Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive, |
| 9 | |
| 10 | Third Party Defendants. |

Based on the Joint Stipulation of Plaintiffs Knorr-Naehrmittel Aktiengesellchaft and Unilever N.V. ("Plaintiffs"), Defendant and Third-Party Plaintiff Knorr Solutions, Inc. ("KSI"), and Defendants Siu C. Chan, a/k/a Alfred Chan ("Chan"), and Siu Wai Fung a/k/a Calvin Fung ("Fung") (KSI, Chan, and Fung collectively referred to as "Defendants"), by and through their respective counsel, to extend the date by which Third Party Defendant Unilever Hong Kong is required to respond to "Knorr Solution, Inc.'s Third Party Complaint" to thirty (30) days after Defendants serve Plaintiffs Certificate(s) of Service of the Third Party Complaint on Unilever Hong Kong, the Court finds that good cause exists for the extension as follows:

1. KSI filed its Third Party Complaint on October 12, 2011, and KSI alleges service of the Third Party Complaint was recently effected in February 2012 in China.

2. KSI is still in the process of obtaining the Certificate(s) of Service to confirm the date and means of service that took place in China and obtaining such Certificate(s) has taken longer than originally expected.

3. The current deadline to respond to the Third Party Complaint is March 28, 2012 due to the parties first stipulation for an extension of time and this Court's order, but is uncertain at this time without review of the Certificate(s) of Service;

4. The parties have previously entered one stipulation for an extension of time for response to the Third Party Complaint, filed on February 24, 2012. The extension to which the parties herein agree represents more than a 30-day extension of time to respond to Defendant KSI's pleading, since the current response date is March 28, 2012.

5. The parties have agreed that good cause exists to permit this extension of time for response to Defendant KSI's pleading.

6. Accordingly, the time for Third Party Defendant Unilever Hong Kong to respond to KSI's Third Party Complaint is hereby extended to thirty (30) days after Defendants electronically serve by email to Plaintiffs' counsel the Certificate(s) of Service of the Third Party Complaint on Unilever Hong Kong.

**IT IS SO ORDERED.**

Dated: _____

Judge Gary Feess
United States District Court Judge

[PROPOSED] ORDER RE SECOND STIPULATION FOR AN EXTENSION OF TIME FOR RESPONSE TO THE THIRD PARTY COMPLAINT