1  Elizabeth G. Ellis, (SBN 218956)
   LAW OFFICES OF ELIZABETH G. ELLIS
2  26137 Fairside Drive
   Malibu, CA 90265
3  Tel.: (310) 456-8413
   Fax: (888) 795-3398
4  E-Mail:  LizEllis@ellis-lawoffices.com

5

6  Attorneys for Third Party Defendants
   TRIO FOODS LIMITED, CHRIS HO
7  and GEORGE CHU

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11

12 KNORR-NAEHRMITTEL                 )  Case No:   CV 10-8155 GAF (RZx)
   AKTIENGESELLCHAFT and             )  Hon. Gary A. Feess (USDJ)
13 UNILEVER N.V.                     )
                                     )
14               Plaintiffs,         )  SECOND STIPULATION FOR
                                     )  EXTENSION OF TIME FOR THIRD
15         v.                        )  PARTY DEFENDANTS TRIO
                                     )  FOODS LIMITED, CHU AND HO
16 KNORR SOLUTION, INC., et al,      )  TO RESPOND TO KNORR
                                     )  SOLUTION INC.'S THIRD PARTY
17               Defendants.         )  COMPLAINT *(Fed.R.Civ.P. Rule
   _____   )  12(b); L.R. 8-3; Doc #274, Sched Order
18                                   )  at B. (i-iii)*
   KNORR SOLUTION, INC., a           )
19 California corporation,           )  Filed concurrently with [Proposed]
                                     )  Order
20         Third Party Plaintiff,    )
                                     )
21         v.                        )
                                     )
22 UNILEVER FOOD SOLUTIONS, a        )
   Chinese entity, UNILEVER HONG     )  THIRD PARTY COMPLAINT
23 KONG LIMITED, a Chinese entity,   )  SERVED:   TBD
   TRIO FOODS LIMITED, a Chinese     )
24 limited company, CHRIS SHIU       )  NEW RESPONSE DATE:
   LEUNG HO, an individual, GEORGE   )  30 Days after Proofs of Service Filed
25 CHU, an individual, and ROES 1-10,)
   inclusive,                        )
26                                   )
                                     )
27         Third Party Defendants.   )  Trial date:   December 4, 2012
   _____   )
28

LAW OFFICES OF
ELIZABETH G. ELLIS       **SECOND STIPULATION REGARDING TIME TO RESPOND TO THIRD PARTY COMPLAINT**

1   Third-Party Defendants, Trio Foods Limited, Chris Shiu Leung Ho and George Chu ("Third Party Defendants") and Third Party plaintiff Knorr Solution, Inc. ("KSI") by and through their respective counsel of record stipulate as follows:

WHEREAS, KSI filed its Third Party Complaint on October 11, 2011 and a trial in this matter is scheduled to commence December 4, 2012;

WHEREAS, the Third Party Defendants are located in Hong Kong and China, requiring service of process conducted in accordance with the Hague Convention and the signatory member's agreement, terms and provisions;

WHEREAS, the deadline for the Third Party Defendants to respond to the Third Party Complaint is uncertain and KSI is still in the process of obtaining the Proofs of Service from its foreign law firm, which process has taken longer than expected;

WHEREAS, the Third Party Defendants have requested that KSI provide Proofs of Service prior to responding to the Third Party Complaint in order to limit motion practice and as a matter of judicial economy;

WHEREAS, the parties hereto previously entered into one stipulation for an extension of time to respond to the Third Party Complaint to April 9, 2012, which this Court granted (Order, Docket No. 82).  At the time this relief was sought, it was anticipated that the Proofs of Service would be filed by now *i.e.,* well in advance of the stipulated response date in order to allow Third Party Defendants time to investigate any service issues prior to filing their response to the Third Party Complaint.  However, through no fault of KSI's counsel, obtaining the Proofs of Service has taken longer than expected.

NOW THEREFORE, good cause exists to enter into this Stipulation which will allow Third Party Defendants time to investigate any service issues after KSI files its Proofs of Service in this Court in order to enable them to formulate their response

such the undersigned hereby stipulate and agree that the Third Party Defendants shall serve and file their response to the Third Party Complaint no later than **thirty (30) days after KSI files its Proofs of Service** of the Third Party Complaint on each of the Third Party Defendants.

IT IS SO STIPULATED:

DATED:   March 26, 2012        LAW OFFICES OF ELIZABETH G. ELLIS

By: _/s/ Elizabeth G. Ellis_____
Elizabeth G. Ellis
Attorneys for Third Party Defendants,
TRIO FOODS LIMITED, CHRIS HO and GEORGE CHU

DATED:   March 26, 2012        LAW OFFICES OF CINDY N. TRAN, APC

By: _/s/ Cindy N. Tran_____
Cindy N. Tran
Lisa Stilson
Attorneys for Defendant and Third Party Plaintiff KNORR SOLUTION, INC., and Defendants SIU C. CHAN aka ALFRED CHAN and SIU WAI FUNG aka CALVIN FUNG