# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KNORR SOLUTION, INC., et al,<br><br>　　　　Defendants.<br>_____<br>KNORR SOLUTION, INC., a California corporation,<br><br>　　　　Third Party Plaintiff,<br><br>　v.<br><br>UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, a Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive,<br><br>　　　　Third Party Defendants.<br>_____ | **Case No:** CV 10-8155 GAF (RZx)<br>*Hon. Gary A. Feess (USDJ)*<br><br>**ORDER**<br><br>**EXTENDING TIME FOR THIRD PARTY DEFENDANTS TRIO FOODS LIMITED, CHU AND HO TO RESPOND TO KNORR SOLUTION INC.'S ("KSI") THIRD PARTY COMPLAINT TO 30 DAYS AFTER KSI FILES ITS PROOFS OF SERVICE**<br><br><br><br><br><br><br><br><br><br>Trial date:   December 4, 2012 |

---
**ORDER: EXTENDING TIME TO RESPOND TO THIRD PARTY COMPLAINT**

1  Based on the Joint Stipulation of counsel, good cause existing thereon and similar relief having previously being granted based on the premise that the Proofs of Service would have been available and filed by now, Third-Party Defendants, TRIO FOODS LIMITED, CHRIS SHIU LEUNG HO and GEORGE CHU's ("Third Party Defendants") time to respond to the Third Party Complaint of Knorr Solution, Inc. ("KSI"), is extended to **30 days after KSI files its Proofs of Service** of the Third Party Complaint on each of the Third Party Defendants.

**IT IS SO ORDERED:**

DATED:    March 28, 2012

_____
HON. GARY A. FEESS
United States District Court Judge

Respectfully prepared by:

Elizabeth G. Ellis, (SBN 218956)
LAW OFFICES OF ELIZABETH G. ELLIS
26137 Fairside Drive
Malibu, CA 90265
Tel.: (310) 456-8413
Fax: (888) 795-3398
E-Mail: LizEllis@ellis-lawoffices.com
Attorneys for Third Party Defendants
TRIO FOODS LIMITED, CHRIS HO
and GEORGE CHU