1 | Elizabeth G. Ellis, (SBN 218956)
LAW OFFICES OF ELIZABETH G. ELLIS
2 | 26137 Fairside Drive
Malibu, CA 90265
3 | Tel.: (310) 456-8413
Fax: (888) 795-3398
4 | E-Mail: LizEllis@ellis-lawoffices.com

6 | Attorneys for Third Party Defendants
TRIO FOODS LIMITED, CHRIS HO
7 | and GEORGE CHU

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V., | ) Case No: CV 10-8155 GAF (RZx) |
|---|---|
| Plaintiffs, | ) Hon. Gary A. Feess (USDJ) |
| v. | ) **NOTICE OF PENDENCY OF OTHER ACTION** *(L. R. 83-1.4)*; |
| KNORR SOLUTION, INC., et al, | ) |
| Defendants. | ) **REQUEST FOR ORDER TO SHOW CAUSE RE: DISMISSAL OF THIRD PARTY COMPLAINT ON 10/21/2011 21 DAY SUMMONS** |
| KNORR SOLUTION, INC., a California corporation, | ) |
| Third Party Plaintiff, | ) (Filed contemporaneously with REQUEST FOR JUDICIAL NOTICE AND DECLARATION OF ELIZABETH G. ELLIS) |
| v. | ) |
| UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, a Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive, | ) |
| Third Party Defendants. | ) Trial date:  December 4, 2012 |

TO THE HONORABLE COURT AND TO ALL PARTIES:

**PLEASE TAKE NOTICE**, that the third party complainant Knorr Solutions, Inc. ("KSI") filed a counter-complaint in the Los Angeles Superior ("State") court which is virtually identical to KSI's third party complaint filed against Trio Foods Limited, FL, Chris Ho and George Chu (collectively "the Trio parties") in this ("Federal") action.

As described below, the parties and participants, issues and claims between KSI and the Trio parties in this Action are identical to the State Case. In both venues, KSI's claims are state law based claims. There is no diversity between the parties. KSI has failed to prosecute its claims in this Federal venue on a 21 days Summons issued 10/12/2011--over six (6) months ago. KSI has failed to file Proofs of Service for over six (6) months and the third party defendants assert that the manner of service was defective and therefore, void.

**REQUEST FOR ORDER TO SHOW CAUSE**: The Trio parties respectfully request that this Court Order KSI to Show Cause why KSI's third party complaint should not be dismissed with prejudice for failure: 1.) to prosecute; 2.) to notify this Court of the pendency of duplicate claims filed in State court by KSI; 3.) to file a Proof of Service regarding the 21 day Summons issued 10/21/2011 on KSI's third party complaint.

The Trio parties seek an order dismissing the third party complaint such that the State court proceedings can move towards trial on the merits on identical pending claims between the parties and participants.

The State court set a Status conference on **May 25, 2012** to discuss this specific issue. The State court case is stayed pending this Court's decision.

1  L.R. 83-1.4.2    Notice

2  (a)  KSI filed a State court counter-complaint which asserts the same claims against Trio Foods as KSI asserts in its Federal third party complaint. The State counter-complaint and Federal third party complaint are identical in all relevant respects;

(b)  The title of the State court case is entitled *Knorr Solution Inc v. Trio Foods Limited, Chris Ho and George Chu*, Los Angeles Superior Court Case No.: BC 45445. Annexed to the accompanying Request for Judicial Notice ("RJN") are true and correct copies of KSI's pleadings as follow:

Exhibit "A":  KSI's (State court) Cross-complaint;

Exhibit "B"    KSI's (Federal court) Third party complaint.

(c)  KSI and the Trio parties are parties or participants in the Federal and State court actions;

(d)  KSI is represented in both actions by:

LAW OFFICES OF CINDY N. TRAN, APC
Cindy N Tran, Esq.
Lisa A. Stilson, Esq.
225 S. Lake Ave., Suite 300
Pasadena, CA 91101
626-432-7208 / 626-389-8128
Fax: 626-638-0536
Email: cindy@ctranlaw.com
Email: lisa@ctranlaw.com

The Trio parties are represented in both actions by:

LAW OFFICES OF ELIZABETH G. ELLIS
Elizabeth G. Ellis, Esq.
26137 Fairside Drive
Malibu, CA 90265
Tel.: (310) 456-8413
Fax: (888) 795-3398
E-Mail: LizEllis@ellis-lawoffices.com

LAW OFFICES OF
ELIZABETH G. ELLIS

**NOTICE OF PENDENCY AND REQUEST FOR ORDER TO SHOW CAUSE**

(e)  Glancing at the Federal and State court complaints evinces identical alignment of issues and subject matter of claims between KSI and the Trio parties and participants.

KSI has failed to prosecute its Federal third party complaint which was filed in this action more than six (6) months ago *i.e.,* October 12, 2011.  No Proofs of Service have been filed and the third party defendants assert that the manner of process was defective and void.   KSI has delayed both the Federal and State court action to the Trio parties detriment and prejudice.

Substantial discovery has already been completed in the State case including several rounds of Special and Form interrogatories, Requests for Admission and Request for Production of Documents.   The State court has stayed its case but retained jurisdiction pending this Federal court's decision to either proceed to trial or dismiss the third party complaint.   On dismissal, the State court can proceed to a swift trial on the merits.

Moreover, should the Trio Parties ultimately be required to file an Answer (to KSI's third party complaint) in this Action, as a matter of right under the Federal Rules of Civil Procedure the Trio parties will necessarily file as their counter-complaint against KSI the identical claims previously filed as their State court complaint.  This is redundant of the State case and the trial and related proceedings in this Action may (again) be extended due to no fault of the Trio parties but in order to avoid prejudice to their discovery and other rights.   The foregoing are foreseeable and caused by KSI's failure to prosecute this Action and failure to notify this court regarding the pendency of the same issues in State court .  The State court action is stayed pending an order from this court.   KSI's claims in this Action can be readily

concluded in the State case.

Accordingly, the Trio parties most respectfully request that this Court Order KSI to Show Cause why KSI's third party complaint should not be dismissed with prejudice so that the State court case can proceed to trial on the same claims between the same parties and participants and that sanctions issue for failure to timely file Proofs of Service or prosecute, causing prejudice and delay.

DATED:     May 2, 2012                    LAW OFFICES OF ELIZABETH G. ELLIS


By:_____
Elizabeth G. Ellis
Attorneys for Third Party Defendants,
TRIO FOODS LIMITED, CHRIS HO and
GEORGE CHU