# DECLARATION OF SERVICE

Case No.: CV 10-8155 GAF (RZx)
KNORR-NAEHRMITTEL AKTIENGESELLCHAFT et al.
Plaintiffs,

vs.
KNORR SOLUTION, INC., et al.
Defendants.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

I received the Third-Party Summons and Third-Party Complaint on 1-30-2012 at Hong Kong and executed it by mailing a true copy of this document, by Hong Kong Post (Registered Mail) on February 2, 2012 to the listed Defendant(s), at his/her/their formal place of business/registered residence as follows:

Legal Department
Unilever Hong Kong Ltd.
6 Dai Fu St. Tai Po Industrial Estate
New Territories, H.K.

Mr. George Chu
Units 2015-2017, metro Centre 11
21 Lam Hing Street, Kowloon Bay
Kowloon, Hong Kong

Trio Food Ltd.
Units 2015-2017, metro Centre 11
21 Lam Hing Street, Kowloon Bay
Kowloon, Hong Kong

Chris Shiu Leung Ho
Units 2015-2017, metro Centre 11
21 Lam Hing Street, Kowloon Bay
Kowloon, Hong Kong

Attached as Exhibit A is a true copy of the Certificate of Posting for each of the article of mail sent to the above named individuals along with the mail tracking confirmation of delivery printed from the Hong Kong Post's website.

I am a disinterested person, and resident of Hong Kong, who is of legal age and competent to make this oath and sign said document under penalty of perjury.

Executed April 12, 2012 in Hong Kong SAR.

Siu Ho Chan