Hongkong Post

Local Time: 6-Mar-2012, 07:04

Mail Tracking

## Local Registered Letter

The item (RB553739260HK) was delivered on 3-Feb-2012.

To make further enquiry of this item, please complete the Online Enquiry Form or send the item number; the details of sender; addressee and contact information by fax to Mail Tracing Office. Our fax no. is (852) 2868 4723. You can also email or call our Mail Tracing Office at (852) 2921 2211 during office hours.

Enquire Another Item

Last revision date : 21 August 2006

2005 © | Important Notices | Privacy Policy



Local Time: 6-Mar-2012, 06:55

Mail Tracking

## Local Registered Letter

The item (RB553739239HK) was delivered on 3-Feb-2012.

To make further enquiry of this item, please complete the Online Enquiry Form or send the item number; the details of sender; addressee and contact information by fax to Mail Tracing Office. Our fax no. is (852) 2868 4723. You can also email or call our Mail Tracing Office at (852) 2921 2211 during office hours.

Enquire Another Item

Last revision date : 21 August

2005 © | Important Notices | Privacy Policy



Hongkong Post — Local Registered Packet
R RB 553 739 239 HK

NAME AND ADDRESS OF ADDRESSEE:
MR. GEORGE CHU
Units 2015-2017 Metro Centre II
21 LAM HING ST
Kowloon BAY, Kowloon H.K.

Total Postage [including Registration & AR fee (if applicable)] HK$ 21.20

Date Stamp: HONG KONG 2 2 12 APT

Local Time: 6-Mar-2012, 06:54

Mail Tracking

## Local Registered Letter

The item (RB553739392HK) was delivered on 3-Feb-2012.

To make further enquiry of this item, please complete the Online Enquiry Form or send the item number; the details of sender; addressee and contact information by fax to Mail Tracing Office. Our fax no. is (852) 2868 4723. You can also email or call our Mail Tracing Office at (852) 2921 2211 during office hours.

Enquire Another Item

2005 © | Important Notices | Privacy Policy

Last revision date : 21 August 2006



HONG KONG
R  RB 553 739 392 HK

Local Registered Packet

NAME AND ADDRESS OF ADDRESSEE: Trio Food LTD
Units 2015-2017, Metro Centre II,
21 Lam Hing Street, Kowloon Bay.
Kowloon Hong Kong.

Total Postage [including Registration & AR fee (if applicable)] HK$ 21.20

For HongKong Post Use

Date Stamp: HONG KONG 2 2 12 APT

Local Time: 6-Mar-2012, 06:55

Mail Tracking

## Local Registered Letter

The item (RB553739242HK) was delivered on 3-Feb-2012.

To make further enquiry of this item, please complete the Online Enquiry Form or send the item number; the details of sender; addressee and contact information by fax to Mail Tracing Office. Our fax no. is (852) 2868 4723. You can also email or call our Mail Tracing Office at (852) 2921 2211 during office hours.

Enquire Another Item

Last revision date : 21 August 2006

2005 © | Important Notices | Privacy Policy

