# PRIORITY MAIL
UNITED STATES POSTAL SERVICE ®

Customs Declaration Dispatch Note - CP 72



CJ 196 823 803 US

**U.S. POSTAGE PAID COMMERCIAL BASE PRICING**

MEDIUM FLAT RATE BOX

**From:**
CINDY TRAN
LAW OFFICES OF CINDY N. TRAN, APC
225 S LAKE AVE STE 300
PASADENA CA 91101-3009
USA

License Number(s):
Certificate Number(s):
Invoice Number:

Insured Number:
Insured Amount (US $):
SDR Value: $0.65

**To:**
CHIEF SECRETARY FOR ADMINISTRATION
HONG KONG SAR GOVERNMENT
ROOM 140 EAST WING
CENTRAL GOVERNMENT OFFICES
LOWER ALBERT ROAD
HONG KONG
**HONG KONG**

Importer's Telephone/Fax/Email:

Comments (e.g., goods subject to quarantine, sanitary/phytosanitary inspection, or other restrictions)

Nondelivery Instructions: Return to Sender

| Detailed description of contents | Qty. | Weight lb. | oz. | Value (US $) | HS Tariff Number | Country of Origin |
|---|---|---|---|---|---|---|
| 5 service copies of summons and complaint | 1 | 3 | 0 | 1.00 | | |

**Contents:** ☐ Gift  ☐ Commercial Sample  ☐ Other
☒ Documents  ☐ Returned Goods
Explanation: 5 copies of summons and com

| Total Wt. | | Total Value | Postage and Fees |
|---|---|---|---|
| 3 | 0 | $1.00 | $43.23 |

Sender's Customs Reference (if known):
Importer's Customs Reference - (Fiscal or VAT-number of the addressee, if known):
PFC or Exemption/Exclusion Legend
NOEEI 30.37(a)

I certify the particulars given in this customs declaration are correct. This item does not contain any dangerous article, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under the Foreign Trade Regulations.

Sender's signature  CINDY TRAN                    Date  11/09/2011

**POSTAL USE ONLY**
Date In:   Time In: ☐ AM ☐ PM   Employee Initials:

Mailing Office Date Stamp:
Online Postage
Nov 9, 2011
91101
USPS

PS Form 2976-A-PMI    Do not duplicate this form without USPS approval.    The item/parcel may be opened officially.    4 - Sender's Copy