English          Customer Service          USPS Mobile                                    Register / Sign In

**USPS.COM®**

Search USPS.com or Track Packages

| Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions |

# Track & Confirm

**GET EMAIL UPDATES**      **PRINT DETAILS**

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| CJ196823803US | Priority Mail International Parcels | Delivered | November 22, 2011, 7:46 pm | HONG KONG | International Parcels |
| | | Addressee Moved - Item forwarded / redirected | November 22, 2011, 12:56 pm | HONG KONG | |
| | | Incorrect Address - Scheduled for another delivery attempt today | November 21, 2011, 7:55 pm | HONG KONG | |
| | | Missed delivery - Will attempt delivery on next working day | November 18, 2011, 3:26 pm | HONG KONG | |
| | | Customs clearance processing complete | November 18, 2011, 12:09 pm | HONG KONG | |
| | | Customs clearance processing complete | November 18, 2011, 12:00 pm | HONG KONG | |
| | | Processed Through Sort Facility | November 18, 2011, 11:00 am | HONG KONG | |
| | | Processed Through Sort Facility | November 11, 2011, 4:38 am | ISC LOS ANGELES CA (USPS) | |
| | | Arrived at Sort Facility | November 11, 2011, 4:37 am | ISC LOS ANGELES CA (USPS) | |
| | | Electronic Shipping Info Received | November 09, 2011 | | |

**Check on Another Item**

What's your label (or receipt) number?

**Find**

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.