# Authorities

|  | China (Hong Kong) - Other Authority (Art. 18) & practical information |
|---|---|
| **Address** | **Central Authority(ies):** *Chief Secretary for Administration* <table><tr><td colspan="2">**Contact details:**</td></tr><tr><td>Address:</td><td>Chief Secretary for Administration<br>Hong Kong Special Administrative Region Government<br>Room 321, 3/F, East Wing<br>Central Government Offices<br>2 Tim Mei Avenue<br>Admiralty<br>Hong Kong, China</td></tr><tr><td>Telephone:</td><td>+852 2810 3969</td></tr><tr><td>Fax:</td><td>+852 2842 8897</td></tr><tr><td>E-mail:</td><td>cso@cso.gov.hk</td></tr><tr><td>General website:</td><td>http://www.cso.gov.hk/</td></tr><tr><td>Contact person:</td><td>For information on contact persons, click here.</td></tr><tr><td>Languages spoken by staff:</td><td>English, Chinese</td></tr></table> **Practical Information:** *(The following information was provided by the relevant State authorities or was obtained from the replies to the 2003 and/or 2008 Service Convention Questionnaires)* <table><tr><td>Forwarding authorities (Art. 3(1)):</td><td>Chief Secretary for Administration</td></tr><tr><td>Methods of service (Art. 5(1)(2)):</td><td>*Formal Service* (Art. 5(1)(a))<br>Service of documents is effected by the Chief Bailiff of the Court. Unless</td></tr></table> |

| | |
|---|---|
| | specifically requested otherwise, formal service will be performed in one of the following ways:<br>a) by personal service on addressee if the addressee is a person;<br>b) by leaving at the registered office address if the addressee is a limited company or corporation; or<br>c) by personal service on an officer of the company or corporation if the addressee is a limited company or corporation and the registered office is no longer occupied or used by the addressee.<br><br>*Informal delivery* (Art. 5(2))<br>The informal delivery is also carried out by the Chief Bailiff.<br><br>*Service by a particular method* (Art. 5(1)(b))<br>Most of the special requests are requests to serve documents by post; this is performed by the Chief Bailiff.<br><br>For service in general, see Order 69 rule 3 of the Rules of the High Court (Cap. 4A): legislation.gov.hk.<br>For service on companies, see section 356 of the Companies Ordinance (Cap. 32): legislation.gov.hk/(...). |
| Translation requirements (Art. 5(3)): | According to Order 69, Rule 3(1) of the Rules of the High Court, if the request is in a language other than either or both of Hong Kong's official language (which are Chinese and English), it shall be accompanied by a translation of the request in either of the two languages, 2 copies of the process and, unless the court or tribunal of a country or place outside Hong Kong certifies that the person to be served understands the language of the process, 2 copies of the translation of the process.<br><br>Hong Kong has not entered into agreement with other Contracting States in these respects, within the meaning of Art. 20(b). |

| | |
|---|---|
| Costs relating to execution of the request for service (Art. 12): | Hong Kong does not impose any fee for executing requests under the Convention. Service is executed by the Court Bailiff. We have not invoked Art. 12(2) of the Convention to charge any fees. |
| Time for execution of request: | Around two months |
| Judicial officers, officials or other competent persons (Art. 10(b)): | The practice of our court is that whenever such requests are received, they will be forwarded to the competent authority for Hong Kong (Chief Secretary for Administration) for processing. Direct service through Government officials is not available in Hong Kong. However, a private agent (usually a firm of solicitors) may be appointed directly to effect service. Such service can be effected directly without going through the Government or the judiciary.<br><br>The Hong Kong Judiciary does not seek reimbursement of the costs. The charges made by solicitors appointed to serve process by foreign judicial officers, officials or other competent persons are not regulated by the Government. They vary depending on the services required and time taken to execute the request. |
| Oppositions and declarations (Art. 21(2)): | (Click here to read all the declarations for the Hong Kong Special Administrative Region made under the Service Convention.) |
| Art. 8(2): | Opposition |
| Art. 10(a): | No opposition |
| Art. 10(b): | Additional information – See declarations |
| Art. 10(c): | Additional information – See declarations |
| Art. 15(2): | No declaration of applicability |
| Art. 16(3): | No declaration of applicability |
| Derogatory channels | There are no other bilateral or multilateral agreements. There is, however, an internal arrangement on service of process with the |

|  |  |  |
|---|---|---|
|  | (bilateral or multilateral agreements or internal law permitting other transmission channels) (Arts. 11, 19, 24 and 25)  **Disclaimer:** *Information may not be complete or fully updated – please contact the relevant authorities to verify this information.* | neighbouring Guangdong Province in the Mainland. |
|  | Useful links: | http://www.judiciary.gov.hk/ (Court's services - Bailiff's Office) http://www.legislation.gov.hk/ (Bilingual Laws Information System) http://www.hklii.org.hk/ (Hong Kong Legal Information Institute) |

(This page was last updated on 15 November 2011)

| Conventions | • Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters [14] |
|---|---|