Elizabeth G. Ellis, (SBN 218956)
LAW OFFICES OF ELIZABETH G. ELLIS
26137 Fairside Drive
Malibu, CA 90265
Tel.: (310) 456-8413
Fax: (888) 795-3398
E-Mail: LizEllis@ellis-lawoffices.com

Attorneys for Plaintiff,
TRIO FOODS LIMITED

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| TRIO FOODS LIMITED, a Chinese limited company, <br><br> Plaintiff, <br><br> v. <br><br> KNORR SOLUTION, INC., a California corporation; KNORR FOOD STRATEGIC INC., a California corporation; ALFRED CHAN; and Does 1-25, <br><br> Defendants. <br><br> ———————————————— <br><br> KNORR SOLUTION INC. <br><br> Cross-Complainant <br> v. <br><br> TRIO FOODS LIMITED, *et al.* <br><br> Cross-Defendants | Case No: **BC 454445** <br> *Hon. Charles F. Palmer, Dept. 33* <br><br><br> **NOTICE OF RULING** <br><br><br><br><br><br><br><br><br><br><br><br> Commenced: February 3, 2011 <br> Trial Date: **VACATED** |

LAW OFFICES OF
ELIZABETH G. ELLIS

NOTICE OF RULING RE: STAY OF ACTION

Plaintiff, Trio Foods Limited hereby gives Notice that the attached Minute Order has been adopted as this Court's Final Ruling and ORDERS as follows:

1. GRANTS defendant, Knorr Solution, Inc. leave to file a cross-complaint; but

2. STAYS this action pending resolution of Case no: CV 10-8155 GAF (RZx), between the parties filed in the United States District Court in the Central District of California ("Federal Case");

3. VACATES the Trial, Mediation, and all related dates in this action; and

4. SETS a Status Conference Re: Status of Federal Case on May 25, 2012 at 8:30 a.m.

DATED: December 21, 2011          LAW OFFICES OF ELIZABETH G. ELLIS

By: _____
Elizabeth G. Ellis
Attorneys for Plaintiff,
TRIO FOODS LIMITED

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 11/30/11 | DEPT. 33 |
| HONORABLE CHARLES F. PALMER  JUDGE | M. FAUNE  DEPUTY CLERK |
| HONORABLE #  JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| M. KINNEY, C.A.  Deputy Sheriff | L. ENGEL, CSR# 8470  Reporter |
| 8:30 am  BC454445  TRIO FOOD LIMITED  VS  KNORR SOLUTIONS INC ET AL | Plaintiff Counsel: ELIZABETH ELLIS (X)  Defendant Counsel: CINDY TRAN (X) |

**NATURE OF PROCEEDINGS:**

MOTION OF DEFENDANTS KNORR SOLUTION, INC. FOR LEAVE TO FILE CROSS COMPLAINT;

The matter is called for hearing.

The court adopts its tentative ruling as the final ruling of the court as follows:

The motion of defendant Knorr Solution, Inc. ("KSI") for leave to file a cross-complaint is GRANTED. CCP sections 426.50, 428.10.

The court finds that the subject matter of the cross-complaint arises out of the same transaction, occurrence, or series of transactions or occurrences set forth in the complaint. However, in light of the nearly identical claims brought by KSI against Trio Foods Limited, Chris Shiu Leung Ho, and George Chu, in Case No. CV 10-8155 GAF (RZx) of the United States District Court for the Central District of California (the "Federal Case") the court finds that the possibility of conflicting rulings exists and that judicial economy would be served by staying this action pending resolution of the Federal Action. "Trial courts have the inherent power to stay proceedings in the interests of justice and to promote judicial efficientcy." Freiberg v. City of Mission Viejo (1995) 33 Cal.App.4th 1484, 1489. Accordingly, this action is stayed pending the determination of the Federal Case.

Page 1 of 2   DEPT. 33

MINUTES ENTERED
11/30/11
COUNTY CLERK

12/01/2011

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| DATE: 11/30/11 | | DEPT. 33 |
| HONORABLE CHARLES F. PALMER  JUDGE | M. FAUNE | DEPUTY CLERK |
| HONORABLE  JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| # M. KINNEY, C.A.  Deputy Sheriff | L. ENGEL, CSR# 8470 | Reporter |

| 8:30 am | BC454445  TRIO FOOD LIMITED  VS  KNORR SOLUTIONS INC ET AL | Plaintiff Counsel: ELIZABETH ELLIS (X)  Defendant Counsel: CINDY TRAN (X) |
|---|---|---|

NATURE OF PROCEEDINGS:

The trial date is advanced and vacated. The Final Status Conference is advanced and vacated. The court sets a status conference re status of federal case for May 25, 2012.

Post mediation status conference date of 1/20/12, final status conference date of 3/23/12 and trial date of 4/2/12 are advanced and vacated.

STATUS CONFERENCE RE STATUS OF FEDERAL CASE is set for 5/25/12 at 8:30 a.m., in this department.

Plaintiff is to give notice.

MINUTES ENTERED
11/30/11
COUNTY CLERK

12/01/2011

## PROOF OF SERVICE
### Trio Foods Limited v. Alfred Chan et al
### Case No. BC 454445

I am over the age of 18 years, residing or employed in Los Angeles County, California, am readily familiar with the regular business practice of this office for collecting, processing and service of documents by U.S. mail, overnight courier, e-mail, personal delivery and facsimile. I am not a party to the within action and my business address is 26137 Fairside Drive, Malibu, CA 90265.

On the date indicated below, I served the following document(s):

### NOTICE OF RULING

on the interested parties in this action, as follows:

**XX**  **VIA FIRST CLASS MAIL**  I deposited said document(s) into the United States mail at Malibu, California, in a sealed envelope with postage fully prepaid, addressed to the recipient(s) noted herein. *See,* annexed Service List.

__  **VIA HAND DELIVERY/PERSONAL SERVICE**  I caused personal delivery of said document(s) to each addressee. *Id.*

__  **VIA OVERNIGHT COURIER.**  I deposited said document(s) into an overnight pick-up receptacle in a sealed envelope with postage fully prepaid and addressed to the recipient(s)*

__  **VIA FACSIMILE**  I caused said document(s) to be transmitted by facsimile machine to the number indicated after the address(es) noted herein. *Id.* I received written confirmation that the facsimile transmission was received by the addressee.

**XX**  **VIA E-MAIL** *Courtesy Copy* I caused said document(s) to be transmitted by e-mail transmission to the address(es) indicated herein pursuant to Agreement between counsel. *Id.*

[X]  **(State)**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 21, 2011 at Malibu, California.

_____
Elizabeth G. Ellis

LAW OFFICES OF
ELIZABETH G. ELLIS

NOTICE OF RULING RE: STAY OF ACTION

## SERVICE LIST
### Trio Foods Limited v. Alfred Chan et al
### Case No. BC 454445

| | |
|---|---|
| LAW OFFICES OF CINDY N. TRAN<br>Cindy N. Tran, Esq.<br>225 S. Lake Avenue, Suite 300<br>Pasadena, California 91101<br>Tel: (626) 389-8128 / (626) 432-7208<br>Fax: (626) 638-0536<br>Email: cindy@ctranlaw.com | Attorney for Defendants,<br>ALFRED CHAN, KNORR SOLUTION, INC. aka KNORR FOOD SOLUTION, INC; and KNORR FOOD STRATEGIC INC. |

LAW OFFICES OF
ELIZABETH G. ELLIS

NOTICE OF RULING RE: STAY OF ACTION