Elizabeth G. Ellis, (SBN 218956)
LAW OFFICES OF ELIZABETH G. ELLIS
26137 Fairside Drive
Malibu, CA 90265
Tel.: (310) 456-8413
Fax: (888) 795-3398
E-Mail: LizEllis@ellis-lawoffices.com

Attorneys for Third Party Defendants
TRIO FOODS LIMITED, CHRIS HO
and GEORGE CHU

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V. <br><br> Plaintiffs, <br><br> v. <br><br> KNORR SOLUTION, INC., et al, <br><br> Defendants. <br><br>———————————————— <br><br> KNORR SOLUTION, INC., a California corporation, <br><br> Third Party Plaintiff, <br><br> v. <br><br> UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, a Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive, <br><br> Third Party Defendants. | Case No:  CV 10-8155 GAF (RZx) <br> *Hon. Gary A. Feess (USDJ)* <br><br> **THIRD PARTY DEFENDANTS' <br> REQUEST FOR JUDICIAL NOTICE** <br><br> **IN SUPPORT OF ORDER TO <br> SHOW CAUSE RE: DISMISSAL OF <br> THIRD PARTY COMPLAINT** <br><br> [Filed concurrently with DECLARATIONS OF ELIZABETH G. ELLIS AND HO LAI CHUN] <br><br><br> What:   **ORDER TO SHOW CAUSE** <br> When:   May 17, 2012 at 5 p.m. <br> Where:  Chambers <br><br><br> Trial date:       December 4, 2012 |

LAW OFFICES OF
ELIZABETH G. ELLIS

**REQUEST FOR JUDICIAL NOTICE**

**TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL:**

Third party defendants Trio Foods Limited, Chris Ho and George Chu respectfully request that the Court take judicial notice pursuant to Federal Rule of Evidence 201, of the following:

A: (State case) Notice of Ruling with annexed Order in the matter entitled *Knorr Solution Inc v. Trio Foods Limited, Chris Ho and George Chu,* Los Angeles Superior Court Case No.: BC 45445;

B. China (Hong Kong) Central Authority (Art. 18) Official record regarding Hague Convention methods of service, including Art. 5(1)(2).

DATED: May 17, 2012                    LAW OFFICES OF ELIZABETH G. ELLIS

By: _____
Elizabeth G. Ellis
Attorneys for Third Party Defendants,
TRIO FOODS LIMITED, CHRIS HO and
GEORGE CHU

EXHIBIT "A"

ORIGINAL

Elizabeth G. Ellis, (SBN 218956)
LAW OFFICES OF ELIZABETH G. ELLIS
26137 Fairside Drive
Malibu, CA 90265
Tel.: (310) 456-8413
Fax: (888) 795-3398
E-Mail: LizEllis@ellis-lawoffices.com

Attorneys for Plaintiff,
TRIO FOODS LIMITED

FILED
LOS ANGELES SUPERIOR COURT

DEC 21 2011

JOHN A. CLARKE, CLERK
BY RAUL SANCHEZ, DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| TRIO FOODS LIMITED, a Chinese limited company,<br><br>Plaintiff,<br><br>v.<br><br>KNORR SOLUTION, INC., a California corporation; KNORR FOOD STRATEGIC INC., a California corporation; ALFRED CHAN; and Does 1-25,<br><br>Defendants.<br><br>———————————————<br><br>KNORR SOLUTION INC.<br><br>Cross-Complainant<br><br>v.<br><br>TRIO FOODS LIMITED, et al.<br><br>Cross-Defendants | Case No: BC 454445<br>Hon. Charles F. Palmer, Dept. 33<br><br><br><br>NOTICE OF RULING<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Commenced: February 3, 2011<br>Trial Date: VACATED |

Plaintiff, Trio Foods Limited hereby gives Notice that the attached Minute Order has been adopted as this Court's Final Ruling and ORDERS as follows:

1. GRANTS defendant, Knorr Solution, Inc. leave to file a cross-complaint; but

2. STAYS this action pending resolution of Case no: CV 10-8155 GAF (RZx), between the parties filed in the United States District Court in the Central District of California ("Federal Case");

3. VACATES the Trial, Mediation, and all related dates in this action; and

4. SETS a Status Conference Re: Status of Federal Case on May 25, 2012 at 8:30 a.m.

DATED: December 21, 2011            LAW OFFICES OF ELIZABETH G. ELLIS

                                    By: _____
                                        Elizabeth G. Ellis
                                        Attorneys for Plaintiff,
                                        TRIO FOODS LIMITED

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| DATE: 11/30/11 | | DEPT. 33 |
| HONORABLE CHARLES F. PALMER JUDGE | M. FAUNE | DEPUTY CLERK |
| HONORABLE # JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| M. KINNEY, C.A. Deputy Sheriff | L. ENGEL, CSR# 8470 | Reporter |

| | | | |
|---|---|---|---|
| 8:30 am | BC454445 | Plaintiff Counsel | ELIZABETH ELLIS (X) |
| | TRIO FOOD LIMITED VS KNORR SOLUTIONS INC ET AL | Defendant Counsel | CINDY TRAN (X) |

**NATURE OF PROCEEDINGS:**

MOTION OF DEFENDANTS KNORR SOLUTION, INC. FOR LEAVE TO FILE CROSS COMPLAINT;

The matter is called for hearing.

