1  Elizabeth G. Ellis, (SBN 218956)
   LAW OFFICES OF ELIZABETH G. ELLIS
2  26137 Fairside Drive
   Malibu, CA 90265
3  Tel.: (310) 456-8413
   Fax: (888) 795-3398
4  E-Mail: LizEllis@ellis-lawoffices.com

5

6  Attorneys for Third Party Defendants
   TRIO FOODS LIMITED, CHRIS HO
7  and GEORGE CHU

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11

12 KNORR-NAEHRMITTEL                ) Case No:  CV 10-8155 GAF (RZx)
   AKTIENGESELLCHAFT and             ) *Hon. Gary A. Feess (USDJ)*
13 UNILEVER N.V.                     )
                                     )
14              Plaintiffs,          )
                                     ) **DECLARATION OF HO LAI CHUN**
15       v.                          ) **IN SUPPORT OF DISMISSAL OF**
                                     ) **THIRD PARTY COMPLAINT**
16 KNORR SOLUTION, INC., et al,      )
                                     )
17              Defendants.          ) (Filed contemporaneously with
                                     ) REQUEST FOR JUDICIAL NOTICE
18 _____    ) AND DECLARATION OF
                                     ) ELIZABETH G. ELLIS)
19 KNORR SOLUTION, INC., a           )
   California corporation,           )
20                                   )
          Third Party Plaintiff,     )
21                                   )
       v.                            )
22                                   )
   UNILEVER FOOD SOLUTIONS, a        )
23 Chinese entity, UNILEVER HONG     )
   KONG LIMITED, a Chinese entity,   ) What:  **ORDER TO SHOW CAUSE**
24 TRIO FOODS LIMITED, a Chinese     ) When:  May 17, 2012 at 5 p.m.
   limited company, CHRIS SHIU       ) Where: Chambers
25 LEUNG HO, an individual, GEORGE   )
   CHU, an individual, and ROES 1-10,)
26 inclusive,                        )
                                     )
27          Third Party Defendants.  ) Trial date:  December 4, 2012
   _____    )
28

LAW OFFICES OF
ELIZABETH G. ELLIS      **DECLARATION OF HO LAI CHUN IN SUPPORT OF ORDER TO SHOW CAUSE**

## DECLARATION OF HO LAI CHUN

I, Miss Ho Lai Chun (aka "Lorissa" Ho), declare:

1. I am employed by Sunbury Company Limited ("Sunbury") located at Units 2015-2017 Metro Centre 11, 21 Lam Hing Street, Kowloon Bay, Kowloon, Hong Kong ("Service address"). My title is Office Assistant. I have personal knowledge of the matters stated herein, and if called as a witness, could and would testify competently thereto.

2. This declaration is offered in support of this Court's Order to Show Cause why Knorr Solution, Inc.'s ("KSI") third party complaint should not be dismissed for failure to effectively serve Trio Foods Limited, Chris Shiu Leung Ho and/or George Chu (collectively "the Trio parties").

3. On February 3, 2012, a delivery man arrived at the Service address with three (3) envelopes, one for each of the Trio parties. I informed him that I work for Sunbury and that none of the addressees were present. Nevertheless, the delivery man insisted on leaving the envelopes with me and requested that I place the Sunbury company stamp (known as a "chop") on the delivery form for his record. The delivery man said he needed a stamp on the delivery form to complete his delivery. I was sympathetic. So, I complied.

4. Annexed as **Exhibit "A"** is a true and correct copy of the stamp ("chop") which bears the clear imprint **"SUNBURY COMPANY., LTD. * H.K. *"**.

5. The delivery man looked at the form and confirmed that I stamped it as requested. He then left with it. He did not leave a copy. Perhaps, KSI's counsel has either a copy of the form or access to a copy of this form with the Sunbury stamp on it?

6. Neither "Trio Foods, Limited" nor "George Chu" nor "Chris Shiu

Law Offices Of
Elizabeth G. Ellis

**DECLARATION OF HO LAI CHUN IN SUPPORT OF ORDER TO SHOW CAUSE**

1  Leung" were either present or stamped or signed the delivery form.   The Service
2  address is a commercial place of business and not a residence.
3      I declare under penalty of perjury pursuant to the laws of the United States and
4  California that the foregoing is true and correct.
5      Executed in Kowloon, Hong Kong, this 16 th day of May.

                                        _____
                                        HO LAI CHUN

Law Offices Of
Elizabeth G. Ellis

DECLARATION OF HO LAI CHUN IN SUPPORT OF ORDER TO SHOW CAUSE

**EXHIBIT "A"**

Law Offices Of Elizabeth G. Ellis

**DECLARATION OF HO LAI CHUN IN SUPPORT OF ORDER TO SHOW CAUSE**

