Cyndie M. Chang (SBN 227542)
DUANE MORRIS LLP
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
E-mail: cmchang@duanemorris.com

Gregory P. Gulia (admitted *pro hac vice*)
Vanessa C. Hew (admitted *pro hac vice*)
Mitchell A. Frank (admitted *pro hac vice*)
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
Email: gpgulia@duanemorris.com
Email: vchew@duanemorris.com
Email: mafrank@duanemorris.com

Attorneys for Plaintiff Knorr-Naehrmittel
Aktiengesellchaft, Unilever N.V., and
Third-Party Defendant Unilever Hong Kong Limited

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.,<br><br>Plaintiffs,<br><br>v.<br><br>KNORR SOLUTION, INC., SIU C. CHAN a/k/a ALFRED CHAN, SIU WAI FUNG a/k/a CALVIN FUNG and PING HONG LI a/k/a SUKIE LI,<br><br>Defendants. | Case No.: CV 10-08155 GAF (Rzx)<br><br>**THIRD-PARTY DEFENDANT UNILEVER HONG KONG LIMITED'S NOTICE OF ITS MOTION TO DISMISS THIRD PARTY COMPLAINT**<br><br>Date:        July 9, 2012<br>Time:       9:30 a.m.<br>Courtroom: 740<br><br>The Honorable Gary A. Feess |

i

THIRD-PARTY DEFENDANT UNILEVER HONG KONG LIMITED'S NOTICE OF ITS MOTION TO DISMISS THIRD PARTY COMPLAINT

| | |
|---|---|
| KNORR SOLUTION, INC., a California Corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, a Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive, | |
| Third-Party Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that third-party defendant Unilever Hong Kong Limited ("Unilever H.K.") respectfully moves, pursuant to rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, before the Honorable Gary A. Feess, United States Judge for the United States District Court for the Central District of California, 255 East Temple Street, Los Angeles, California 90012, for dismissal of the third-party complaint filed by defendant/third-party plaintiff Knorr Solution, Inc. a/k/a Knorr Food Solution ("KSI") against Unilever H.K. in its entirety for lack of personal jurisdiction and for failure to state a claim upon which relief can be granted.

Unilever H.K.'s motion is based on the attached Memorandum and Points of Authorities, filed concurrently herewith, and the pleadings and papers on file in this action, and on such other and further evidence as may properly come before the Court at the hearing on this Motion.

| | |
|---|---|
| Dated: June 5, 2012 | **DUANE MORRIS LLP** |
| | By:   s/   Cyndie M. Chang |
| | Cyndie M. Chang |
| | Gregory P. Gulia (admitted *pro hac vice*) |
| | Vanessa C. Hew (admitted *pro hac vice*) |
| | Mitchell A. Frank (admitted *pro hac vice*) |
| | Attorneys for Plaintiff Knorr-Naehrmittel Aktiengesellchaft, Unilever N.V., and Third-Party Defendant Unilever Hong Kong Limited |