Cyndie M. Chang (SBN 227542)
DUANE MORRIS LLP
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
E-mail:  cmchang@duanemorris.com

Gregory P. Gulia *(admitted pro hac vice)*
Vanessa C. Hew *(admitted pro hac vice)*
Mitchell A. Frank *(admitted pro hac vice)*
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
Email:  gpgulia@duanemorris.com
Email:  vchew@duanemorris.com
Email:  mafrank@duanemorris.com

Attorneys for Plaintiff Knorr-Naehrmittel
Aktiengesellchaft, Unilever N.V., and
Third-Party Defendant Unilever Hong Kong Limited

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br><br>Plaintiffs,<br><br>v.<br><br>KNORR SOLUTION, INC., SIU C. CHAN a/k/a ALFRED CHAN, SIU WAI FUNG a/k/a CALVIN FUNG and PING HONG LI a/k/a SUKIE LI<br><br>Defendants. | Case No.:  CV 10-08155 GAF (Rzx)<br><br>**[PROPOSED] ORDER GRANTING THIRD-PARTY DEFENDANT UNILEVER HONG KONG LIMITED'S MOTION TO DISMISS THIRD PARTY COMPLAINT**<br><br>Date:       July 9, 2012<br>Time:      9:30 a.m.<br>Courtroom: 740<br><br>The Honorable Gary A. Feess |

KNORR SOLUTION, INC., a California Corporation,

        Third Party Plaintiff,

  v.

UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, a Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive,

        Third Party Defendants.

Third-Party Defendant Unilever Hong Kong Limited's Motion To Dismiss the Third-Party Complaint filed by Defendant/Third-Party Plaintiff Knorr Solution Inc. a/k/a Knorr Food Solution, pursuant to rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, came on regularly for hearing on July 9, 2012 at 9:30 a.m.

Having read and considered Third Party Defendant Unilever Hong Kong Limited's Motion to Dismiss the Third Party Complaint, any opposition and reply briefs, the arguments presented at the hearing, and good cause appearing therefor, the Court rules as follows:

IT IS HEREBY ORDERED that Third Party Plaintiff's Complaint is DISMISSED.

DATED: July ____, 2012

                                            _____
                                            THE HONORABLE GARY A. FEESS
                                            UNITED STATES DISTRICT JUDGE