| | |
|---|---|
| 1 | Cyndie M. Chang (SBN 227542) |
| 2 | DUANE MORRIS LLP<br>865 S. Figueroa St., Suite 3100 |
| 3 | Los Angeles, CA 90017-5450<br>Telephone: (213) 689-7400 |
| 4 | Facsimile: (213) 689-7401<br>E-mail:  cmchang@duanemorris.com |
| 5 | Gregory P. Gulia *(admitted pro hac vice)* |
| 6 | Vanessa C. Hew *(admitted pro hac vice)*<br>Mitchell A. Frank *(admitted pro hac vice)* |
| 7 | DUANE MORRIS LLP<br>1540 Broadway |
| 8 | New York, New York 10036-4086<br>Telephone: (212) 692-1000 |
| 9 | Facsimile: (212) 692-1020<br>Email:  gpgulia@duanemorris.com |
| 10 | Email:  vchew@duanemorris.com<br>Email:  mafrank@duanemorris.com |
| 11 | Attorneys for Plaintiffs Knorr-Naehrmittel |
| 12 | Aktiengesellchaft, Unilever N.V., and<br>Third-Party Defendant Unilever Hong Kong Limited |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br><br>         Plaintiffs,<br>     v.<br><br>KNORR SOLUTION, INC., SIU C. CHAN a/k/a ALFRED CHAN, SIU WAI FUNG a/k/a CALVIN FUNG and PING HONG LI a/k/a SUKIE LI<br><br>         Defendants. | Case No.:   CV 10-08155 GAF (Rzx)<br><br>**REPLY AND NOTICE OF NO OPPOSITION TO THIRD-PARTY DEFENDANT UNILEVER HONG KONG'S MOTION TO DISMISS THIRD PARTY COMPLAINT**<br><br>Date:         July 9, 2012<br>Time:        9:30 a.m.<br>Courtroom: 740<br><br>The Honorable Gary A. Feess |

1

NOTICE OF NO OPPOSITION TO THIRD-PARTY DEFENDANT'S MOTION TO DISMISS THIRD PARTY COMPLAINT, ETC.

| | |
|---|---|
| 1 | KNORR SOLUTION, INC., a California Corporation, |
| 2 | |
| 3 | Third-Party Plaintiff, |
| 4 | v. |
| 5 | UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, A Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive, |
| 6 | |
| 7 | |
| 8 | |
| 9 | Third-Party Defendants. |

The hearing date designated for Unilever Hong Kong Limited ("Unilever H.K.")'s Motion to Dismiss Defendant/Third-Party Plaintiff Knorr Solution, Inc. a/k/a Knorr Food Solution ("KSI")'s Third Party Complaint against Unilever H.K pursuant to Federal Rules of Civil Procedure 12b(2) and 12b(6) is July 9, 2012. Pursuant to Local Rule 7-9, KSI was to serve and file its Opposition or written statement that it will not oppose the motion no later than June 18, 2012. To date, KSI has not served or filed any Opposition or other written statement in response to this motion. Accordingly, as Unilever H.K.'s Motion to Dismiss is effectively unopposed, Unilever H.K. respectfully requests that this Court grant its motion, dismiss the Third Party Complaint against Unilever H.K, and vacate the July 9, 2012 hearing.

Dated: June 25, 2012         **DUANE MORRIS LLP**

By:   s/   Cyndie M. Chang
      Cyndie M. Chang
Gregory P. Gulia (admitted *pro hac vice*)
Vanessa C. Hew (admitted *pro hac vice*)
Mitchell A. Frank (admitted *pro hac vice*)

Attorneys for Plaintiff
Knorr-Naehrmittel Aktiengesellchaft, Unilever N.V., and Third-Party Defendant Unilever Hong Kong Limited