Elizabeth G. Ellis, (SBN 218956)
LAW OFFICES OF ELIZABETH G. ELLIS
26137 Fairside Drive
Malibu, CA 90265
Tel.: (310) 456-8413
Fax: (888) 795-3398
E-Mail: LizEllis@ellis-lawoffices.com

Attorneys for Third Party Defendants,
TRIO FOODS LIMITED, a Chinese limited company, GEORGE CHU, and CHRIS SHIU LEUNG HO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KNORR SOLUTION, INC., et al,<br><br>　　　　Defendants.<br>_____<br>KNORR SOLUTION, INC., a California corporation,<br><br>　　　　Third Party Plaintiff,<br><br>v.<br><br>UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, a Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive<br><br>　　　　Third Party Defendants.<br>_____ | **Case No:** CV 10-8155 GAF (RZx)<br>*Hon. Gary A. Feess*<br><br>**THIRD PARTY DEFENDANTS THE TRIO PARTIES REPLY AND NOTICE OF KSI'S NON-OPPOSITION TO THEIR MOTION TO DISMISS KSI'S THIRD PARTY COMPLAINT; REQUEST TO VACATE HEARING AND FOR RELATED RELIEF**<br><br>[Filed concurrently with Declaration of E. G. Ellis; and (Proposed) Order]<br><br>**Date:**　　July 9, 2012<br>**Time:**　　9:30 a.m.<br>**Courtroom:** 740<br><br>Trial date:　December 4, 2012 |

LAW OFFICES OF
ELIZABETH G. ELLIS

THIRD PARTY DEFENDANTS THE TRIO PARTIES' REPLY AND NOTICE OF KSI'S NON-OPPOSITION TO MOTION TO DISMISS KSI'S THIRD PARTY COMPLAINT

1   Third party defendants, Trio Foods Limited, George Chu Decl. at and Chris
2   Shiu Leung Ho ("Trio parties") moved this Court for an Order dismissing the third
3   party complaint of Knorr Solution Inc ("KSI") against them pursuant to Federal Rules
4   of Civil Procedure, Rules 12(b)(5) and (6) ("Motion").  The Motion was duly set for
5   hearing on July 9, 2012.   KSI's Opposition was due on June 18, 2012. (L.R. 7-9).
6   However, KSI knowingly failed to oppose the Motion, as set forth below.
7
8   Counsel for the Trio parties conferred with KSI's counsel on June 25, 2012
9   regarding their failure to oppose the Motion. (See, attached Declaration of E. G. Ellis
10  ["Ellis Decl."] at ¶ 4 ).   KSI's counsel acknowledged (several times) that they are
11  "well aware that the Oppositions are late."  Counsel stated that they "do not intend to
12  file an Opposition", that KSI "just wants out of the federal case and to go back to state
13  court."  On inquiry as to why the requisite Notice of Non-Opposition had not been
14  filed, the response  "we'll file something." (Id. )
15
16  As this Court is aware, a State court case is pending between movant, the Trio
17  parties and KSI, which has been stayed pending resolution of the third party action in
18  this case. (See, Docket No. 102, Order at Pg ID#762 and FN1, the Court took judicial
19  notice of the State Court Ruling filed at Docket 101, RJN at Exh. A).  With dismissal
20  of the third party complaint, the State court's stay will be lifted so that case can move
21  towards trial.  The prior set State court trial date has long since passed while this
22  action has dragged on by KSI's false promises and evident knowing failure to
23  prosecute.   The Trio parties Motion to dismiss KSI's third party claims against them
24  in their entirety, is unopposed. (Id. at ¶¶ 5-6.)
25
26  The Trio parties respectfully request that their Motion be granted pursuant to
27  the [Proposed] Order; to include that, the hearing date be advanced and vacated, the
28

LAW OFFICES OF
ELIZABETH G. ELLIS

THIRD PARTY DEFENDANTS THE TRIO PARTIES' REPLY AND NOTICE OF KSI'S
NON-OPPOSITION TO MOTION TO DISMISS KSI'S THIRD PARTY COMPLAINT
ii

1 third party complaint be dismissed with prejudice for failure to prosecute, the Trio parties be awarded their costs and fees incurred on this Motion from KSI, together with such other relief as this Court deems just and proper.

DATED:   June 25 , 2012                    LAW OFFICES OF ELIZABETH G. ELLIS

By: /s/   *Elizabeth G. Ellis*
Attorneys for Third-Party Defendants,
TRIO FOODS LIMITED, CHRIS SHIU LEUNG and GEORGE CHU

LAW OFFICES OF ELIZABETH G. ELLIS

THIRD PARTY DEFENDANTS THE TRIO PARTIES' REPLY AND NOTICE OF KSI'S NON-OPPOSITION TO MOTION TO DISMISS KSI'S THIRD PARTY COMPLAINT

iii