1  Elizabeth G. Ellis, (SBN 218956)
   LAW OFFICES OF ELIZABETH G. ELLIS
2  26137 Fairside Drive
   Malibu, CA 90265
3  Tel.: (310) 456-8413
   Fax: (888) 795-3398
4  E-Mail: LizEllis@ellis-lawoffices.com

5

6  Attorneys for Third Party Defendants
   TRIO FOODS LIMITED, CHRIS HO
7  and GEORGE CHU

8
                **UNITED STATES DISTRICT COURT**
9
                **CENTRAL DISTRICT OF CALIFORNIA**
10

11 KNORR-NAEHRMITTEL                    ) **Case No:** CV 10-8155 GAF (RZx)
   AKTIENGESELLCHAFT and                ) *Hon. Gary A. Feess (USDJ)*
12 UNILEVER N.V.                        )
                                        )
13         Plaintiffs,                  ) **DECLARATION OF ELIZABETH G.**
                                        ) **ELLIS IN SUPPORT OF THIRD**
14    v.                                ) **PARTY DEFENDANTS TRIO FOOD**
                                        ) **LIMITED, CHRIS HO AND**
15 KNORR SOLUTION, INC., et al,         ) **GEORGE CHU'S REPLY TO THEIR**
                                        ) **MOTION TO DISMISS KNORR**
16         Defendants.                  ) **SOLUTION INC.'S ("KSI") THIRD**
   _____) **PARTY COMPLAINT; AND**
17                                      ) **NOTICE OF KSI'S NON-**
   KNORR SOLUTION, INC., a              ) **OPPOSITION**
18 California corporation,              )
                                        )
19         Third Party Plaintiff,       )
                                        ) [Filed concurrently with Reply and
20    v.                                ) Notice of Non-Opposition to Motion;
                                        ) and (Proposed) Order]
21 UNILEVER FOOD SOLUTIONS, a           )
   Chinese entity, UNILEVER HONG        )
22 KONG LIMITED, a Chinese entity,      ) **Date:**       **July 9, 2012**
   TRIO FOODS LIMITED, a Chinese        ) **Time:**       **9:30 a.m.**
23 limited company, CHRIS SHIU          ) **Courtroom:**  **740**
   LEUNG HO, an individual, GEORGE      )
24 CHU, an individual, and ROES 1-10,   )
   inclusive,                           )
25                                      )
                                        )
26         Third Party Defendants.      )
                                        ) Trial date:    December 4, 2012
27 _____)

28

LAW OFFICES OF        **DECLARATION OF ELIZABETH G. ELLIS**
ELIZABETH G. ELLIS  **IN SUPPORT OF DISMISSAL OF THIRD PARTY COMPLAINT AND RELATED RELIEF**

# DECLARATION OF ELIZABETH G. ELLIS

I, Elizabeth G. Ellis, declare:

1. I am counsel of record for third party defendants Trio Foods Limited, Chris Shiu Leung Ho and George Chu (the "Trio Parties"). I have personal knowledge of the matters stated herein, and if called as a witness, could and would testify competently thereto.

2. This declaration is offered in support of the Trio parties Reply to their Motion to Dismiss Knorr Solution, Inc.'s ("KSI") third party complaint against them and to notify this Court of KSI's knowing failure to oppose the Motion ("Notice of KSI's Non-Opposition").

3. This Court's Order to Show Cause re: why KSI's Third Party Complaint should not be dismissed for Failure to Prosecute was resolved with KSI being afforded another opportunity to prosecute their alleged claims against the Trio parties. (Docket No. 102.)   However, KSI's Opposition to the Trio parties Motion to dismiss KSI's third party complaint was due on June 18, 2012.   It was never filed.

4. The morning of June 25, 2012, I telephoned and conferred with KSI's counsel (Cindy Tran, Esq. of the Tran Law Firm) to inquire regarding their failure to oppose the Trio parties' Motion.   Ms. Tran acknowledged (more than once) "we are <u>well</u> aware the Oppositions are late."   She stated that they "do not intend to oppose the Motion", that KSI "wants out of the federal case and to go back to state court."   I indicated that a Notice of Non-Opposition should have been filed.   Ms. Tran stated she knew and might "file something".

5. KSI has continuously delayed this action in order to avoid the State Court case between movant, the Trio parties and KSI which is stayed until KSI's third party complaint is resolved in this Court.   As a result, the Trio parties have incurred unnecessary fees and costs caused by KSI and its counsel's knowing and improper

tactics, whereby the Rules of this Court have been mangled to suit their own purposes.

6. Had KSI informed the parties that they did not intend to prosecute their third party complaint, this Motion could have been avoided. Had KSI filed a Notice of Non-Opposition or in any manner conferred with the undersigned regarding their intention to abandon their claims, unnecessary fees and costs would not have been incurred. Had KSI dismissed this action voluntarily, the parties could have timely proceeded to trial in State Court (the scheduled trial date has long since passed).

7. It is respectfully requested that this Court grant the Motion, dismiss the third party complaint with prejudice for failure to prosecute, advance and vacate the hearing date, and award fees and costs of this Motion to the Trio parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Malibu, California, this 25th day of June.

/s/ *Elizabeth G. Ellis*
ELIZABETH G. ELLIS

LAW OFFICES OF
ELIZABETH G. ELLIS

**DECLARATION OF ELIZABETH G. ELLIS
IN SUPPORT OF DISMISSAL OF THIRD PARTY COMPLAINT AND RELATED RELIEF**

3