# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KNORR SOLUTION, INC., et al,<br><br>　　　　　Defendants.<br>_____<br>KNORR SOLUTION, INC., a California corporation,<br><br>　　　　　Third Party Plaintiff,<br><br>　　v.<br><br>UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, a Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive<br><br>　　　　　Third Party Defendants.<br>_____ | **Case No:** CV 10-8155 GAF (RZx)<br>*Honorable Gary A. Feess*<br><br><br><br><br>**[PROPOSED] ORDER**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Trial date:   December 4, 2012 |

**[PROPOSED] ORDER - MOTION TO DISMISS**

Third Party Defendants Trio Foods Limited, Chris Shiu Leung and George Chu's (the "Trio parties") motion to dismiss the Third Party Complaint of Knorr Solution , Inc., ("KSI"), duly set for hearing before this court on July 9, 2012, at 9:30 a.m. ("Hearing"), was unopposed.

The Court, having considered the motion papers and relevant documents filed with this Court and in consideration of KSI's failure to oppose the motion and good cause therefore,

IT IS HEREBY ORDERED THAT:

(1.)   The Hearing date is advanced and vacated;

(2.)   The Trio parties motion is GRANTED;

(3.)   Knorr Solution Inc's third party complaint against Trio Foods Limited, Chris Shiu Leung Ho and George Chu is hereby DISMISSED with prejudice for failure to prosecute; and

(4.)   The Trio parties are awarded their reasonable costs and attorneys fees incurred in connection with their Motion; a Memorandum of Costs and Fees is due filed within twenty (20) days hereof.

**SO ORDERED.**


Dated: June   , 2012

_____
**GARY A. FEESS**
United States District Court Judge

1  Respectfully prepared by:

2

3  Elizabeth G. Ellis, (SBN 218956)
   LAW OFFICES OF ELIZABETH G. ELLIS
   26137 Fairside Drive
4  Malibu, CA 90265
   Tel.: (310) 456-8413
5  Fax: (888) 795-3398
   E-Mail: LizEllis@ellis-lawoffices.com
6  Attorneys for Third Party Defendants
   TRIO FOODS LIMITED, CHRIS SHIU
7  LEUN HO and GEORGE CHU

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**[PROPOSED] ORDER - MOTION TO DISMISS**

3