LINKS: 103, 105

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-08155 GAF (RZx) | Date | July 3, 2012 |
|---|---|---|---|
| Title | Knorr-Naehrmittel Aktiengesellchaft et al v. Knorr Solutions, Inc. et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Chris Silva for Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        **(In Chambers)**

## ORDER RE: MOTIONS TO DISMISS THIRD PARTY COMPLAINT

On June 5, 2012, Third Party Defendant Unilever Hong Kong Limited ("Unilever") filed a motion to dismiss Third Party Plaintiff Knorr Solution, Inc.'s ("KSI") third party complaint. (Docket No. 103.)  On June 6, 2012, Third Party Defendants George Chu, Chris Shiu Leung Ho, and Trio Foods Limited (the "Trio Parties") also filed a motion to dismiss KSI's third party complaint.  (Docket No. 105.)  KSI did not timely oppose these motions, and, to date, has not filed an opposition or a statement of non-opposition.  See C.D. Cal. R. 7-9.

In addition, on May 11, 2012, this Court ordered KSI to show cause why the third party complaint should not be dismissed for lack of prosecution.  (Docket No. 99 [5/11/12 Order].)  KSI timely responded, and the Court vacated the 5/11/12 Order because KSI demonstrated that it had made some effort to effect service of the third party complaint.  (Docket No. 102 [5/21/12 Order] at 2.)  The Court also declined to dismiss the third party complaint for KSI's non-compliance with this judicial district's Local Rule 83-1.4 by failing to notify the Court of an action between it and the Trio Parties pending in Los Angeles County Superior Court, in which KSI filed a cross-complaint that is nearly identical to the third party complaint filed here.  (Id. at 2–3.)  The state court action has been stayed pending resolution of this action.  (See id. at 1.)

The Trio Parties ask that KSI's third party complaint be dismissed with prejudice for failure to oppose their motion to dismiss and that they be awarded costs and attorney fees incurred in filing the motion.  (Docket No. 109 [Trio Parties' Reply].)  They have attached a declaration attesting to a conference between their counsel and counsel for KSI that occurred on June 25, 2012, in which KSI's counsel stated that KSI is "well aware that the oppositions are late," that KSI "do[es] not intend to oppose the motion," and that it "wants out of the federal case and to go back to state court."  KSI's counsel stated that it would "file something."  (Docket

**LINKS: 103, 105**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-08155 GAF (RZx) | Date | July 3, 2012 |
|---|---|---|---|
| Title | Knorr-Naehrmittel Aktiengesellchaft et al v. Knorr Solutions, Inc. et al | | |

No. 109-1 [Ellis Decl.] ¶ 4.)  Unilever also requests that the third party complaint be dismissed for failure to oppose its motion to dismiss.  (Docket No. 108.)

The Court **GRANTS** the motions to dismiss and **DISMISSES** KSI's third party complaint **with prejudice**.  The Trio Parties' request for an award of attorney fees is **DENIED without prejudice** to the filing of an appropriate motion for a specific fee award.  The hearing on the motions to dismiss presently scheduled for **Monday, July 9, 2012**, is **VACATED**.

**IT IS SO ORDERED**.