Cyndie M. Chang (SBN 227542)
DUANE MORRIS LLP
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
E-mail:  cmchang@duanemorris.com

Gregory P. Gulia (admitted *pro hac vice*)
Vanessa C. Hew (admitted *pro hac vice*)
Mitchell A. Frank (admitted *pro hac vice*)
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
Email:  gpgulia@duanemorris.com
Email:  vchew@duanemorris.com
Email:  mafrank@duanemorris.com

Attorneys for Plaintiffs Knorr-Naehrmittel
Aktiengesellchaft, Unilever N.V., and
Third-Party Defendant Unilever Hong Kong Limited

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.,<br><br>Plaintiffs,<br><br>v.<br><br>KNORR SOLUTION, INC., SIU C. CHAN a/k/a ALFRED CHAN, SIU WAI FUNG a/k/a CALVIN FUNG and PING HONG LI a/k/a SUKIE LI<br><br>Defendants. | Case No.:  CV 10-08155 GAF (Rzx)<br><br>**PLAINTIFFS KNORR-NAEHRMITTEL AKTIENGESELLCHAFT AND UNILEVER N.V. AND THIRD-PARTY DEFENDANT UNILEVER HONG KONG LIMITED'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES**<br><br>Date:         August 20, 2012<br>Time:         9:30 a.m.<br>Courtroom:  740<br><br>The Honorable Gary A. Feess |

| | |
|---|---|
| 1 | KNORR SOLUTION, INC., a California Corporation, |
| 2 | |
| 3 | Third-Party Plaintiff, |
| 4 | |
| 5 | v. |
| 6 | UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, A Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive, |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | Third-Party Defendants. |
| 13 | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 20, 2012 or as soon thereafter as counsel may be heard before the Honorable Gary A. Feess, United States Judge for the United States District Court for the Central District of California, 255 East Temple Street, Los Angeles, California 90012, Plaintiffs Knorr-Naehrmittel Aktiengesellchaft And Unilever N.V. and Third-Party Defendant Unilever Hong Kong Limited (collectively "Unilever") respectfully move, pursuant to Local Rule 54-12 and this Court's inherent powers, for an order directing defendant/third-party plaintiff Knorr Solution Inc. a/k/a Knorr Food Solution ("KSI") to reimburse Unilever for the attorneys' fees that Unilever incurred in response to KSI's third-party complaint against Unilever, in the amount of $97,490.50. Unilever provided notice of its intent to file this motion to KSI's counsel and had not hear back from KSI prior to filing this motion.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: July 17, 2012 | **DUANE MORRIS LLP** |
| 2 | | |
| 3 | | By:   s/   Cyndie M. Chang |
| 4 | | Cyndie M. Chang |
| 5 | | 865 S. Figueroa St., Suite 3100 |
| 6 | | Los Angeles, CA 90017-5450 |
|   | | Telephone: (213) 689-7400 |
| 7 | | Facsimile: (213) 689-7401 |
| 8 | | and |
| 9 | | |
| 10 | | Gregory P. Gulia (admitted *pro hac vice*) |
|   | | Vanessa C. Hew (admitted *pro hac vice*) |
| 11 | | Mitchell A. Frank (admitted *pro hac vice*) |
| 12 | | |
| 13 | | Attorneys for Plaintiffs |
|   | | Knorr-Naehrmittel Aktiengesellchaft, Unilever |
| 14 | | N.V., and Third-Party Defendant Unilever Hong Kong Limited |