Cyndie M. Chang (SBN 227542)
DUANE MORRIS LLP
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
E-mail:  cmchang@duanemorris.com

Gregory P. Gulia (admitted *pro hac vice*)
Vanessa C. Hew (admitted *pro hac vice*)
Mitchell A. Frank (admitted *pro hac vice*)
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
Email:  gpgulia@duanemorris.com
Email:  vchew@duanemorris.com
Email:  mafrank@duanemorris.com

Attorneys for Plaintiffs Knorr-Naehrmittel
Aktiengesellchaft, Unilever N.V., and
Third-Party Defendant Unilever Hong Kong Limited

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br><br>Plaintiffs,<br><br>v.<br><br>KNORR SOLUTION, INC., SIU C. CHAN a/k/a ALFRED CHAN, SIU WAI FUNG a/k/a CALVIN FUNG and PING HONG LI a/k/a SUKIE LI<br><br>Defendants. | Case No.:  CV 10-08155 GAF (Rzx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS KNORR-NAEHRMITTEL AKTIENGESELLCHAFT AND UNILEVER N.V. AND THIRD-PARTY DEFENDANT UNILEVER HONG KONG LIMITED'S MOTION FOR ATTORNEYS' FEES**<br><br>Date:  August 20, 2012<br>Time:  9:30 a.m.<br>Courtroom:  740<br><br>The Honorable Gary A. Feess |

1

1  KNORR SOLUTION, INC., a California Corporation,
2  
3           Third Party Plaintiff,
4  
5           v.
6  UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, A Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive,
7  
8  
9  
10  
11  
12           Third Party Defendants.
13  
14         Plaintiffs Knorr-Naehrmittel Aktiengesellchaft and Unilever N.V. and Third-
15  Party Defendant Unilever Hong Kong Limited's Motion for Attorneys' Fees, pursuant
16  to Local Rule 54-12 and this Court's inherent powers, came on regularly for hearing
17  on August 20, 2012 at 9:30 a.m.
18         Having read and considered Plaintiffs Knorr-Naehrmittel Aktiengesellchaft and
19  Unilever N.V. Third-Party Defendant Unilever Hong Kong Limited's Motion for
20  Attorneys' Fees, any opposition and reply briefs, the arguments presented at the
21  hearing, and good cause appearing therefor, the Court rules as follows:
22         IT IS HEREBY ORDERED that Plaintiffs Knorr-Naehrmittel Aktiengesellchaft
23  and Unilever N.V. and Third-Party Defendant Unilever Hong Kong Limited's Motion
24  for Attorneys' Fees in the amount of $97,490.50 is GRANTED.
25  
26  DATED: August _____, 2012
27                                              _____
                                                THE HONORABLE GARY A. FEESS
                                                UNITED STATES DISTRICT JUDGE
28