1  Cyndie M. Chang (SBN 227542)
2  DUANE MORRIS LLP
   865 S. Figueroa St., Suite 3100
3  Los Angeles, CA 90017-5450
   Telephone: (213) 689-7400
4  Facsimile: (213) 689-7401
5  E-mail:  cmchang@duanemorris.com

6  Gregory P. Gulia (admitted *pro hac vice*)
   Vanessa C. Hew (admitted *pro hac vice*)
7  Mitchell A. Frank (admitted *pro hac vice*)
8  DUANE MORRIS LLP
   1540 Broadway
9  New York, New York 10036-4086
   Telephone: (212) 692-1000
10 Facsimile: (212) 692-1020
11 Email:  gpgulia@duanemorris.com
   Email:  vchew@duanemorris.com
12 Email:  mafrank@duanemorris.com

13 Attorneys for Plaintiffs
14 Knorr-Naehrmittel Aktiengesellchaft,
   Unilever N.V., and Third-Party Defendant
15 Unilever Hong Kong Limited

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br><br>Plaintiffs,<br><br>v.<br><br>KNORR SOLUTION, INC., SIU C. CHAN a/k/a ALFRED CHAN, SIU WAI FUNG a/k/a CALVIN FUNG and PING HONG LI a/k/a SUKIE LI<br><br>Defendants. | Case No.:  CV 10-08155 GAF (Rzx)<br><br>**DECLARATION OF CYNDIE M. CHANG IN SUPPORT OF PLAINTIFFS KNORR-NAEHRMITTEL AKTIENGESELLCHAFT AND UNILEVER N.V. AND THIRD-PARTY DEFENDANT UNILEVER HONG KONG LIMITED'S MOTION FOR ATTORNEYS' FEES**<br><br>Date:         August 20, 2012<br>Time:         9:30 a.m.<br>Courtroom:  740<br><br>The Honorable Gary A. Feess |

1
DECLARATION OF CYNDIE M. CHANG IN SUPPORT OF PLAINTIFFS KNORR-NAEHRMITTEL AKTIENGESELL CHAFT AND UNILEVER N.V. AND THIRD-PARTY DEFENDANT UNILEVER HONG KONG LIMITED'S MOTION FOR ATTORNEYS' FEES

| | |
|---|---|
| 1 | KNORR SOLUTION, INC., a California Corporation, |
| 2 | |
| 3 | Third-Party Plaintiff, |
| 4 | |
| 5 | v. |
| 6 | UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, A Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive, |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Third-Party Defendants. |
| 12 | |

I, Cyndie M. Chang, hereby declare:

1. I am a partner at the firm Duane Morris LLP, attorneys for plaintiffs Knorr-Naehrmittel Aktiengesellchaft and Unilever N.V. and third-party defendant Unilever Hong Kong Limited (collectively, "Unilever") in the above-captioned matter. I submit this declaration in support of Plaintiffs Knorr-Naehrmittel Aktiengesellchaft and Unilever N.V. and Third-Party Defendant Unilever Hong Kong Limited's Motion for Attorneys' Fees.

2. Attached hereto as Exhibit A is a copy of a spreadsheet showing a breakdown of the time entries of the work done by Duane Morris LLP that is relevant to Unilever's defense against the claims asserted by defendant/third-party plaintiff Knorr Solution, Inc. ("KSI").

3. The hourly billing rates at Duane Morris LLP are consistent with those charged by other Los Angeles law firms of comparable size, expertise, and experience. For example, Gregory P. Gulia's rate was $540 per hour for the work conducted on this matter. Similarly, Mitchell A. Frank, who is a special counsel at Duane Morris LLP, billed at an average rate of $610 per hour. Vanessa C. Hew and I,

2

both partners at Duane Morris LLP, billed at average hourly rates of $410 and $436.32 respectively.  Sarah Peyronnel, a second year associate working on this case, and Terry Parker, who is a fourth year associate working on this case, billed at average hourly fees of $155.00 and $372.14 respectively.  Jennifer A. Walker, a paralegal working on this case, billed at an hourly rate of $70.00.

    4.    The attorneys working on this matter billed a total of 230.90 hours successfully defending Unilever H.K. against KSI's frivolous claims.   Duane Morris LLP's fees incurred as a result of KSI's third-party complaint amount to a total of $97,490.50.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of July, 2012, at Los Angeles, California.

                                                       /s/ Cyndie M. Chang