# EXHIBIT A

| Matter | Date | WTK Name | Hours | Rates | Amount |
|---|---|---|---|---|---|
| Y0759-00793 | 8/29/2011 | CYNDIE M. CHANG | 3.20 | 415.00 | 1,328.00 |
| Y0759-00793 | 8/30/2011 | CYNDIE M. CHANG | 1.10 | 415.00 | 456.50 |
| Y0759-00793 | 9/6/2011 | CYNDIE M. CHANG | 1.00 | 415.00 | 415.00 |
| Y0759-00793 | 9/7/2011 | CYNDIE M. CHANG | 0.30 | 415.00 | 124.50 |
| Y0759-00793 | 9/7/2011 | CYNDIE M. CHANG | 0.40 | 415.00 | 166.00 |
| Y0759-00793 | 9/7/2011 | CYNDIE M. CHANG | 0.30 | 415.00 | 124.50 |
| Y0759-00793 | 9/8/2011 | CYNDIE M. CHANG | 2.80 | 415.00 | 1,162.00 |
| Y0759-00793 | 9/9/2011 | CYNDIE M. CHANG | 0.70 | 415.00 | 290.50 |
| Y0759-00793 | 9/9/2011 | CYNDIE M. CHANG | 1.40 | 415.00 | 581.00 |
| Y0759-00793 | 9/9/2011 | CYNDIE M. CHANG | 1.20 | 415.00 | 498.00 |
| Y0759-00793 | 9/11/2011 | CYNDIE M. CHANG | 1.50 | 415.00 | 622.50 |
| Y0759-00793 | 9/12/2011 | CYNDIE M. CHANG | 0.80 | 415.00 | 332.00 |
| Y0759-00793 | 9/12/2011 | CYNDIE M. CHANG | 1.10 | 415.00 | 456.50 |
| Y0759-00793 | 9/12/2011 | CYNDIE M. CHANG | 0.30 | 415.00 | 124.50 |
| Y0759-00793 | 9/13/2011 | CYNDIE M. CHANG | 0.50 | 415.00 | 207.50 |
| Y0759-00793 | 9/20/2011 | CYNDIE M. CHANG | 0.30 | 415.00 | 124.50 |
| Y0759-00793 | 9/20/2011 | CYNDIE M. CHANG | 0.80 | 415.00 | 332.00 |
| Y0759-00793 | 9/30/2011 | CYNDIE M. CHANG | 0.40 | 415.00 | 166.00 |
| Y0759-00793 | 10/14/2011 | CYNDIE M. CHANG | 0.30 | 415.00 | 124.50 |
| Y0759-00793 | 10/19/2011 | CYNDIE M. CHANG | 1.90 | 415.00 | 788.50 |
| Y0759-00793 | 10/20/2011 | CYNDIE M. CHANG | 1.10 | 415.00 | 456.50 |
| Y0759-00793 | 11/2/2011 | CYNDIE M. CHANG | 0.40 | 415.00 | 166.00 |
| Y0759-00793 | 1/6/2012 | CYNDIE M. CHANG | 0.70 | 445.00 | 311.50 |
| Y0759-00793 | 1/7/2012 | CYNDIE M. CHANG | 0.40 | 445.00 | 178.00 |
| Y0759-00763 | 2/7/2012 | CYNDIE M. CHANG | 0.90 | 445.00 | 400.50 |
| Y0759-00763 | 2/8/2012 | CYNDIE M. CHANG | 0.60 | 445.00 | 267.00 |
| Y0759-00763 | 2/9/2012 | CYNDIE M. CHANG | 0.20 | 445.00 | 89.00 |
| Y0759-00763 | 2/14/2012 | CYNDIE M. CHANG | 0.80 | 445.00 | 356.00 |
| Y0759-00763 | 2/20/2012 | CYNDIE M. CHANG | 0.20 | 445.00 | 89.00 |
| Y0759-00763 | 2/21/2012 | CYNDIE M. CHANG | 1.10 | 445.00 | 489.50 |
| Y0759-00763 | 2/22/2012 | CYNDIE M. CHANG | 1.40 | 445.00 | 623.00 |
| Y0759-00763 | 2/24/2012 | CYNDIE M. CHANG | 0.80 | 445.00 | 356.00 |
| Y0759-00763 | 2/27/2012 | CYNDIE M. CHANG | 0.20 | 445.00 | 89.00 |
| Y0759-00763 | 2/28/2012 | CYNDIE M. CHANG | 0.40 | 445.00 | 178.00 |
| Y0759-00763 | 3/6/2012 | CYNDIE M. CHANG | 0.30 | 445.00 | 133.50 |
| Y0759-00763 | 3/7/2012 | CYNDIE M. CHANG | 0.20 | 445.00 | 89.00 |
| Y0759-00763 | 3/8/2012 | CYNDIE M. CHANG | 0.20 | 445.00 | 89.00 |
| Y0759-00763 | 3/16/2012 | CYNDIE M. CHANG | 0.60 | 445.00 | 267.00 |
| Y0759-00763 | 3/18/2012 | CYNDIE M. CHANG | 0.40 | 445.00 | 178.00 |
