**SpeedPost** 特快專遞   **EMS**   香港郵政 HONGKONG POST   郵件總號 Item No. **EE 717 385 043 HK**

寄件人 / SENDER

CSO/ADM
Room 321, 3/F, East Wing,
Central Government Offices,
2 Tim Mei Avenue, Tamar
香港 HONG KONG

電話 / 傳真 Tel. / Fax: 2810 3956

收件人 / ADDRESSEE

Law Offices of Cindy N. Tran, APC
Cindy N. Tran (SBN 228214)
225 S. Lake Avenue, Suite 300
Pasadena, California 91101
USA

郵遞區號碼 (如適用) Postal Code (if any)

電話 Tel. / Fax: XXX.626.432.7208

1. 關務申報 CUSTOMS DECLARATION
   ☑ 文件 document   ☐ 商品 merchandise   ☐ 樣本 sample   ☐ 禮物 gift   ☐ 其他 other

2. 內裝物品詳情及數量 Quantity & detailed description of contents:
   2 sets of copies of legal documents

3. 重量(公斤) Weight(kg)
4. 價值 Value

證明文件及發貨單數目 Number of certificates and invoices

投保特快專遞 倍添安心 Buy Speedpost Insurance to give you peace of mind

5. 出口商品編號／樣本 For merchandise / sample only

派遞收條 **DELIVERY RECEIPT**
(派遞時填寫 To be completed at the time of delivery)

收件人姓名 Name of recipient : _____

時間 Time : _____   日期 Date : _____

簽署／公司印鑑 Signature/Company Chop

日期及寄件人簽署 Date and Sender's Signature: 18-5-2012

Pos 460 (5/2004)

ECONOMY
切勿摺疊
此信封如小心加以使用 WITH CARE THIS ENVELOPE CAN BE
可再用多次 RE-USED MANY TIMES

SEE REVERSE FOR INSTRUCTIONS

**Exhibit A**

# We have moved

Please be advised that we have moved, our new address is:

Chief Secretary for Administration
Hong Kong Special Administrative Region Government
Room 321, 3/F, East Wing
Central Government Offices
2 Tim Mei Avenue
Admiralty
Hong Kong, China

Telephone and fax numbers remain unchanged:

Tel: (852) 2810 3969
Fax: (852) 2842 8897

Please amend your record accordingly.

Exhibit A

香港特別行政區政府
政務司司長辦公室轄下行政署



The Government of
The Hong Kong Special Administrative Region
Administration Wing,
Chief Secretary for Administration's Office

香 港 添 馬 添 美 道 2 號

2 Tim Mei Avenue, Tamar, Hong Kong

本函檔號 Our Ref.:  CSO/ADM/SJ/290/2011A

來函檔號 Your Ref.:

Room 321, 3/F, East Wing
Central Government Offices
Tel No. (852) 2810 3969
Fax No. (852) 2842 8897

**By Speedpost**

4 May 2012

Law Offices of Cindy N. Tran, APC
Cindy N. Tran (SBN 228214)
225 S. Lake Avenue, Suite 300
Pasadena, California 91101
USA

Dear Sir,

## Service of Documents on
## Chris Shiu Leung Ho

    I refer to your recent request for service and regret to inform that service of judicial documents could not be effected on the party concerned. Enclosed please find an Affirmation of Non-service completed by the Bailiff's Assistant of the High Court and the unserved documents for your disposal.

Yours faithfully,

(Calvin Chan)
for Chief Secretary for Administration

Encl.

**Exhibit A**

CSO/ADM/SJ/290/2011A

Request for Service of Judicial Documents from: USA (California)

Party for Service: CHRIS SHIU LEUNG HO

## AFFIRMATION OF NON-SERVICE

I, CHIU Hon-chung, Bailiff's Assistant of the High Court of Hong Kong, solemnly, sincerely and truly affirm as follows:

1. I was directed by the Registrar, High Court of Hong Kong to serve the above-named Chris Shiu Leung Ho with the following judicial documents:

   i) Request;
   ii) Summary of the document to be served;
   iii) Certificate (unexecuted);
   iv) Summons on a Third Party Complaint [CV 10-8155 GAF (RZx)];
   v) Third Party Complaint [CV 10-8155 GAF (RZx)];
   vi) Certification and Notice of Interested Parties (Local Rule 7.1-1)

2. I did on Wednesday the 28th day of March 2012 at 10:50 hours call at the address given in the Request for Service, namely, Units 2015-2017, Metro Centre II, 21 Lam Hing Street, Kowloon Bay, Kowloon, Hong Kong, for effecting the service of the aforesaid judicial documents.

3. On arrival at the aforesaid address, a Ms. Suen answered my call. I revealed my identity and purpose of visit to her. Ms. Suen, staff member of Administration Section of Asia Construction Company, told me that she had no idea of the Party for Service. I then left a message requesting the person in charge of her company to contact my office. The above-named Party for Service did not make any response to the message.

4. I did again on Thursday the 5th day of April 2012 at 14:22 hours call at the aforesaid address for effecting service of the aforesaid judicial documents. On arrival at the aforesaid address, I found that the door of the premises was locked and nobody answered my call. I again left a message requesting the above-named Party for Service to contact my office.

5. For the aforesaid reason, I was unable to effect service of the aforesaid judicial documents.

Exhibit A

6.      Up to today's date, the above-named Party for Service again did not make any response to the messages.

AND LASTLY, I solemnly, sincerely and truly affirm that the contents of this Affirmation are true.

AFFIRMED at )
Bailiff Kowloon Regional Office, )
2nd floor, Kwun Tong Law Courts Building, )
Hong Kong, )
this 16th day of April 2012.

Before me,

LI CHI MING PATRICK
Commissioner for Oaths
Judiciary

Exhibit A