ECONOMY
此信封如小心加以使用 WITH CARE THIS ENVELOPE CAN BE
可再用多次 RE-USED MANY TIMES
切勿浪費

SpeedPost 特快專遞 EMS
香港郵政 HONGKONG POST   郵件編號 Item No. EE 717 385 159 HK

寄件人 SENDER:
CSO/ADM
Room 321, 3/F, East Wing,
Central Government Offices,
2 Tim Mei Avenue, Tamar
電話/傳真 Tel./Fax  2810 3956   香港 HONG KONG

收件人 ADDRESSEE:
Law Offices of Cindy N. Tran, APC
Cindy N. Tran (SBN 228214)
225 S. Lake Avenue, Suite 300
Pasadena, California 91101
USA

郵遞區號碼（如適用）Postal Code (if any)
電話 Tel./Fax  (626) 432-7208

1. 報關 CUSTOMS DECLARATION
☑ 文件 document   ☐ 商品 merchandise   ☐ 樣本 sample   ☐ 贈物 gift   ☐ 其他 other

2. 內載物品詳情及數量 Quantity & detailed description of contents:
2 sets of copies of legal documents

3. 重量 Weight (kg)
4. 價值 Value

證明文件及發貨單數量 Number of certificates and invoices

派遞收條 DELIVERY RECEIPT
(派遞時填寫 To be completed at the time of delivery)

收件人姓名 Name of recipient:

時間 Time:
日期 Date:

A/C No. 002585

日期及寄件人簽署
Date and Sender's Signature    28-5-2012

簽署／公司印鑑
Signature/Company Chop

SEE REVERSE FOR INSTRUCTIONS

DELIVERY RECEIPT

Exhibit B

# We have moved

Please be advised that we have moved, our new address is:

Chief Secretary for Administration
Hong Kong Special Administrative Region Government
Room 321, 3/F, East Wing
Central Government Offices
2 Tim Mei Avenue
Admiralty
Hong Kong, China

Telephone and fax numbers remain unchanged:

Tel: (852) 2810 3969
Fax: (852) 2842 8897

Please amend your record accordingly.

Exhibit B

香港特別行政區政府
政務司司長辦公室轄下行政署



The Government of
The Hong Kong Special Administrative Region
Administration Wing,
Chief Secretary for Administration's Office

香 港 添 馬 添 美 道 2 號

2 Tim Mei Avenue, Tamar, Hong Kong

本局檔號 Our Ref.:   CSO/ADM/SJ/292/2011B

來函檔號 Your Ref.:

Room 321, 3/F, East Wing
Central Government Offices
Tel No. (852) 2810 3969
Fax No. (852) 2842 8897

**_By Speedpost_**

8 May 2012

Law Offices of Cindy N. Tran, APC
Cindy N. Tran (SBN 228214)
225 S. Lake Avenue, Suite 300
Pasadena, California 91101
USA

Dear Sir,

## Service of Documents on
## Trio Foods Limited

    I refer to your recent request and regret to inform that service of judicial documents could not be effected on the party concerned. Enclosed please find an Affirmation of Non-service completed by the Bailiff's Assistant of the High Court and the unserved documents for your disposal.

    It is noticed that the addressee is a limited company. Under the laws of Hong Kong, where a party is a limited company, service is usually effected by leaving at the registered office. The Registrar of the High Court asked whether you could provide proof of the registered office of the addressee (in form of a company search record obtained from the Companies Registry of Hong Kong, more details can be viewed at http://www.cr.gov.hk/en/electronic/search.htm), so that the bailiff can attempt to serve the documents again. Alternatively, you may provide another address for service.

Yours faithfully,

(Calvin Chan)
for Chief Secretary for Administration

Encl.

**Exhibit B**

CSO/ADM/SJ/292/2011B

Request for Service of Judicial Documents from: USA (California)

Party for Service: TRIO FOODS LIMITED

### AFFIRMATION OF NON-SERVICE

I, CHIU Hon-chung, Bailiff's Assistant of the High Court of Hong Kong, solemnly, sincerely and truly affirm as follows:

1. I was directed by the Registrar, High Court of Hong Kong to serve the above-named Trio Foods Limited with the following judicial documents:

   i) Request;
   ii) Summary of the document to be served;
   iii) Certificate (unexecuted);
   iv) Summons on a Third Party Complaint [CV 10-8155 GAF (RZx)];
   v) Third Party Complaint [CV 10-8155 GAF (RZx)];
   vi) Certification and Notice of Interested Parties (Local Rule 7.1-1)

2. I did on Wednesday the 28th day of March 2012 at 10:50 hours call at the address given in the Request for Service, namely, Units 2015-2017, Metro Centre II, 21 Lam Hing Street, Kowloon Bay, Kowloon, Hong Kong, for effecting the service of the aforesaid judicial documents.

3. On arrival at the aforesaid address, a Ms. Suen answered my call. I revealed my identity and purpose of visit to her. Ms. Suen, staff member of Administration Section of Asia Construction Company, told me that she had no idea of the Party for Service. I then left a message requesting the person in charge of her company to contact my office. The above-named Party for Service did not make any response to the message.

4. I did again on Thursday the 5th day of April 2012 at 14:22 hours call at the aforesaid address for effecting service of the aforesaid judicial documents. On arrival at the aforesaid address, I found that the door of the premises was locked and nobody answered my call. I again left a message requesting the above-named Party for Service to contact my office.

5. For the aforesaid reason, I was unable to effect service of the aforesaid judicial documents.

Exhibit B

6.       Up to today's date, the above-named Party for Service again did not make any response to the messages.

AND LASTLY, I solemnly, sincerely and truly affirm that the contents of this Affirmation are true.

AFFIRMED at                                                              )
Bailiff Kowloon Regional Office,                                )
2nd floor, Kwun Tong Law Courts Building, )
Hong Kong,                                                              )
this 16th day of April 2012.

Before me,

LI CHI MING PATRICK
Commissioner for Oaths
Judiciary

Exhibit B