Elizabeth G. Ellis, (SBN 218956)
LAW OFFICES OF ELIZABETH G. ELLIS
26137 Fairside Drive
Malibu, CA 90265
Tel.: (310) 456-8413
Fax: (888) 795-3398
E-Mail: LizEllis@ellis-lawoffices.com

Attorneys for Third Party Defendants
TRIO FOODS LIMITED, CHRIS HO
and GEORGE CHU

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.,<br><br>    Plaintiffs,<br><br>v.<br><br>KNORR SOLUTION, INC., et al,<br><br>    Defendants.<br>_____<br><br>KNORR SOLUTION, INC., a California corporation,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, a Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive,<br><br>    Third Party Defendants.<br>_____ | Case No:  CV 10-8155 GAF (RZx)<br>*Hon. Gary A. Feess (USDJ)*<br><br>**REPLY DECLARATION OF ELIZABETH G. ELLIS IN SUPPORT OF THIRD PARTY DEFENDANTS' TRIO FOOD LIMITED, CHRIS HO AND GEORGE CHU'S MOTION FOR FEES AND/OR SANCTIONS**<br><br>[Filed concurrently with Memorandum of Law]<br><br><br>Date:       August 27, 2012<br>Time:      9:30 a.m.<br>Courtroom: 740 |

LAW OFFICES OF
ELIZABETH G. ELLIS

**REPLY DECLARATION OF ELIZABETH G. ELLIS
ISO THE TRIO PARTIES' MOTION FOR FEES**

## DECLARATION OF ELIZABETH G. ELLIS

I, Elizabeth G. Ellis, declare:

1. I am counsel of record for third party defendants Trio Foods Limited, Chris Shiu Leung Ho and George Chu (the "Trio Parties"). I have personal knowledge of the matters stated herein, and if called as a witness, could and would testify competently thereto.

2. This declaration is offered in further support of the Trio Parties Motion for Fees and Sanctions against third party defendant Knorr Solution, Inc. ("KSI") and/or it's counsel, the Law Offices of Cindy Tran ("Motion").

3. Trio Foods Limited is a duly Registered company in Hong Kong, registered in accordance with the rules of that jurisdiction. As a Registered company, Trio Foods Limited's current address and the current resident addresses of it's officers and directors (third party defendants George Chu and Chris Shiu Leung Ho) are also listed thereon, as required by law. This information is a matter of public record in Hong Kong, has been a matter of public record during this entire action and remains so to date. Locating the Trio Parties was a matter of searching the public record.

4. A "Status Conference re: Federal Case" was held in the State court case on July 24, 2012. The soonest available trial date is August 26, 201**3**. The prior trial date was in April 2012 and the Trio Parties were prepared to proceed.

5. KSI and it's counsel delayed and protracted this Action in clear violation of the procedural rules, for an improper purpose. They frustrated the Trio Parties from moving forward with their claims in either this court (by way of Counter-claims) or the State Court (by the action filed there, which was stayed until they "abandoned" the third party complaint in this Action).

6. KSI and the Tran firm delayed this Action and correspondingly, the

State court case, by violating the Rules and this Court's May 21st Order which admonished them to abide by the procedural rules or suffer sanctions.  They admit to a knowingly and intentional failure to do so.

       7.    KSI's Opposition to the Trio Parties' Motion to Dismiss was due June 18, 2012.   The Tran firm asserts that her client left the country on or around June 11th and that "KSI was already behind in its payment of its attorneys' fee to my firm and I had not receive confirmation from KSI as to whether I should or could incur more expenses on KSI's behalf in filing any pleadings in this matter."

       8.    The Tran firm never sought an extension of time for KSI to file an Opposition to the Trio Parties' Motion to Dismiss from either the undersigned or this Court.

       9.    The Tran firm is counsel of record for KSI.   At no time did the Tran firm seek to be relieved as counsel of record.   The Tran firm was duty bound to continue to represent their client unless or until relieved of that obligation, which duty they blatantly ignored "due to non-payment" to the detriment of the Trio Parties whose State court case cannot proceed to trial until August of 2013.

      10.    It is respectfully requested that this Court grant this Motion and award fees and costs attendant to the Trio Parties' motion to dismiss (as a fee award, sanctions, or any manner appropriate) in the sum of $than  $30,749.18, as set forth in the Moving papers and Exhibit "B" to my Declaration thereto, together with lawful interest thereon and such other and further relief as may be just and proper.

    I declare under penalty of perjury that the foregoing is true and correct.  Executed in Malibu, California, this 13th day of August.


                                     /s/   *Elizabeth G. Ellis*
                                ELIZABETH G. ELLIS