Cyndie M. Chang (SBN 227542)
Yvette D. Roland (SBN 120311)
DUANE MORRIS LLP
865 S. Figueroa St., Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
E-mail: cmchang@duanemorris.com

Gregory P. Gulia (admitted *pro hac vice*)
Vanessa C. Hew (admitted *pro hac vice*)
Mitchell A. Frank (admitted *pro hac vice*)
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
Email: gpgulia@duanemorris.com
Email: vchew@duanemorris.com
Email: mafrank@duanemorris.com

Attorneys for Plaintiffs Knorr-Naehrmittel Aktiengesellchaft and Unilever N.V.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.

Plaintiffs,

v.

KNORR SOLUTION, INC., SIU C. CHAN a/k/a ALFRED CHAN, SIU WAI FUNG a/k/a CALVIN FUNG and PING HONG LI a/k/a SUKIE LI

Defendants.

Case No.: CV 10-08155 GAF (RZx)

**STIPULATION TO MODIFY COURT'S SCHEDULING AND CASE MANAGEMENT ORDER**

The Honorable Gary A. Feess

Plaintiffs Knorr-Naehrmittel Aktiengesellchaft and Unilever N.V. ("Plaintiffs"), Defendant Knorr Solution, Inc. ("KSI"), and Defendants Siu C. Chan, a/k/a Alfred

Chan ("Chan"), and Siu Wai Fung a/k/a Calvin Fung ("Fung") (KSI, Chan, and Fung collectively referred to as "Defendants"), by and through their attorneys of record, hereby stipulate and respectfully request the Court to modify its Scheduling and Case Management Order dated February 13, 2012 ("Scheduling Order"), and continue the following dates and deadlines, set forth in the Scheduling Order for sixty days:

1. The trial date presently set for December 04, 2012 at 8:30 am.

2. The hearing on motions in limine and hearing on disputed jury instructions presently set for November 26, 2012 at 9:30 am.

3. The date of the Pretrial Conference; motions in limine to be filed; proposed voir dire questions lodged; and agreed-to statement of case presently set for November 5, 2012 at 3:30 pm.

4. The date for lodging of the Pretrial Conference Order; filing of memorandum of contentions of fact and law; exhibit & witness lists; filing of status report re settlement; file agreed upon set of jury instructions and verdict forms; file joint statement re disputed instructions, verdicts, etc. presently set for October 22, 2012.

5. The last day for hearing motions presently set for October 08, 2012.

6. The last date to conduct settlement conference presently set for October 01, 2012.

7. The discovery cut-off presently set for September, 24 2012.

Whereas the Parties have been in extensive settlement negotiations, are currently reviewing a draft Consent Injunction and are at present close to reaching an amicable resolution of this litigation.

Good cause exists for the continuance of the dates in the Scheduling Order as it will allow time for the Parties to resolve their differences amicably.

The parties have previously entered a Stipulation to Continue Dates in Scheduling Order dated January 31, 2012.

Based on the foregoing, the parties, by and through their attorneys of record, hereby stipulate and request that the dates set forth in the Court's Scheduling Order be continued for a period of sixty days.

IT IS SO STIPULATED.

Dated: September 10, 2012

**DUANE MORRIS LLP**
By: s/ Yvette D. Roland
Yvette D. Roland
Attorneys for Plaintiffs Knorr-Naehrmittel Aktiengesellchaft, Unilever N.V. and Unilever Hong Kong Limited

Dated: September 10, 2012

**LAW OFFICES OF CINDY N. TRAN, APC**
By: s/ Cindy N. Tran
Cindy N. Tran
Lisa Stilson
Attorneys for Defendant and Third-Party Plaintiff Knorr Solution, Inc., and Defendants Siu C. Chan, a/k/a Alfred Chan, and Siu Wai Fung a/k/a Calvin Fung