UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br><br>Plaintiffs,<br><br>v.<br><br>KNORR SOLUTION, INC., et al.<br><br>Defendants. | Case No.:  CV 10-08155 GAF (RZx)<br><br>**[PROPOSED] ORDER ON STIPULATION TO MODIFY COURT'S SCHEDULING AND CASE MANAGEMENT ORDER** |

Based on the STIPULATION TO MODIFY COURT'S SCHEDULING AND CASE MANAGEMENT ORDER filed by the parties, the Court finds that good cause exists for the continuance of the dates in the Court's Scheduling Order as set forth in the attached Schedule of Trial and Pretrial Dates.

IT IS SO ORDERED.

DATED: September ___, 2012

                                        _____
                                        Honorable Gary A. Feess
                                        District Court Judge

1

[PROPOSED] ORDER ON STIPULATION TO MODIFY COURT'S SCHEDULING AND CASE MANAGEMENT ORDER

# SCHEDULE OF TRIAL AND PRETRIAL DATES

| Matter | Time | Weeks Before Trial | Plaintiff(s) (Request) | Defendant(s) (Request) | Court Order |
|---|---|---|---|---|---|
| Trial (court) Estimated length: 5 days | 8:30 am | | 2-04-13 | 2-04-13 | |
| [Jury trial] Hearing on Motions in Limine; Hearing on Disputed Jury Instructions | | -1 | 1-25-13 | 1-25-13 | |
| [Court trial] File Findings of Fact and Conclusions of Law; Hearing on Motions in Limine | 9:30 am | -1 | | | |
| Pretrial Conference; Motions in Limine to be filed; Proposed Voir Dire Qs Lodged and Agreed-to Statement of Case | 3:30 pm | -4 | 1-04-13 | 1-04-13 | |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit & Witness Lists; File Status Report re Settlement; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc. | | -6 | 12-21-12 | 12-21-12 | |
| Last Day for hearing motions | | -8 | 12-07-12 | 12-07-12 | |
| Last Day to conduct Settlement Conference | | -9 | 11-30-12 | 11-30-12 | |
| Discovery cut-off [Note: Expert disclosure no later than 70 days prior to this date.] | | -10 | 11-26-12 | 11-26-12 | |

[PROPOSED] ORDER ON STIPULATION TO MODIFY COURT'S SCHEDULING AND CASE MANAGEMENT ORDER