Elizabeth G. Ellis, (SBN 218956)
LAW OFFICES OF ELIZABETH G. ELLIS
6456 Surfside Drive
Malibu, CA 90265
Tel.: (310) 456-8413
Fax: (888) 795-3398
E-Mail: LizEllis@ellis-lawoffices.com

Attorneys for Third Party Defendants
TRIO FOODS LIMITED, CHRIS HO
and GEORGE CHU

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.,<br><br>    Plaintiffs,<br><br>v.<br><br>KNORR SOLUTION, INC., et al,<br><br>    Defendants.<br>_____<br>KNORR SOLUTION, INC., a California corporation,<br><br>    Third Party Plaintiff,<br>v.<br><br>UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, a Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive,<br><br>    Third Party Defendants.₁ | **Case No:** CV 10-08155 GAF (RZx)<br>*Hon. Gary A. Feess (USDJ)*<br><br>**PROOF OF SERVICE**<br><br>**RE:** *EX PARTE* **APPLICATION FOR ENTRY OF JUDGMENT AND ENFORCEMENT IN FAVOR OF THIRD PARTY DEFENDANTS TRIO FOOD LIMITED, CHRIS HO AND GEORGE CHU AGAINST THIRD PARTY PLAINTIFF KNORR SOLUTION, INC.**<br><br>[Fed.R.Civ.P. 54, 58]<br><br>**Date:**<br>**Time:**<br>**Courtroom: 740** |

LAW OFFICES OF
ELIZABETH G. ELLIS

**PROOF OF SERVICE**

# PROOF OF SERVICE
KNORR-NAEHRMITTEL AKTIENGESELLCHAFT v. KNORR SOLUTION, INC., et al; and RELATED CROSS-ACTION
**Case No:** CV 10-08155 GAF (RZx)

I am over the age of 18 years, residing or employed in Los Angeles County, California, am readily familiar with the business practice for collection and processing of correspondence for mailing within the United States Postal Service, and not a party to the within action; my business address is 6456 Surfside Drive, Malibu, CA 90265. On **December 20, 2012**, service was effected of the foregoing documents described as:

*EX PARTE* **APPLICATION FOR ENTRY OF JUDGMENT AND ENFORCEMENT IN FAVOR OF THIRD PARTY DEFENDANTS TRIO FOOD LIMITED, CHRIS HO AND GEORGE CHU AGAINST THIRD PARTY PLAINTIFF KNORR SOLUTION, INC.; REQUEST FOR JUDICIAL NOTICE WITH EXHIBITS THERETO; DECLARATION OF ELIZABETH G. ELLIS RE: FACTS, SERVICE AND RULE 19-1; [PROPOSED] JUDGMENT**

on all interested parties in this action through their attorneys of record:

<u>XX</u>   **VIA ELECTRONIC CASE FILING SERVICE** I caused electronic delivery of said document(s) to each addressee designated for such purpose on file in this Action. I received written confirmation that service was complete to all counsel of record who accept service via ECF. **See Exhibit "A", attached hereto, ECF Confrimation of Receipt and service on all record counsel.**

<u>   </u>   **VIA FIRST CLASS MAIL** I deposited said document(s) into the U.S. mail at Malibu, California, in a sealed envelope with postage fully prepaid, addressed to the recipient(s) noted in the attached Service List. The firm's practice is to collect and process mail on the same day as shown above and to deposit it on the same day for collection and processing.

<u>   </u>   **VIA HAND DELIVERY/PERSONAL SERVICE** I caused personal delivery of said document(s) to each addressee On the attached Service List.

<u>   </u>   **VIA FEDERAL EXPRESS/OVERNIGHT/NEXT BUSINESS DAY DELIVERY SERVICE.** I enveloped, properly labeled, and caused to be deposited into a Federal Express pick-up receptacle as per the regular practice of this firm.

___   **VIA FACSIMILE**  I caused said document(s) to be transmitted by facsimile to the number(s) indicated.  I received written confirmation that the facsimile transmission was received by the addressee.

XX    **FEDERAL**   I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

As noted in the Ellis Declaration which accompanied the aforementioned *Ex Parte* Application and the ECF receipt demonstrating filing and service of same on December 20, 2012, service was effected via EMF and automatically served on all record parties by this Court. See, Exhibit A, attached hereto re Docket Nos 126-127. Although this Proof of Service is accordingly redundant, it is offered in an abundance of caution in order to evince strict compliance with the Rules of this Court.

Executed on January 3, 2013 at Malibu, California.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

S/_____
Elizabeth G. Ellis

LAW OFFICES OF
ELIZABETH G. ELLIS

**PROOF OF SERVICE**
iii