**EXHIBIT "A"**

Workspace Webmail :: Print

Print | Close Window

**Subject:** Activity in Case 2:10-cv-08155-GAF -RZ Knorr-Naehrmittel Aktiengesellchaft et al v. Knorr Solutions, Inc. et al Ex Parte Application to Enforce
**From:** cacd_ecfmail@cacd.uscourts.gov
**Date:** Thu, Dec 20, 2012 9:18 pm
**To:** ecfnef@cacd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing
The following transaction was entered by Ellis, Elizabeth on 12/20/2012 9:18 PM PST and filed on 12/20/2012

Case Name: Knorr-Naehrmittel Aktiengesellchaft et al v. Knorr Solutions, Inc. et al
Case Number: 2:10-cv-08155-GAF -RZ https://ecf.cacd.uscourts.gov/cgi-bin/DktRpt.pl?2486239
Filer: George Chu Trio Foods Limited Chris Shiu Leung Ho
Document Number: 126

Copy the URL address from the line below into the location bar of your Web browser to view the document: https://ecf.cacd.uscourts.gov/doc1/031015951657?caseid=486239&de_seq_num=387&magic_num=96665769

Docket Text:
EX PARTE APPLICATION to Enforce Order [D.E. # 121] / Ex Parte Application for Entry of Judgment in Favor of Third Party Defendants Trio Foods Limited, Chris Ho and George Chu Against Third Party Plaintiff Knorr Solutions, Inc. filed by Third Party Defendants George Chu, Chris Shiu Leung Ho, Trio Foods Limited. (Attachments: # (1) Declaration of Elizabeth G. Ellis, # (2) Exhibit A, # (3) [Proposed] Judgment)(Ellis, Elizabeth)
2:10-cv-08155-GAF -RZ Notice has been electronically mailed to:
Audra Lynn Thompson athompson@duanemorris.com, grclark@duanemorris.com

Cindy N Tran cindy@ctranlaw.com

Cyndie M Chang cmchang@duanemorris.com, dgarcia@duanemorris.com

Elizabeth G Ellis lizellis@ellis-lawoffices.com

Gregory P Gulia gpgulia@duanemorris.com

Lisa A Stilson lisa@ctranlaw.com, info@ctranlaw.com, lisaannstilson@gmail.com

Mitchell A Frank mafrank@duanemorris.com

Vanessa C Hew vchew@duanemorris.com

Yvette Darilynn Roland ydroland@duanemorris.com

2:10-cv-08155-GAF -RZ <b>Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to </b>:

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: C:\fakepath\Ex Parte Applic_Entry Judgment[1].pdf
Electronic document Stamp:
[STAMP cacdStamp_ID=1020290914 [Date=12/20/2012] [FileNumber=14852979-0]
[2835303135bc686312881e03ceafc4ac77d15198ea92f6dd20d784dcdfa3becbec520b55f2b2d5091c9159d81e66ac202057dbc5dfe9d25cd8989aeff98dd3cb]]

Document description: Declaration of Elizabeth G. Ellis
Original filename: C:\fakepath\Ellis Decl_ISO Entry JUDGMENT[1].pdf
Electronic document Stamp:
[STAMP cacdStamp_ID=1020290914 [Date=12/20/2012] [FileNumber=14852979-1]
[6457ba285576e1fb2b1844fcf1606ad6ebc6a2385a084fed653a49b6889d1ef06bef78b225d5a1e84e85a81c0389f89347a26eb5ef2c2f3bdf6fc2688368387b]]

Document description: Exhibit A
Original filename: C:\fakepath\Exh A to Ellis Decl ISO Entry Judgment[1].pdf
Electronic document Stamp:
[STAMP cacdStamp_ID=1020290914 [Date=12/20/2012] [FileNumber=14852979-2]
[3ae7c6de2c880de26824a09566c66515fe8c1079c5a1e03c289a171623c9f55737141c10a376d0ca636634e3c20425ef5a3f2f7bc0e5b539cc62485f3cbdee6]]

Document description: [Proposed] Judgment
Original filename: C:\fakepath\Judgment[1].pdf
Electronic document Stamp:
[STAMP cacdStamp_ID=1020290914 [Date=12/20/2012] [FileNumber=14852979-3]
[7ab8a1522a52c4b4a2e3d840a2bee6911c627a63a71ef938e2ae28d64ab7431921a35f215b0f1d7b2cb431dbe1e25af7744d5c27548f6859b0a487c8ef905543]]

Copyright © 2003-2013. All rights reserved.

