AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  Central District of California  on the following

☒ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>CV10-8155 GAF (RZX) | DATE FILED<br>10/28/10 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V. | | DEFENDANT<br>KNORR SOLUTION, INC., SIU C. CHAN a/k/a ALFRED CHAN, SIU WAI FUNG a/k/a CALVIN FUNG, and PING HONG LI a/k/a SUKIE LI |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See attached Schedule A | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| CONSENT JUDGMENT |

| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>Brent Pacillas | DATE<br>March 4, 2013 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

American LegalNet, Inc.
www.FormsWorkFlow.com

## SCHEDULE A

Pursuant to the Court's request, attorneys for Plaintiffs Knorr-Naehrmittel Aktiengesellchaft and Unilever N.V. hereby list the following trademark registrations and applications, the rights in which Plaintiffs seek to enforce in this lawsuit:

| Trademark Registration No. | Issuance Date of Trademark Registration | Holder of Trademark Registration |
|---|---|---|
| 1766039 | 4/20/93 | Knorr-Naehrmittel Aktiengesellchaft |
| 685624 | 9/22/59 | Knorr-Naehrmittel Aktiengesellchaft |
| 3627357 | 5/26/09 | Knorr-Naehrmittel Aktiengesellchaft |
| 3669613 | 8/18/09 | Knorr-Naehrmittel Aktiengesellchaft |
| 2941509 | 4/19/05 | Knorr-Naehrmittel Aktiengesellchaft |
| 3757732 | 3/9/10 | Knorr-Naehrmittel Aktiengesellchaft |
| 3449676 | 6/17/08 | Knorr-Naehrmittel Aktiengesellchaft |
| 3163711 | 10/24/06 | Knorr-Naehrmittel Aktiengesellchaft |
| Appn. Serial No. 77/568582 | 9/12/08 | Knorr-Naehrmittel Aktiengesellchaft |
| 3641169 | 6/16/09 | Unilever N.V. |
| 3647941 | 6/30/09 | Unilever N.V. |

Pursuant to the Court's request, attorneys for Plaintiffs hereby list the following trademark application which is at issue in this matter. The United States Patent & Trademark Office has refused this application based on the likelihood of confusion with Plaintiffs' mark and the following trademark application has been abandoned:

| Appn. Serial No. 77/905438 | 1/5/10 | Knorr Solution Inc. |