Elizabeth G. Ellis, (SBN 218956)
LAW OFFICES OF ELIZABETH G. ELLIS
6456 Surfside Drive
Malibu, CA 90265
Tel.: (310) 456-8413
Fax: (888) 795-3398
E-Mail: LizEllis@ellis-lawoffices.com

Attorneys for Third Party Defendants
TRIO FOODS LIMITED, CHRIS HO
and GEORGE CHU

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KNORR SOLUTION, INC., et al,<br><br>    Defendants.<br>_____<br><br>KNORR SOLUTION, INC., a California corporation,<br><br>    Third Party Plaintiff,<br><br>    v.<br><br>UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, a Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive,<br><br>    Third Party Defendants.<br>_____ | Case No:  CV 10-8155 GAF (RZx)<br>*Hon. Gary A. Feess (USDJ)*<br>*Hon. Ralph Zarefsky (USMJ)*<br><br>**DECLARATION OF ELIZABETH G. ELLIS IN SUPPORT OF APPLICATION OF JUDGMENT DEBTOR'S APPLICATION FOR EXAMINATION OF DEBTOR**<br><br>Filed contemporaneously with Application for Appearance and Examination of Debtor; [Proposed] Order<br><br>Date:  April 22, 2013<br>Time:  1:00 p.m.<br>Ctrm:  740/540<br><br>Trial date:     **CASE CLOSED** |

LAW OFFICES OF
ELIZABETH G. ELLIS

**DECLARATION OF ELIZABETH G. ELLIS
IN SUPPORT OF APPLICATION FOR DEBTOR'S EXAMINATION**

<u>DECLARATION OF ELIZABETH G. ELLIS</u>

I, Elizabeth G. Ellis, declare:

1. I am counsel of record for *inter alia*, third party defendant Trio Foods Limited ("Judgment Creditor") in this action.  Third party defendants Alfred Chan and Knorr Solution, Inc. are represented by their counsel of record, Cindy Tran and/or Lisa Stilson of the Tran Law Firm (the "Tran firm").  I have personal knowledge of the matters stated herein, and if called as a witness, would testify competently thereto.

2. This declaration is offered in support of the Judgment Creditor's Application for the Debtor's Examination of Alfred Chan as an officer of third party plaintiff Knorr Solution, Inc., ("Judgment Debtor") in this action.

3. A **<u>Sanctions Order</u>** was entered by the Hon. Gary A. Feess in this action on August 30, 2012 (CV 10-8155 GAF [Rzx] at Doc #121 at p. 11), in the principal sum of $30,684.18 to be divided equally between Judgment Debtor and their counsel obo the Judgment Creditor.  The Tran firm ultimately paid it's share.  However, Judgment Debtor's portion thereof remains unpaid to date.  *See*, Sanctions Order at Docket ("Doc") No. 121 at p. 11.

**<u>Debtor's Agreement to Acknowledge Service and Appear</u>**

4. A previous Order directed Alfred Chan to appear for examination on behalf of the Judgment Debtor, on January 15, 2013 at 1 p.m. before the Hon. Gary A. Feess in Courtroom 740 ("Prior Examination").  *See*, Doc No. 131 at p. 2, fn 2.

5. The Prior Examination did not move forward and accordingly, the parties reached a compromise and agree as follows:

a.) upon entry of the attached examination Order, the Tran firm shall accept service on behalf of the Judgment Debtor and it's officer/deponent Alfred Chan, by U.S. mail with concurrent courtesy e-mail copy to counsel;

b.) the Tran firm shall provide written acknowledgment of proof of

service; and

    c.) the parties agree to the examination date of April 22, 2013 (**or** any date more convenient to this Court between April 8-19, 2013).

I declare under penalty of perjury that the foregoing is true and correct. Executed in Malibu, California, this 19th day of March.

/s/ *Elizabeth G. Ellis*
ELIZABETH G. ELLIS

---

LAW OFFICES OF
ELIZABETH G. ELLIS

**DECLARATION OF ELIZABETH G. ELLIS
IN SUPPORT OF APPLICATION FOR DEBTOR'S EXAMINATION**

3