Elizabeth G. Ellis (SBN 218956)
Law Offices of Elizabeth G. Ellis
6456 Surfside Drive
Malibu, California  90265

Tel: (310) 456-8413

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br>Plaintiff(s)<br>v.<br>KNORR SOLUTION, INC., ALFRED CHAN et al<br>Defendant(s) | CASE NUMBER<br><br>CV 10-8155 GAF (RZx) |
| KNORR SOLUTION, INC.<br>Third-Party Plaintiff/Judgment Debtor<br>v.<br>TRIO FOODS LIMITED et al<br>Third-Party Defendant(s)/Judgment Creditor | **ORDER TO APPEAR FOR EXAMINATION RE:**<br><br>**X  ENFORCEMENT OF JUDGMENT**<br>☐ ATTACHMENT(Third Person)<br><br>**X Judgment Debtor**   ☐ Third Person |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment/Attachment, hereby **ORDERS** the Application   ☒ **GRANTED**      ☐ **DENIED.**

**TO**:   **ALFRED CHAN,** officer of Judgment Debtor, KNORR SOLUTION, INC.

**YOU ARE ORDERED TO APPEAR** personally before the ☐ Honorable GARY A. FEESS, or ☒ Honorable RALPH ZAREFSKY to:

- **X**  furnish information to aid in enforcement of a money judgment against you.
- **X**  answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
- **X**  answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

| |
|---|
| **Date of appearance**: April 22, 2013   **Courtroom:** ☐ 740  or  ☒ 540   **Time:** 10:00 a.m.<br><br>**Location of Appearance**:   ☐ Spring Street Courthouse, 312 N. Spring Street, Los Angeles, CA<br>**X** Roybal Courthouse, 255 E. Temple, Los Angeles, CA<br>☐ Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA<br>☐ Riverside Courthouse, 3470 Twelfth Street, Riverside, CA |

**Acknowledgment of Service:**
Judgment Debtor (Knorr Solution, Inc.) and it's officer deponent (Alfred Chan) shall accept service of this Order by mail service on their counsel of record who shall provide written acknowledgment of service to Creditor's counsel as proof of service by agreement and compromise. (*See*, Declaration of Elizabeth G. Ellis annexed to the Application for Debtor's Examination at ¶¶ 3-5.)

Date: March 25, 2013

_____
U.S. District Judge/U.S. Magistrate Judge

**APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**APPEARANCE OF A THIRD PERSON
(ENFORCEMENT OF JUDGMENT)**

(1) NOTICE TO PERSON SERVED: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

(2) NOTICE TO JUDGMENT DEBTOR: The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows:

> A **SANCTIONS ORDER** was entered by the Hon. Gary A. Feess in this action on August 30, 2012 (CV 10-8155 GAF [RZx]), in the principal sum of $30,684.18 to be divided equally between Judgment Debtor and his counsel. *See*, Sanctions Order at Docket No. 121 at p. 11.
>
> Judgment Debtor has refused to pay debtor's portion of the Sanctions Order which remains unpaid to date in the principal sum of $15,342.09 plus statutory interest, costs and fees as permitted by law.
>
> Alfred Chan agrees to appear as an officer of the Debtor pursuant to the terms of this Order upon service of this Order on his counsel. *See*, Declaration of Elizabeth G. Ellis annexed to Application for Debtor's Examination at ¶¶ 3-5.

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you MUST file your exemption claim *in writing* with the court and have a copy personally served on the judgment creditor not later than three (3) days before the date set for the examination.

You MUST appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

**APPEARANCE OF A THIRD PERSON (ATTACHMENT)**

NOTICE TO PERSON SERVED: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

**APPEARANCE OF A CORPORATION, PARTNERSHIP,
ASSOCIATION, TRUST, OR OTHER ORGANIZATION**

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.