LAW OFFICE OF CINDY N. TRAN, APC
Cindy N. Tran (SBN 228214)
Lisa Stilson (SBN 196059)
225 S. Lake Avenue, Suite 300
Pasadena, California 91101-3009
Tel: 626.432.7208
Fax: 626.638.0526

Attorneys for Alfred Chan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>KNORR SOLUTION, INC., et al.<br><br>          Defendants.<br><br>AND OTHER RELATED CROSS ACTIONS | Case No.: CV10-8155 GAF (RZx)<br><br>**NOTICE OF UNAVAILABILITY OF ALFRED CHAN FOR JUDGMENT DEBTOR'S EXAM**<br><br>**Exam Date: April 22, 2013**<br>**Time: 10:00 AM**<br>**Room: 540**<br>**Magistrate Judge Ralph Zarefsky** |

*Notice of Unavailablity*

**TO THE HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Please take notice that Alfred Chan, officer of Judgment Debtor, Knorr Solution, Inc. is currently ill and receiving medical attention at the Shenzhen People's Hospital in China. Counsel for Mr. Chan has been informed that Mr. Chan may require a kidney transplant and a return date to the United States cannot be determined at this time. Attached as "Exhibit A" to the Declaration of Cindy N. Tran is a true and correct copy of the medical records received from China along with translation. Counsel will notify the Court of Mr. Chan's condition as it is received from Mr. Chan's relatives.

Dated: April 19, 2013

Respectfully submitted,
LAW OFFICES OF CINDY N. TRAN, APC

By: */s/ Cindy N. Tran*

Cindy N. Tran
Lisa A. Stilson
Attorneys for Alfred Chan