LAW OFFICE OF CINDY N. TRAN, APC
Cindy N. Tran (SBN 228214)
Lisa Stilson (SBN 196059)
225 S. Lake Avenue, Suite 300
Pasadena, California 91101-3009
Tel: 626.432.7208
Fax: 626.638.0526

Attorneys for Defendant and Third Party Complaint Knorr Solution, Inc.,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br><br>Plaintiffs,<br><br>vs.<br><br>KNORR SOLUTION, INC., et al.<br><br>Defendants.<br><br>AND OTHER RELATED CROSS ACTIONS | Case No.: CV10-8155 GAF (RZx)<br><br>**DECLARATION OF CINDY N. TRAN REGARDING NOTICE OF UNAVAILABILITY**<br><br>Exam Date: April 22, 2013<br>Time: 10:00 AM<br>Room: 540<br>Magistrate Judge Ralph Zarefsky |

I, Cindy N. Tran, declare:

1. I am an attorney at law duly licensed to practice before the United States District Court, Central District of California and the attorney of record for defendants herein.

2. My office has been retained by Mr. Alfred Chan to represent him during the Judgment Debtor's Exam schedule on April 22, 2013 before the honorable Magistrate Judge Ralph Zarefsky.

3. Attached as Exhibit A is a true and correct copy of medical records I received from a personal friend of Alfred Chan. Upon receipt of these documents, I requested that the documents be translated to English as all the documents were in Chinese. Due to the time difference and short notice, I was unable to have these documents translated by any certified translation service. However I have sent these documents to be translated by such services and will submit them to the court upon receipt of the translation.

4. I have been informed by Mr. Chan's friend that he is seeking medical attention in Shenzhen and may require a kidney transplant and his return to the United States has been delayed due to is medical condition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on April 19, 2013 at Pasadena, California.

_____
Cindy N. Tran