Exhibit A

# Guangdong Province Medical Institution

## Outpatient Service (Emergency) Common Medical Record

Chen Zhen
Self-paid
750112554
ShenZhen People's Hospital

| | | |
|---|---|---|
| Name: Chen Zhen | Gender: Male | Date of Birth: 1966 Year 7 Month 17 Day |
| Nationality: Han | Marriage: | ✓ Yes    No |

Medical History:

History of Drug Allergy: No             Medical Insurance Number:

Work Unit:                              Job:

Address:                                Tel: 18504333637

Name of Guardian                        Guardian's relationship with patient:

Address:                                Tel:


(Notice: This Medical Record can be used in whole Province, save carefully, bring back next visit)

Guangdong Province Health Department

# 广东省医疗机构
# 门（急）诊通用病历



陈震
自费

*750112554*

深圳市人民医院

姓名：陈震　性别：男　出生日期：1966 年 7 月 17 日

民族：　　婚姻：　已　否

既往病史：

药物过敏史：　　　　　医保号：

工作单位：　　　　　　职业：

通讯地址：　　　　　　联系电话：1885 0633637

监护人姓名：　　　　　监护人与患者关系：

联系地址：　　　　　　联系电话：

（注：本病历全省通用，注意保存，复诊带回）

广东省卫生厅监制

## Shenzhen People's Hospital Endocrinology Department

## Monitoring Record of Diabetes

Name: Chen Zhen			Gender: Male			Age: 46 Years Old

Tel: 18504333637		Register Date: 2013.4.17

| Test Index | | Target Number |
|---|---|---|
| Blood Glucose (mmol/L) | Empty Stomach | 3.9-7.2 |
| | Not-Empty Stomach | ≤10 |
| Glycosylated Hemoglobin (%) | | <7.0 |
| Blood Pressure (mmHg) | | <130/80 |
| HDL-C (mmol/L) | Male | >1.0 |
| | Female | >1.3 |
| Triglyceride (mmol/L) | | >1.7 |
| LDL-C (mmol/L) | | <2.6 |
| | | <2.07 |
| Body Mass Index (kg/m²) | | <24 |
| Urine Protein (mg/mmol) | Male | <2.5 (22mg/g) |
| | Female | <3.5 (31mg/g) |
| Urine Protein Dropout rate | | <20 μg/min (30ng/24 hours) |
| Aerobic Exercise (min/Round) | | ≥150 |

# 深圳市人民醫院內分泌科

## 糖尿病病情监测记录

姓名 陈震　　性别 女　　年龄 46y

联系电话 18506433637　　登记日期 2013.4.17

| 检 测 指 标 | | 目 标 值 |
|---|---|---|
| 血糖 (mmol/L) | 空 腹 | 3.9-7.2 |
| | 非空腹 | ≤10 |
| 糖化血红蛋白(%) | | <7.0 |
| 血压 (mmHg) | | <130/80 |
| HDL-C (mmol/L) | 男 性 | >1.0 |
| | 女 性 | >1.3 |
| 甘油三酯(mmol/L) | | >1.7 |
| LDL-C (mmol/L) | | <2.6 |
| | | <2.07 |
| 体重指数 (Kg/m²) | | <24 |
| 尿蛋白/肌酐比值 (mg/mmol) | 男 性 | <2.5(22mg/g) |
| | 女 性 | <3.5(31mg/g) |
| 或：尿白蛋白排泄率 | | <20 μg/min (30mg/24小时) |
| 主动有氧活动（分钟/周） | | ≥150 |

2013-04-17   The Chemical Laboratory Report of Shenzhen People's Hospital Clinical Laboratory   0304171439