The court adopts its tentative ruling as the final ruling of the court as follows:

The motion of defendant Knorr Solution, Inc. ("KSI") for leave to file a cross-complaint is GRANTED. CCP sections 426.50, 428.10.

The court finds that the subject matter of the cross-complaint arises out of the same transaction, occurrence, or series of transactions or occurrences set forth in the complaint. However, in light of the nearly identical claims brought by KSI against Trio Foods Limited, Chris Shiu Leung Ho, and George Chu, in Case No. CV 10-8155 GAF (RZx) of the United States District Court for the Central District of California (the "Federal Case") the court finds that the possibility of conflicting rulings exists and that judicial economy would be served by staying this action pending resolution of the Federal Action. "Trial courts have the inherent power to stay proceedings in the interests of justice and to promote judicial efficientcy." Freiberg v. City of Mission Viejo (1995) 33 Cal.App.4th 1484, 1489. Accordingly, this action is stayed pending the determination of the Federal Case.

Page  1 of  2    DEPT. 33

MINUTES ENTERED
11/30/11
COUNTY CLERK

12/01/2011

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| DATE: 11/30/11 | | DEPT. 33 |
| HONORABLE CHARLES F. PALMER JUDGE | M. FAUNE | DEPUTY CLERK |
| HONORABLE # JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| M. KINNEY, C.A. Deputy Sheriff | L. ENGEL, CSR# 8470 | Reporter |

| 8:30 am | BC454445 | Plaintiff Counsel | ELIZABETH ELLIS (X) |
|---|---|---|---|
| | TRIO FOOD LIMITED VS KNORR SOLUTIONS INC ET AL | Defendant Counsel | CINDY TRAN (X) |

NATURE OF PROCEEDINGS:

The trial date is advanced and vacated. The Final Status Conference is advanced and vacated. The court sets a status conference re status of federal case for May 25, 2012.

Post mediation status conference date of 1/20/12, final status conference date of 3/23/12 and trial date of 4/2/12 are advanced and vacated.

STATUS CONFERENCE RE STATUS OF FEDERAL CASE is set for 5/25/12 at 8:30 a.m., in this department.

Plaintiff is to give notice.

Page 2 of 2    DEPT. 33

MINUTES ENTERED
11/30/11
COUNTY CLERK

—

**PROOF OF SERVICE**
Trio Foods Limited v. Alfred Chan et al
Case No. BC 454445

I am over the age of 18 years, residing or employed in Los Angeles County, California, am readily familiar with the regular business practice of this office for collecting, processing and service of documents by U.S. mail, overnight courier, e-mail, personal delivery and facsimile. I am not a party to the within action and my business address is 26137 Fairside Drive, Malibu, CA 90265.

On the date indicated below, I served the following document(s):

**NOTICE OF RULING**

on the interested parties in this action, as follows:

XX    **VIA FIRST CLASS MAIL** I deposited said document(s) into the United States mail at Malibu, California, in a sealed envelope with postage fully prepaid, addressed to the recipient(s) noted herein. *See,* annexed Service List.

\_    **VIA HAND DELIVERY/PERSONAL SERVICE** I caused personal delivery of said document(s) to each addressee. *Id.*

\_    **VIA OVERNIGHT COURIER.** I deposited said document(s) into an overnight pick-up receptacle in a sealed envelope with postage fully prepaid and addressed to the recipient(s)*

\_    **VIA FACSIMILE** I caused said document(s) to be transmitted by facsimile machine to the number indicated after the address(es) noted herein. *Id.* I received written confirmation that the facsimile transmission was received by the addressee.

XX    **VIA E-MAIL** *Courtesy Copy* I caused said document(s) to be transmitted by e-mail transmission to the address(es) indicated herein pursuant to Agreement between counsel. *Id.*

[X]    **(State)**    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 21, 2011 at Malibu, California.