| Y0759-00763 | 3/20/2012 | CYNDIE M. CHANG | 0.30 | 445.00 | 133.50 |
| Y0759-00763 | 3/21/2012 | CYNDIE M. CHANG | 0.50 | 445.00 | 222.50 |
| Y0759-00763 | 3/21/2012 | CYNDIE M. CHANG | 0.80 | 445.00 | 356.00 |
| Y0759-00763 | 3/22/2012 | CYNDIE M. CHANG | 0.40 | 445.00 | 178.00 |
| Y0759-00763 | 3/22/2012 | CYNDIE M. CHANG | 0.40 | 445.00 | 178.00 |
| Y0759-00763 | 3/26/2012 | CYNDIE M. CHANG | 0.20 | 445.00 | 89.00 |
| Y0759-00763 | 3/28/2012 | CYNDIE M. CHANG | 0.20 | 445.00 | 89.00 |

EXHIBIT A PAGE 4

| Matter | Date | WTK Name | Hours | Rates | Amount |
|---|---|---|---|---|---|
| Y0759-00763 | 3/29/2012 | CYNDIE M. CHANG | 0.20 | 445.00 | 89.00 |
| Y0759-00763 | 4/9/2012 | CYNDIE M. CHANG | 0.20 | 445.00 | 89.00 |
| Y0759-00763 | 4/25/2012 | CYNDIE M. CHANG | 0.20 | 445.00 | 89.00 |
| Y0759-00763 | 5/4/2012 | CYNDIE M. CHANG | 0.70 | 445.00 | 311.50 |
| Y0759-00763 | 5/6/2012 | CYNDIE M. CHANG | 0.50 | 445.00 | 222.50 |
| Y0759-00763 | 5/6/2012 | CYNDIE M. CHANG | 0.20 | 445.00 | 89.00 |
| Y0759-00763 | 5/11/2012 | CYNDIE M. CHANG | 0.20 | 445.00 | 89.00 |
| Y0759-00763 | 5/15/2012 | CYNDIE M. CHANG | 0.80 | 445.00 | 356.00 |
| Y0759-00763 | 5/16/2012 | CYNDIE M. CHANG | 0.60 | 445.00 | 267.00 |
| Y0759-00763 | 5/16/2012 | CYNDIE M. CHANG | 2.90 | 445.00 | 1,290.50 |
| Y0759-00763 | 5/17/2012 | CYNDIE M. CHANG | 1.30 | 445.00 | 578.50 |
| Y0759-00763 | 5/17/2012 | CYNDIE M. CHANG | 0.40 | 445.00 | 178.00 |
| Y0759-00763 | 5/17/2012 | CYNDIE M. CHANG | 0.60 | 445.00 | 267.00 |
| Y0759-00763 | 5/22/2012 | CYNDIE M. CHANG | 0.40 | 445.00 | 178.00 |
| Y0759-00763 | 5/23/2012 | CYNDIE M. CHANG | 0.20 | 445.00 | 89.00 |
| Y0759-00763 | 5/24/2012 | CYNDIE M. CHANG | 0.40 | 445.00 | 178.00 |
| Y0759-00763 | 5/25/2012 | CYNDIE M. CHANG | 0.40 | 445.00 | 178.00 |
| Y0759-00763 | 5/31/2012 | CYNDIE M. CHANG | 1.30 | 445.00 | 578.50 |
| Y0759-00763 | 5/31/2012 | CYNDIE M. CHANG | 0.20 | 445.00 | 89.00 |
| Y0759-00763 | 6/1/2012 | CYNDIE M. CHANG | 0.80 | 445.00 | 356.00 |
| Y0759-00763 | 6/4/2012 | CYNDIE M. CHANG | 2.60 | 445.00 | 1,157.00 |
| Y0759-00763 | 6/5/2012 | CYNDIE M. CHANG | 0.50 | 445.00 | 222.50 |
| Y0759-00763 | 6/5/2012 | CYNDIE M. CHANG | 0.70 | 445.00 | 311.50 |
| Y0759-00763 | 6/5/2012 | CYNDIE M. CHANG | 3.60 | 445.00 | 1,602.00 |
| Y0759-00763 | 6/6/2012 | CYNDIE M. CHANG | 1.10 | 445.00 | 489.50 |
| Y0759-00763 | 6/7/2012 | CYNDIE M. CHANG | 0.10 | 445.00 | 44.50 |
| Y0759-00763 | 6/20/2012 | CYNDIE M. CHANG | 0.20 | 445.00 | 89.00 |
| Y0759-00763 | 6/25/2012 | CYNDIE M. CHANG | 0.40 | 445.00 | 178.00 |
| Y0759-00763 | 6/25/2012 | CYNDIE M. CHANG | 0.30 | 445.00 | 133.50 |
| Y0759-00763 | 6/26/2012 | CYNDIE M. CHANG | 0.50 | 445.00 | 222.50 |
| | | Subtotal | 56.50 | 436.32 | 24,488.50 |