Workspace Webmail :: Print

Print | Close Window

**Subject:** Activity in Case 2:10-cv-08155-GAF -RZ Knorr-Naehrmittel Aktiengesellchaft et al v. Knorr Solutions, Inc. et al Request for Judicial Notice
**From:** cacd_ecfmail@cacd.uscourts.gov
**Date:** Thu, Dec 20, 2012 9:21 pm
**To:** ecfnef@cacd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing

The following transaction was entered by Ellis, Elizabeth on 12/20/2012 9:21 PM PST and filed on 12/20/2012

Case Name: Knorr-Naehrmittel Aktiengesellchaft et al v. Knorr Solutions, Inc. et al
Case Number: 2:10-cv-08155-GAF -RZ https://ecf.cacd.uscourts.gov/cgi-bin/DktRpt.pl?486239
Filer: George Chu Trio Foods Limited Chris Shiu Leung Ho
Document Number: 127

Copy the URL address from the line below into the location bar of your Web browser to view the document: Document: https://ecf.cacd.uscourts.gov/doc1/031015951663?caseid=486239&de_seq_num=389&magic_num=43877537

Docket Text:
REQUEST FOR JUDICIAL NOTICE re EX PARTE APPLICATION to Enforce Order [D.E. # 121] / Ex Parte Application for Entry of Judgment in Favor of Third Party Defendants Trio Foods Limited, Chris Ho and George Chu Against Third Party Plaintiff Knorr Solutions, Inc. EX PARTE APPLICATION to Enforce Order [D.E. # 121] / Ex Parte Application for Entry of Judgment in Favor of Third Party Defendants Trio Foods Limited, Chris Ho and George Chu Against Third Party Plaintiff Knorr Solutions, Inc.[126] filed by Third Party Defendants George Chu, Chris Shiu Leung Ho, Trio Foods Limited. (Attachments: # (1) Exhibit A, # (2) Exhibit B)(Ellis, Elizabeth)
2:10-cv-08155-GAF -RZ Notice has been electronically mailed to:
Audra Lynn Thompson athompson@duanemorris.com, grclark@duanemorris.com

Cindy N Tran cindy@ctranlaw.com

Cyndie M Chang cmchang@duanemorris.com, dgarcia@duanemorris.com

Elizabeth G Ellis lizellis@ellis-lawoffices.com

Gregory P Gulia gpgulia@duanemorris.com

Lisa A Stilson lisa@ctranlaw.com, info@ctranlaw.com, lisaannstilson@gmail.com

Mitchell A Frank mafrank@duanemorris.com

Vanessa C Hew vchew@duanemorris.com

Yvette Darilynn Roland ydroland@duanemorris.com

2:10-cv-08155-GAF -RZ <b>Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to </b>:

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: C:\fakepath\RJN re App Judgment[1].pdf
Electronic document Stamp:
[STAMP cacdStamp_ID=1020290914 [Date=12/20/2012] [FileNumber=14852982-0]
[b0922dfd45d432ec2c85da3a61d397c75cd0c13003 6416b33cf682ef3d188083e492614a4f4e3c10c18544f5a2fb743cca18d60dd37509f95cb383e36486f757]]

Document description: Exhibit A
Original filename: C:\fakepath\RJN _ Exh A. Cv 10-8155 GAF (RZx).pdf
Electronic document Stamp:
[STAMP cacdStamp_ID=1020290914 [Date=12/20/2012] [FileNumber=14852982-1]
[0793fcf57c5f348805f4655197 47367a4aa8a66da126f748a1e17d174cba5ca069684b8750faca0e5e25962114 3956704cde696994d651746989ad8ff01400374]]

Document description: Exhibit B
Original filename: C:\fakepath\RJN_Exh B.CV 10-8155 GAF (RZx).pdf
Electronic document Stamp:
[STAMP cacdStamp_ID=1020290914 [Date=12/20/2012] [FileNumber=14852982-2]
[1f3d90fb0a5807a73b6bb09ab24ee00d54b56a2474ec1c5f5be377ebbbc94b1b88ad8f2f101d8126a48c5e89665cbb586eb262fc9467906ceebd922c7a6ef101]]

Copyright © 2003-2013. All rights reserved.