Outpatient

Name: Chen Zhen            Number: 750112554            Apply Number:            Sample Number: 0896
Gender: Male               Medical Service: Endocrinology Dept.   Type of Sample: Blood   Report Time: 13-04-17  14:16
Age: 46 Years Old          Testing Doctor: Liu Zelin              Clinical Diagnosis: Diabetes

| Item | Result | | Reference Value | Unit | Item | Result | | Reference Value | Unit |
|---|---|---|---|---|---|---|---|---|---|
| Test Six Items of Electrolyte | * | | | | ALB | 42.5 | | g/L | 35-55 |
| K | 4.27 | | mmol/L | 3.5-5.5 | T-BILI | 4.8 | | umol/L | 1.7-2.0 |
| NA | 138.9 | | mmol/L | 135-145 | Four Item of Blood-fat | * | | | |
| CL | 103.0 | | mmol/L | 96-110 | TG | 4.17 | ↑ | mmol/L | 0.4-2.3 |
| CA | 2.47 | | mmol/L | 2.05-2.55 | CHOL | 4.43 | | mmol/L | 3.4-6.5 |
| PHOS | 1.26 | | mmol/L | 0.8-1.5 | HDL | 0.91 | | mmol/L | 0.9-1.91 |
| CO2CP | 20.9 | ↓ | mmol/L | 22-34 | LDL | 1.87 | | mmol/L | 2.08-4.1 |
| Kidney Function Determination | * | | | | Blood Glucose Test | * | | | |
| BUN | 8.56 | ↑ | mmol/L | 2.50-7.50 | GLU | 13.28 | ↑ | mmol/L | 3.9-6.1 |
| CR | 103 | | umol/L | 44-133 | Blood Uric Acid Determination | * | | | |
| Five Items of Liver Function | * | | | | UA | 627 | ↑ | umol/L | 90-420 |
| GPT | 145 | ↑ | U/L | 0-40 | | | | | |
| GOT | 75 | ↑ | U/L | 0-45 | | | | | |
| TP | 77.1 | | g/L | 60-83 | | | | | |

Time of Received Sample: 13-04-17  11:10:36                     Tester: Signature        Assessor: Signature

Notice: This test result is only responsible for the testing sample.  The result is only for doctor's reference! If you have any question, Please contact us at 6533018 ext 2055, 2056.

# 深圳市人民医院检验科生化检验报告单

| 姓　名：陈震 | | | 门诊号：750112554 | | | | 0304171439 |
|---|---|---|---|---|---|---|---|
| 性　别：男 | | 科　别：内分泌科 | | 申请单号： | | | 门诊 |
| 年　龄：46岁 | | 送检医生：刘泽林 | | 标本种类：血液 | | | 样本编号：0896 |
| | | | | 临床诊断：糖尿病 | | | 报告日期：13-04-17 14:16 |

| 项　目 | 结果 | | 单位 | 参考值 | 项　目 | 结果 | | 单位 | 参考值 |
|---|---|---|---|---|---|---|---|---|---|
| 【电解质测定六项】 | | | | | | | | | |
| 钾(K) | 4.27 | | mmol/L | 3.5-5.5 | 血清白蛋白(ALB) | 42.5 | | g/L | 35-55 |
| 钠(NA) | 138.9 | | mmol/L | 135-145 | 总胆红素(T-BILI) | 4.8 | | umol/L | 1.7-20 |
| 氯(CL) | 103.0 | | mmol/L | 96-110 | 【血脂四项】 | | | | |
| 钙(CA) | 2.47 | | mmol/L | 2.05-2.55 | 甘油三酯(TG) | 4.17 | ↑ | mmol/L | 0.4-2.3 |
| 磷(PHOS) | 1.26 | | mmol/L | 0.8-1.5 | 总胆固醇(CHOL) | 4.43 | | mmol/L | 3.4-6.5 |
| 二氧化碳结合力(CO2CP) | 20.9 | ↓ | mmol/l | 22-34 | 高密度脂蛋白(HDL) | 0.91 | | mmol/L | 0.9-1.91 |
| 【肾功能测定组合】 | | | | | 低密度脂蛋白(LDL) | 1.87 | | mmol/L | 2.08-4.1 |
| 尿素氮(BUN) | 8.56 | ↑ | mmol/l | 2.50-7.50 | 【血糖检测】 | | | | |
| 肌酐(CR) | 103 | | umol/L | 44-133 | 葡萄糖(GLU) | 13.28 | ↑ | mmol/L | 3.9-6.1 |
| 【肝功能五项】 | | | | | 【血尿酸测定】 | | | | |
| 谷丙转氨酶(GPT) | 145 | ↑ | U/L | 0-40 | 尿酸(UA) | 627 | ↑ | umol/L | 90-420 |
| 谷草转氨酶(GOT) | 75 | ↑ | U/L | 0-45 | | | | | |
| 总蛋白(TP) | 77.1 | | g/L | 60-83 | | | | | |