Elizabeth G. Ellis

LAW OFFICES OF
ELIZABETH G. ELLIS

NOTICE OF RULING RE: STAY OF ACTION

**SERVICE LIST**
Trio Foods Limited v. Alfred Chan et al
<u>Case No. BC 454445</u>

| | |
|---|---|
| LAW OFFICES OF CINDY N. TRAN<br>Cindy N. Tran, Esq.<br>225 S. Lake Avenue, Suite 300<br>Pasadena, California 91101<br>Tel: (626) 389-8128 / (626) 432-7208<br>Fax: (626) 638-0536<br>Email: cindy@ctranlaw.com | Attorney for Defendants,<br>ALFRED CHAN, KNORR SOLUTION, INC.<br>aka KNORR FOOD SOLUTION, INC; and<br>KNORR FOOD STRATEGIC INC. |

LAW OFFICES OF
ELIZABETH G. ELLIS

NOTICE OF RULING RE: STAY OF ACTION

EXHIBIT "B"

# Authorities

| | China (Hong Kong) - Other Authority (Art. 18) & practical information |
|---|---|
| Address | **Central Authority(ies):** *Chief Secretary for Administration* <br><br> **Contact details:** <br><br> Address: Chief Secretary for Administration / Hong Kong Special Administrative Region Government / Room 321, 3/F, East Wing / Central Government Offices / 2 Tim Mei Avenue / Admiralty / Hong Kong, China <br><br> Telephone: +852 2810 3969 <br> Fax: +852 2842 8897 <br> E-mail: cso@cso.gov.hk <br> General website: http://www.cso.gov.hk/ <br> Contact person: For information on contact persons, click here. <br> Languages spoken by staff: English, Chinese <br><br> **Practical Information:** <br> *(The following information was provided by the relevant State authorities or was obtained from the replies to the 2003 and/or 2008 Service Convention Questionnaires)* <br><br> Forwarding authorities (Art. 3(1)): Chief Secretary for Administration <br><br> Methods of service (Art. 5(1)(2)): *Formal Service* (Art. 5(1)(a)) Service of documents is effected by the Chief Bailiff of the Court. Unless specifically requested otherwise, formal service will be performed in one of the following ways: <br> a) by personal service on addressee if the addressee is a person; <br> b) by leaving at the registered office address if the addressee is a limited company or corporation; or |

| | |
|---|---|
| | c) by personal service on an officer of the company or corporation if the addressee is a limited company or corporation and the registered office is no longer occupied or used by the addressee.<br><br>*Informal delivery* (Art. 5(2))<br>The informal delivery is also carried out by the Chief Bailiff.<br><br>*Service by a particular method* (Art. 5(1)(b))<br>Most of the special requests are requests to serve documents by post; this is performed by the Chief Bailiff.<br><br>For service in general, see Order 69 rule 3 of the Rules of the High Court (Cap. 4A): legislation.gov.hk.<br>For service on companies, see section 356 of the Companies Ordinance (Cap. 32): legislation.gov.hk/(...). |
| Translation requirements (Art. 5(3)): | According to Order 69, Rule 3(1) of the Rules of the High Court, if the request is in a language other than either or both of Hong Kong's official language (which are Chinese and English), it shall be accompanied by a translation of the request in either of the two languages, 2 copies of the process and, unless the court or tribunal of a country or place outside Hong Kong certifies that the person to be served understands the language of the process, 2 copies of the translation of the process.<br><br>Hong Kong has not entered into agreement with other Contracting States in these respects, within the meaning of Art. 20(b). |
| Costs relating to execution of the request for service (Art. 12): | Hong Kong does not impose any fee for executing requests under the Convention. Service is executed by the Court Bailiff. We have not invoked Art. 12 (2) of the Convention to charge any fees. |
| Time for execution of request: | Around two months |
| Judicial officers, officials or other competent persons (Art. 10(b)): | The practice of our court is that whenever such requests are received, they will be forwarded to the competent authority for Hong Kong (Chief Secretary for Administration) for processing. Direct service through Government officials is not available in Hong Kong. However, a private agent (usually a firm of solicitors) may be appointed directly to effect service. Such service can be |

| | |
|---|---|
| | effected directly without going through the Government or the judiciary.<br><br>The Hong Kong Judiciary does not seek reimbursement of the costs. The charges made by solicitors appointed to serve process by foreign judicial officers, officials or other competent persons are not regulated by the Government. They vary depending on the services required and time taken to execute the request. |
| Oppositions and declarations (Art. 21(2)): | (Click here to read all the declarations for the Hong Kong Special Administrative Region made under the Service Convention.) |
| Art. 8(2): | Opposition |
| Art. 10(a): | No opposition |
| Art. 10(b): | Additional information – See declarations |
| Art. 10(c): | Additional information – See declarations |
| Art. 15(2): | No declaration of applicability |
| Art. 16(3): | No declaration of applicability |
| Derogatory channels (bilateral or multilateral agreements or internal law permitting other transmission channels) (Arts. 11, 19, 24 and 25)<br><br>**Disclaimer:** *Information may not be complete or fully updated – please contact the relevant authorities to verify this information.* | There are no other bilateral or multilateral agreements. There is, however, an internal arrangement on service of process with the neighbouring Guangdong Province in the Mainland. |
| Useful links: | http://www.judiciary.gov.hk/ (Court's services - Bailiff's Office)<br>http://www.legislation.gov.hk/ (Bilingual Laws Information System)<br>http://www.hklii.org.hk/ (Hong Kong Legal Information Institute) |

(This page was last updated on 15 November 2011)

| Conventions | • Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters [14] |
|---|---|