| Y0759-00793 | 9/7/2011 | GREGORY P. GULIA | 1.60 | 540.00 | 864.00 |
| Y0759-00793 | 9/7/2011 | GREGORY P. GULIA | 1.80 | 540.00 | 972.00 |
| Y0759-00793 | 9/8/2011 | GREGORY P. GULIA | 0.80 | 540.00 | 432.00 |
| Y0759-00793 | 9/8/2011 | GREGORY P. GULIA | 0.30 | 540.00 | 162.00 |
| Y0759-00793 | 9/9/2011 | GREGORY P. GULIA | 0.50 | 540.00 | 270.00 |
| Y0759-00793 | 9/9/2011 | GREGORY P. GULIA | 0.80 | 540.00 | 432.00 |
| Y0759-00793 | 9/13/2011 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00793 | 9/16/2011 | GREGORY P. GULIA | 0.30 | 540.00 | 162.00 |
| Y0759-00793 | 9/19/2011 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00793 | 9/20/2011 | GREGORY P. GULIA | 0.40 | 540.00 | 216.00 |
| Y0759-00793 | 9/20/2011 | GREGORY P. GULIA | 0.80 | 540.00 | 432.00 |
| Y0759-00793 | 9/21/2011 | GREGORY P. GULIA | 0.30 | 540.00 | 162.00 |
| Y0759-00793 | 9/21/2011 | GREGORY P. GULIA | 0.80 | 540.00 | 432.00 |
| Y0759-00793 | 9/27/2011 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00793 | 9/30/2011 | GREGORY P. GULIA | 3.40 | 540.00 | 1,836.00 |

| Matter | Date | WTK Name | Hours | Rates | Amount |
|---|---|---|---|---|---|
| Y0759-00793 | 9/30/2011 | GREGORY P. GULIA | 0.30 | 540.00 | 162.00 |
| Y0759-00793 | 10/1/2011 | GREGORY P. GULIA | 2.70 | 540.00 | 1,458.00 |
| Y0759-00793 | 10/1/2011 | GREGORY P. GULIA | 1.40 | 540.00 | 756.00 |
| Y0759-00793 | 10/2/2011 | GREGORY P. GULIA | 0.50 | 540.00 | 270.00 |
| Y0759-00793 | 10/2/2011 | GREGORY P. GULIA | 1.70 | 540.00 | 918.00 |
| Y0759-00793 | 10/2/2011 | GREGORY P. GULIA | 0.80 | 540.00 | 432.00 |
| Y0759-00793 | 10/2/2011 | GREGORY P. GULIA | 0.60 | 540.00 | 324.00 |
| Y0759-00793 | 10/3/2011 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00793 | 10/14/2011 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00793 | 10/17/2011 | GREGORY P. GULIA | 0.70 | 540.00 | 378.00 |
| Y0759-00793 | 10/17/2011 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00793 | 10/17/2011 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00793 | 10/17/2011 | GREGORY P. GULIA | 0.30 | 540.00 | 162.00 |
| Y0759-00793 | 10/20/2011 | GREGORY P. GULIA | 0.40 | 540.00 | 216.00 |
| Y0759-00793 | 11/2/2011 | GREGORY P. GULIA | 0.30 | 540.00 | 162.00 |
| Y0759-00793 | 1/6/2012 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00763 | 2/7/2012 | GREGORY P. GULIA | 0.40 | 540.00 | 216.00 |
| Y0759-00763 | 2/7/2012 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00763 | 2/8/2012 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00763 | 2/8/2012 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00763 | 2/8/2012 | GREGORY P. GULIA | 0.30 | 540.00 | 162.00 |
| Y0759-00763 | 2/14/2012 | GREGORY P. GULIA | 0.30 | 540.00 | 162.00 |