本接收日期：2013-04-17 11:10:36　　　　　　　　　　　　　检验者：　　　　　审核者：

此检验结果只对送检标本负责. 结果仅供临床医师参考!如有疑问,请于一周内联系!电话
33018-2055, 2056

2013-04-17      The Laboratory Report of Shenzhen People's Hospital No.2 Outpatient Service      0304171444

Outpatient

| Name: Chen Zhen | Number: 750112554 | Apply Number: | Sample Number: 1209 |
|---|---|---|---|
| Gender: Male | Medical Service: Endocrinology Dept. | Type of Sample: Urine | Report Time: 13-04-17  10:56 |
| Age: 46 Years Old | Testing Doctor: Liu Zelin | Clinical Diagnosis: Diabetes | |

| Item | Result | Reference Value | Unit |
|---|---|---|---|
| Qualitative Chemical Analysis of Urine | * | | |
| COLOR | YELLOW | | |
| CLARIT | CLEAR | | |
| GLU | NEGATIVE | < 5 | mmol/L |
| BIL | NEGATIVE | NEGATIVE | umol/L |
| KET | NEGATIVE | < 0.6 | mmol/L |
| SG | 1.015 | 1.01-1.03 | |
| PH | 5.00 | ↓ 5.40-8.10 | |
| UPRO | 1.00 | ↑ < 0.3 | g/L |
| URP | NORMAL | < 17 | umol/L |
| NIT | NEGATIVE | NEGATIVE | |
| BLD | 10.00 | < 10 | per/ul |
| LEU | 25.00 | < 25 | per/ul |

Time of Received Sample: 13-04-17   10:50                                        Tester: Signature          Assessor: Signature

Notice: This test result is only responsible for the testing sample.  The result is only for doctor's reference! If you have any question, Please contact us at

2013-04-17

# 深圳市人民医院检验科二门诊检验报告单

0304171444

姓 名： 陈震　　　　　门 诊 号： 750112554　　申请单号：　　　　　　门诊
性 别： 男　　　科　别： 内分泌科　　标本种类： 尿液　　　　　　　样本编号：1209
年 龄： 46岁　　送检医生： 刘泽林　　临床诊断： 糖尿病　　　　报告时间： 13-04-17 10:56

| 项目 | 结果 | 参考值 | 单位 |
|---|---|---|---|
| 【尿化学定性】 | * | | |
| 颜色(COLOR) | 黄色 | | |
| 透明度(CLARIT) | 清晰 | | |
| 葡萄糖(GLU) | 阴性 | <5 | mmol/L |
| 胆红素(BIL) | 阴性 | 阴性 | umol/L |
| 酮体(KET) | 阴性 | <0.6 | mmol/L |
| 比重(SG) | 1.015 | 1.01-1.03 | |
| 酸碱度(PH) | 5.00 | ↓ 5.40-8.40 | |
| 蛋白质(UPRO) | 1.00 | ↑ <0.3 | g/L |
| 尿胆元(URO) | 正常 | <17 | umol/L |
| 亚硝酸盐(NIT) | 阴性 | 阴性 | |
| 红细胞数(BLD) | 10.00 | <10 | 个/ul |
| 白细胞数(LEU) | 25.00 | <25 | 个/ul |

标本接收时间： 13-04-17 10:50　　　　　　　　　　　　　检验者：　　　　　审核者：
注： 此检验结果只对送检标本负责，结果仅供临床医师参考！如有疑问，请于一周内联系！电话：