| Y0759-00763 | 2/21/2012 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00763 | 2/23/2012 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00763 | 2/23/2012 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00763 | 2/23/2012 | GREGORY P. GULIA | 0.30 | 540.00 | 162.00 |
| Y0759-00763 | 2/27/2012 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00763 | 2/29/2012 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00763 | 3/8/2012 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00763 | 4/13/2012 | GREGORY P. GULIA | 0.50 | 540.00 | 270.00 |
| Y0759-00763 | 4/25/2012 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00763 | 4/25/2012 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00763 | 5/6/2012 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00763 | 5/11/2012 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00763 | 5/22/2012 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00763 | 5/31/2012 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00763 | 6/1/2012 | GREGORY P. GULIA | 0.80 | 540.00 | 432.00 |
| Y0759-00763 | 6/1/2012 | GREGORY P. GULIA | 0.70 | 540.00 | 378.00 |
| Y0759-00763 | 6/4/2012 | GREGORY P. GULIA | 1.30 | 540.00 | 702.00 |
| Y0759-00763 | 6/5/2012 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| Y0759-00763 | 6/5/2012 | GREGORY P. GULIA | 1.30 | 540.00 | 702.00 |
| Y0759-00763 | 6/5/2012 | GREGORY P. GULIA | 0.20 | 540.00 | 108.00 |
| | | Subtotal | 32.40 | 540.00 | 17,496.00 |
| Y0759-00763 | 6/5/2012 | JENNIFER A. WALKER | 4.90 | 70.00 | 343.00 |
| | | Subtotal | | | |
| Y0759-00793 | 8/29/2011 | MITCHELL A. FRANK | 0.70 | 610.00 | 427.00 |

EXHIBIT A PAGE 6

| Matter | Date | WTK Name | Hours | Rates | Amount |
|---|---|---|---|---|---|
| Y0759-00793 | 8/29/2011 | MITCHELL A. FRANK | 0.70 | 610.00 | 427.00 |
| Y0759-00793 | 8/30/2011 | MITCHELL A. FRANK | 0.90 | 610.00 | 549.00 |
| Y0759-00793 | 9/8/2011 | MITCHELL A. FRANK | 0.50 | 610.00 | 305.00 |
| Y0759-00793 | 9/9/2011 | MITCHELL A. FRANK | 0.40 | 610.00 | 244.00 |
| Y0759-00793 | 9/20/2011 | MITCHELL A. FRANK | 0.40 | 610.00 | 244.00 |
| Y0759-00793 | 1/19/2012 | MITCHELL A. FRANK | 0.30 | 610.00 | 183.00 |
| Y0759-00793 | 1/20/2012 | MITCHELL A. FRANK | 0.30 | 610.00 | 183.00 |
| Y0759-00763 | 2/23/2012 | MITCHELL A. FRANK | 0.40 | 610.00 | 244.00 |
| Y0759-00763 | 2/23/2012 | MITCHELL A. FRANK | 1.00 | 610.00 | 610.00 |
| Y0759-00763 | 2/24/2012 | MITCHELL A. FRANK | 0.30 | 610.00 | 183.00 |
| Y0759-00763 | 5/17/2012 | MITCHELL A. FRANK | 0.50 | 610.00 | 305.00 |
| Y0759-00763 | 5/17/2012 | MITCHELL A. FRANK | 1.00 | 610.00 | 610.00 |
| Y0759-00763 | 5/18/2012 | MITCHELL A. FRANK | 0.40 | 610.00 | 244.00 |
| Y0759-00763 | 5/22/2012 | MITCHELL A. FRANK | 0.70 | 610.00 | 427.00 |
| Y0759-00763 | 5/23/2012 | MITCHELL A. FRANK | 0.30 | 610.00 | 183.00 |
| Y0759-00763 | 5/23/2012 | MITCHELL A. FRANK | 0.50 | 610.00 | 305.00 |
| Y0759-00763 | 5/25/2012 | MITCHELL A. FRANK | 0.60 | 610.00 | 366.00 |
| Y0759-00763 | 6/4/2012 | MITCHELL A. FRANK | 3.00 | 610.00 | 1,830.00 |
| Y0759-00763 | 6/7/2012 | MITCHELL A. FRANK | 0.60 | 610.00 | 366.00 |
| | | Subtotal | 13.50 | 610.00 | 8,235.00 |
| Y0759-00793 | 9/7/2011 | SARAH PEYRONNEL | 0.50 | 155.00 | 77.50 |
| Y0759-00793 | 9/9/2011 | SARAH PEYRONNEL | 1.50 | 155.00 | 232.50 |
| Y0759-00793 | 9/12/2011 | SARAH PEYRONNEL | 2.10 | 155.00 | 325.50 |
| Y0759-00793 | 11/2/2011 | SARAH PEYRONNEL | 1.70 | 155.00 | 263.50 |
| Y0759-00793 | 11/2/2011 | SARAH PEYRONNEL | 0.70 | 155.00 | 108.50 |
| | | Subtotal | 6.50 | 155.00 | 1,007.50 |
| Y0759-00793 | 9/9/2011 | TERRY PARKER | 0.40 | 345.00 | 138.00 |
| Y0759-00793 | 9/9/2011 | TERRY PARKER | 0.40 | 345.00 | 138.00 |
| Y0759-00793 | 9/11/2011 | TERRY PARKER | 0.80 | 345.00 | 276.00 |
| Y0759-00793 | 9/11/2011 | TERRY PARKER | 0.40 | 345.00 | 138.00 |
| Y0759-00793 | 9/12/2011 | TERRY PARKER | 0.60 | 345.00 | 207.00 |
| Y0759-00793 | 9/12/2011 | TERRY PARKER | 0.70 | 345.00 | 241.50 |
| Y0759-00793 | 1/10/2012 | TERRY PARKER | 0.60 | 375.00 | 225.00 |
| Y0759-00763 | 2/7/2012 | TERRY PARKER | 0.40 | 375.00 | 150.00 |
| Y0759-00763 | 2/8/2012 | TERRY PARKER | 1.80 | 375.00 | 675.00 |
| Y0759-00763 | 2/14/2012 | TERRY PARKER | 0.80 | 375.00 | 300.00 |
| Y0759-00763 | 2/14/2012 | TERRY PARKER | 0.20 | 375.00 | 75.00 |
| Y0759-00763 | 2/21/2012 | TERRY PARKER | 0.20 | 375.00 | 75.00 |
| Y0759-00763 | 2/21/2012 | TERRY PARKER | 0.20 | 375.00 | 75.00 |
| Y0759-00763 | 2/23/2012 | TERRY PARKER | 0.50 | 375.00 | 187.50 |
| Y0759-00763 | 2/27/2012 | TERRY PARKER | 0.20 | 375.00 | 75.00 |
| Y0759-00763 | 4/25/2012 | TERRY PARKER | 0.30 | 375.00 | 112.50 |
| Y0759-00763 | 5/7/2012 | TERRY PARKER | 0.30 | 375.00 | 112.50 |
| Y0759-00763 | 5/7/2012 | TERRY PARKER | 0.60 | 375.00 | 225.00 |
| Y0759-00763 | 5/8/2012 | TERRY PARKER | 0.30 | 375.00 | 112.50 |
| Y0759-00763 | 5/8/2012 | TERRY PARKER | 0.20 | 375.00 | 75.00 |



EXHIBIT A PAGE 7

| Matter | Date | WTK Name | Hours | Rates | Amount |
|---|---|---|---|---|---|
| Y0759-00763 | 5/8/2012 | TERRY PARKER | 0.80 | 375.00 | 300.00 |
| Y0759-00763 | 5/9/2012 | TERRY PARKER | 0.70 | 375.00 | 262.50 |
| Y0759-00763 | 5/14/2012 | TERRY PARKER | 0.40 | 375.00 | 150.00 |
| Y0759-00763 | 5/14/2012 | TERRY PARKER | 0.20 | 375.00 | 75.00 |
| Y0759-00763 | 5/16/2012 | TERRY PARKER | 0.20 | 375.00 | 75.00 |
| Y0759-00763 | 5/16/2012 | TERRY PARKER | 0.50 | 375.00 | 187.50 |
| Y0759-00763 | 5/16/2012 | TERRY PARKER | 0.70 | 375.00 | 262.50 |
| Y0759-00763 | 5/16/2012 | TERRY PARKER | 0.20 | 375.00 | 75.00 |
| Y0759-00763 | 5/16/2012 | TERRY PARKER | 0.20 | 375.00 | 75.00 |
| Y0759-00763 | 5/17/2012 | TERRY PARKER | 0.20 | 375.00 | 75.00 |
| Y0759-00763 | 5/17/2012 | TERRY PARKER | 0.20 | 375.00 | 75.00 |
| Y0759-00763 | 5/17/2012 | TERRY PARKER | 0.40 | 375.00 | 150.00 |
| Y0759-00763 | 5/17/2012 | TERRY PARKER | 0.50 | 375.00 | 187.50 |
| Y0759-00763 | 5/18/2012 | TERRY PARKER | 0.40 | 375.00 | 150.00 |
| Y0759-00763 | 5/21/2012 | TERRY PARKER | 0.60 | 375.00 | 225.00 |
| Y0759-00763 | 5/21/2012 | TERRY PARKER | 0.50 | 375.00 | 187.50 |
| Y0759-00763 | 5/21/2012 | TERRY PARKER | 0.50 | 375.00 | 187.50 |
| Y0759-00763 | 5/21/2012 | TERRY PARKER | 0.40 | 375.00 | 150.00 |
| Y0759-00763 | 5/21/2012 | TERRY PARKER | 0.30 | 375.00 | 112.50 |
| Y0759-00763 | 5/22/2012 | TERRY PARKER | 0.40 | 375.00 | 150.00 |
| Y0759-00763 | 5/22/2012 | TERRY PARKER | 0.50 | 375.00 | 187.50 |
| Y0759-00763 | 5/22/2012 | TERRY PARKER | 0.40 | 375.00 | 150.00 |
| Y0759-00763 | 5/22/2012 | TERRY PARKER | 0.20 | 375.00 | 75.00 |
| Y0759-00763 | 5/23/2012 | TERRY PARKER | 0.90 | 375.00 | 337.50 |
| Y0759-00763 | 5/23/2012 | TERRY PARKER | 0.50 | 375.00 | 187.50 |
| Y0759-00763 | 5/23/2012 | TERRY PARKER | 0.60 | 375.00 | 225.00 |
| Y0759-00763 | 5/23/2012 | TERRY PARKER | 0.70 | 375.00 | 262.50 |
| Y0759-00763 | 5/23/2012 | TERRY PARKER | 2.80 | 375.00 | 1,050.00 |
| Y0759-00763 | 5/24/2012 | TERRY PARKER | 0.20 | 375.00 | 75.00 |
| Y0759-00763 | 5/24/2012 | TERRY PARKER | 1.50 | 375.00 | 562.50 |
| Y0759-00763 | 5/25/2012 | TERRY PARKER | 2.60 | 375.00 | 975.00 |
| Y0759-00763 | 5/25/2012 | TERRY PARKER | 0.20 | 375.00 | 75.00 |
| Y0759-00763 | 5/25/2012 | TERRY PARKER | 0.80 | 375.00 | 300.00 |
| Y0759-00763 | 5/25/2012 | TERRY PARKER | 1.20 | 375.00 | 450.00 |
| Y0759-00763 | 5/29/2012 | TERRY PARKER | 1.80 | 375.00 | 675.00 |
| Y0759-00763 | 5/29/2012 | TERRY PARKER | 0.30 | 375.00 | 112.50 |
| Y0759-00763 | 5/29/2012 | TERRY PARKER | 0.60 | 375.00 | 225.00 |
| Y0759-00763 | 5/29/2012 | TERRY PARKER | 0.80 | 375.00 | 300.00 |
| Y0759-00763 | 5/30/2012 | TERRY PARKER | 2.20 | 375.00 | 825.00 |
| Y0759-00763 | 5/31/2012 | TERRY PARKER | 1.70 | 375.00 | 637.50 |
| Y0759-00763 | 6/1/2012 | TERRY PARKER | 0.30 | 375.00 | 112.50 |
| Y0759-00763 | 6/1/2012 | TERRY PARKER | 2.40 | 375.00 | 900.00 |
| Y0759-00763 | 6/1/2012 | TERRY PARKER | 1.40 | 375.00 | 525.00 |
| Y0759-00763 | 6/4/2012 | TERRY PARKER | 4.00 | 375.00 | 1,500.00 |
| Y0759-00763 | 6/4/2012 | TERRY PARKER | 0.20 | 375.00 | 75.00 |
| Y0759-00763 | 6/5/2012 | TERRY PARKER | 0.20 | 375.00 | 75.00 |



EXHIBIT A PAGE 8

| Matter | Date | WTK Name | Hours | Rates | Amount |
|---|---|---|---|---|---|
| Y0759-00763 | 6/5/2012 | TERRY PARKER | 3.70 | 375.00 | 1,387.50 |
| Y0759-00763 | 6/5/2012 | TERRY PARKER | 0.40 | 375.00 | 150.00 |
| Y0759-00763 | 6/5/2012 | TERRY PARKER | 0.50 | 375.00 | 187.50 |
| Y0759-00763 | 6/5/2012 | TERRY PARKER | 0.60 | 375.00 | 225.00 |
| Y0759-00763 | 6/5/2012 | TERRY PARKER | 0.80 | 375.00 | 300.00 |
| Y0759-00763 | 6/5/2012 | TERRY PARKER | 0.60 | 375.00 | 225.00 |
| Y0759-00763 | 6/5/2012 | TERRY PARKER | 0.30 | 375.00 | 112.50 |
| Y0759-00763 | 6/12/2012 | TERRY PARKER | 0.90 | 375.00 | 337.50 |
| Y0759-00763 | 6/12/2012 | TERRY PARKER | 0.30 | 375.00 | 112.50 |
| Y0759-00763 | 6/12/2012 | TERRY PARKER | 0.30 | 375.00 | 112.50 |
| Y0759-00763 | 6/18/2012 | TERRY PARKER | 0.20 | 375.00 | 75.00 |
| Y0759-00763 | 6/19/2012 | TERRY PARKER | 0.20 | 375.00 | 75.00 |
| Y0759-00763 | 6/21/2012 | TERRY PARKER | 0.30 | 375.00 | 112.50 |
| Y0759-00763 | 6/25/2012 | TERRY PARKER | 0.30 | 375.00 | 112.50 |
| Y0759-00763 | 6/25/2012 | TERRY PARKER | 0.30 | 375.00 | 112.50 |
| | | Subtotal | 56.90 | 372.78 | 21,238.50 |
| Y0759-00793 | 9/7/2011 | VANESSA C. HEW | 0.40 | 410.00 | 164.00 |
| Y0759-00793 | 9/7/2011 | VANESSA C. HEW | 0.40 | 410.00 | 164.00 |
| Y0759-00793 | 9/8/2011 | VANESSA C. HEW | 2.70 | 410.00 | 1,107.00 |
| Y0759-00793 | 9/9/2011 | VANESSA C. HEW | 0.50 | 410.00 | 205.00 |
| Y0759-00793 | 9/9/2011 | VANESSA C. HEW | 1.20 | 410.00 | 492.00 |
| Y0759-00793 | 9/9/2011 | VANESSA C. HEW | 1.50 | 410.00 | 615.00 |
| Y0759-00793 | 9/12/2011 | VANESSA C. HEW | 5.70 | 410.00 | 2,337.00 |
| Y0759-00793 | 9/20/2011 | VANESSA C. HEW | 0.50 | 410.00 | 205.00 |
| Y0759-00793 | 9/30/2011 | VANESSA C. HEW | 0.50 | 410.00 | 205.00 |
| Y0759-00793 | 10/14/2011 | VANESSA C. HEW | 0.50 | 410.00 | 205.00 |
| Y0759-00793 | 10/20/2011 | VANESSA C. HEW | 0.50 | 410.00 | 205.00 |
| Y0759-00793 | 10/20/2011 | VANESSA C. HEW | 0.50 | 410.00 | 205.00 |
| Y0759-00793 | 11/2/2011 | VANESSA C. HEW | 1.20 | 410.00 | 492.00 |
| Y0759-00793 | 11/2/2011 | VANESSA C. HEW | 0.40 | 410.00 | 164.00 |
| Y0759-00793 | 1/7/2012 | VANESSA C. HEW | 0.20 | 410.00 | 82.00 |
| Y0759-00763 | 2/7/2012 | VANESSA C. HEW | 0.50 | 410.00 | 205.00 |
| Y0759-00763 | 2/7/2012 | VANESSA C. HEW | 0.50 | 410.00 | 205.00 |
| Y0759-00763 | 2/8/2012 | VANESSA C. HEW | 0.50 | 410.00 | 205.00 |
| Y0759-00763 | 2/9/2012 | VANESSA C. HEW | 0.30 | 410.00 | 123.00 |
| Y0759-00763 | 2/14/2012 | VANESSA C. HEW | 1.80 | 410.00 | 738.00 |
| Y0759-00763 | 2/14/2012 | VANESSA C. HEW | 0.40 | 410.00 | 164.00 |
| Y0759-00763 | 2/20/2012 | VANESSA C. HEW | 0.20 | 410.00 | 82.00 |
| Y0759-00763 | 2/21/2012 | VANESSA C. HEW | 3.50 | 410.00 | 1,435.00 |
| Y0759-00763 | 2/21/2012 | VANESSA C. HEW | 0.50 | 410.00 | 205.00 |
| Y0759-00763 | 2/23/2012 | VANESSA C. HEW | 0.40 | 410.00 | 164.00 |
| Y0759-00763 | 2/23/2012 | VANESSA C. HEW | 0.40 | 410.00 | 164.00 |
| Y0759-00763 | 2/23/2012 | VANESSA C. HEW | 0.50 | 410.00 | 205.00 |
| Y0759-00763 | 2/24/2012 | VANESSA C. HEW | 0.30 | 410.00 | 123.00 |
| Y0759-00763 | 2/24/2012 | VANESSA C. HEW | 0.40 | 410.00 | 164.00 |
| Y0759-00763 | 2/24/2012 | VANESSA C. HEW | 0.40 | 410.00 | 164.00 |

EXHIBIT A PAGE 9

| Matter | Date | WTK Name | Hours | Rates | Amount |
|---|---|---|---|---|---|
| Y0759-00763 | 2/24/2012 | VANESSA C. HEW | 1.80 | 410.00 | 738.00 |
| Y0759-00763 | 2/24/2012 | VANESSA C. HEW | 0.30 | 410.00 | 123.00 |
| Y0759-00763 | 2/24/2012 | VANESSA C. HEW | 0.30 | 410.00 | 123.00 |
| Y0759-00763 | 2/27/2012 | VANESSA C. HEW | 0.30 | 410.00 | 123.00 |
| Y0759-00763 | 2/28/2012 | VANESSA C. HEW | 0.30 | 410.00 | 123.00 |
| Y0759-00763 | 2/28/2012 | VANESSA C. HEW | 0.30 | 410.00 | 123.00 |
| Y0759-00763 | 3/16/2012 | VANESSA C. HEW | 0.50 | 410.00 | 205.00 |
| Y0759-00763 | 3/17/2012 | VANESSA C. HEW | 0.20 | 410.00 | 82.00 |
| Y0759-00763 | 3/18/2012 | VANESSA C. HEW | 0.20 | 410.00 | 82.00 |
| Y0759-00763 | 3/21/2012 | VANESSA C. HEW | 0.40 | 410.00 | 164.00 |
| Y0759-00763 | 3/21/2012 | VANESSA C. HEW | 0.40 | 410.00 | 164.00 |
| Y0759-00763 | 3/21/2012 | VANESSA C. HEW | 0.70 | 410.00 | 287.00 |
| Y0759-00763 | 3/21/2012 | VANESSA C. HEW | 0.70 | 410.00 | 287.00 |
| Y0759-00763 | 3/22/2012 | VANESSA C. HEW | 0.50 | 410.00 | 205.00 |
| Y0759-00763 | 3/22/2012 | VANESSA C. HEW | 0.50 | 410.00 | 205.00 |
| Y0759-00763 | 3/22/2012 | VANESSA C. HEW | 0.30 | 410.00 | 123.00 |
| Y0759-00763 | 3/29/2012 | VANESSA C. HEW | 0.30 | 410.00 | 123.00 |
| Y0759-00763 | 4/25/2012 | VANESSA C. HEW | 0.50 | 410.00 | 205.00 |
| Y0759-00763 | 5/14/2012 | VANESSA C. HEW | 0.30 | 410.00 | 123.00 |
| Y0759-00763 | 5/16/2012 | VANESSA C. HEW | 1.50 | 410.00 | 615.00 |
| Y0759-00763 | 5/16/2012 | VANESSA C. HEW | 0.60 | 410.00 | 246.00 |
| Y0759-00763 | 5/17/2012 | VANESSA C. HEW | 1.20 | 410.00 | 492.00 |
| Y0759-00763 | 5/22/2012 | VANESSA C. HEW | 0.50 | 410.00 | 205.00 |
| Y0759-00763 | 5/22/2012 | VANESSA C. HEW | 0.40 | 410.00 | 164.00 |
| Y0759-00763 | 5/22/2012 | VANESSA C. HEW | 0.50 | 410.00 | 205.00 |
| Y0759-00763 | 5/22/2012 | VANESSA C. HEW | 0.50 | 410.00 | 205.00 |
| Y0759-00763 | 5/31/2012 | VANESSA C. HEW | 0.30 | 410.00 | 123.00 |
| Y0759-00763 | 6/1/2012 | VANESSA C. HEW | 0.50 | 410.00 | 205.00 |
| Y0759-00763 | 6/1/2012 | VANESSA C. HEW | 0.60 | 410.00 | 246.00 |
| Y0759-00763 | 6/1/2012 | VANESSA C. HEW | 0.40 | 410.00 | 164.00 |
| Y0759-00763 | 6/1/2012 | VANESSA C. HEW | 3.20 | 410.00 | 1,312.00 |
| Y0759-00763 | 6/4/2012 | VANESSA C. HEW | 4.60 | 410.00 | 1,886.00 |
| Y0759-00763 | 6/5/2012 | VANESSA C. HEW | 0.40 | 410.00 | 164.00 |
| Y0759-00763 | 6/5/2012 | VANESSA C. HEW | 0.70 | 410.00 | 287.00 |
| Y0759-00763 | 6/5/2012 | VANESSA C. HEW | 4.20 | 410.00 | 1,722.00 |
| Y0759-00763 | 6/5/2012 | VANESSA C. HEW | 1.20 | 410.00 | 492.00 |
| Y0759-00763 | 6/5/2012 | VANESSA C. HEW | 2.80 | 410.00 | 1,148.00 |
| | | Subtotal | 60.20 | 410.00 | 24,682.00 |
| | | Total | 230.90 | | 97,490.50 |

EXHIBIT A PAGE 10