LAW OFFICE OF CINDY N. TRAN, APC
Cindy N. Tran (SBN 228214)
Lisa Stilson (SBN 196059)
225 S. Lake Avenue, Suite 300
Pasadena, California 91101-3009
Tel: 626.432.7208
Fax: 626.638.0526

Attorneys for Alfred Chan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br><br>Plaintiffs,<br><br>vs.<br><br>KNORR SOLUTION, INC., et al.<br><br>Defendants.<br><br>AND OTHER RELATED CROSS ACTIONS | Case No.: CV10-8155 GAF (RZx)<br><br>**NOTICE OF UNAVAILABILITY OF ALFRED CHAN FOR JUDGMENT DEBTOR'S EXAM**<br><br>**Exam Date: April 22, 2013**<br>**Time: 10:00 AM**<br>**Room: 540**<br>**Magistrate Judge Ralph Zarefsky** |

*Notice of Unavailablity*

**TO THE HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

      Please take notice that Alfred Chan, officer of Judgment Debtor, Knorr Solution, Inc. is currently ill and receiving medical attention at the Shenzhen People's Hospital in China. Counsel for Mr. Chan has been informed that Mr. Chan may require a kidney transplant and a return date to the United States cannot be determined at this time. Attached as "Exhibit A" to the Declaration of Cindy N. Tran is a true and correct copy of the medical records received from China along with translation. Counsel will notify the Court of Mr. Chan's condition as it is received from Mr. Chan's relatives.

Dated: April 19, 2013

Respectfully submitted,
LAW OFFICES OF CINDY N. TRAN, APC

By: *Cindy N. Tran* (signature)

Cindy N. Tran
Lisa A. Stilson
Attorneys for Alfred Chan

LAW OFFICE OF CINDY N. TRAN
*A Professional Corporation*

*Notice of Unavailablity*

```
LAW OFFICE OF CINDY N. TRAN, APC
Cindy N. Tran (SBN 228214)
Lisa Stilson (SBN 196059)
225 S. Lake Avenue, Suite 300
Pasadena, California 91101-3009
Tel: 626.432.7208
Fax: 626.638.0526
```

Attorneys for Defendant and Third Party Complaint Knorr Solution, Inc.,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br><br>Plaintiffs,<br><br>vs.<br><br>KNORR SOLUTION, INC., et al.<br><br>Defendants.<br><br>AND OTHER RELATED CROSS ACTIONS | Case No.: CV10-8155 GAF (RZx)<br><br>**DECLARATION OF CINDY N. TRAN REGARDING NOTICE OF UNAVAILABILITY**<br><br>Exam Date: April 22, 2013<br>Time: 10:00 AM<br>Room: 540<br>Magistrate Judge Ralph Zarefsky |

Declaration of Cindy N. Tran                                                                          1

I, Cindy N. Tran, declare:

1. I am an attorney at law duly licensed to practice before the United States District Court, Central District of California and the attorney of record for defendants herein.

2. My office has been retained by Mr. Alfred Chan to represent him during the Judgment Debtor's Exam schedule on April 22, 2013 before the honorable Magistrate Judge Ralph Zarefsky.

3. Attached as Exhibit A is a true and correct copy of medical records I received from a personal friend of Alfred Chan. Upon receipt of these documents, I requested that the documents be translated to English as all the documents were in Chinese. Due to the time difference and short notice, I was unable to have these documents translated by any certified translation service. However I have sent these documents to be translated by such services and will submit them to the court upon receipt of the translation.

4. I have been informed by Mr. Chan's friend that he is seeking medical attention in Shenzhen and may require a kidney transplant and his return to the United States has been delayed due to is medical condition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on April 19, 2013 at Pasadena, California.

_____
Cindy N. Tran

Declaration of Cindy N. Tran                                                                 2

# Exhibit A

# Guangdong Province Medical Institution

## Outpatient Service (Emergency) Common Medical Record

Chen Zhen
Self-paid
750112554
ShenZhen People's Hospital

| | | |
|---|---|---|
| Name: Chen Zhen | Gender: Male | Date of Birth: 1966 Year 7 Month 17 Day |

Nationality: Han          Marriage:          ✓ Yes          No

Medical History:

History of Drug Allergy: No          Medical Insurance Number:

Work Unit:          Job:

Address:          Tel: 18504333637

Name of Guardian          Guardian's relationship with patient:

Address:          Tel:

(Notice: This Medical Record can be used in whole Province, save carefully, bring back next visit)

Guangdong Province Health Department

# 广东省医疗机构
# 门（急）诊通用病历

陈震
自费
*750112554*
深圳市人民医院

姓名：陈震  性别：男  出生日期：1966 年 7 月 17 日

民族：汉  婚姻：已 ☐ 否 ☐

既往病史：

药物过敏史：  医保号：

工作单位：  职业：

通讯地址：  联系电话：1385 0433 3637

监护人姓名：  监护人与患者关系：

联系地址：  联系电话：

（注：本病历全省通用，注意保存，复诊带回）

广东省卫生厅监制

# Shenzhen People's Hospital Endocrinology Department

# Monitoring Record of Diabetes

Name: Chen Zhen  Gender: Male  Age: 46 Years Old

Tel: 18504333637  Register Date: 2013.4.17

| Test Index | | Target Number |
|---|---|---|
| Blood Glucose (mmol/L) | Empty Stomach | 3.9-7.2 |
| | Not-Empty Stomach | ≤10 |
| Glycosylated Hemoglobin (%) | | <7.0 |
| Blood Pressure (mmHg) | | <130/80 |
| HDL-C (mmol/L) | Male | >1.0 |
| | Female | >1.3 |
| Triglyceride (mmol/L) | | >1.7 |
| LDL-C (mmol/L) | | <2.6 |
| | | <2.07 |
| Body Mass Index (kg/m²) | | <24 |
| Urine Protein (mg/mmol) | Male | <2.5 (22mg/g) |
| | Female | <3.5 (31mg/g) |
| Urine Protein Dropout rate | | <20 μg/min (30ng/24 hours) |
| Aerobic Exercise (min/Round) | | ≥150 |

# 深圳市人民医院内分泌科

## 糖尿病病情监测记录

姓名 陈震    性别 女    年龄 46y

联系电话 18506433637    登记日期 2013.4.17

| 检测指标 | | 目标值 |
|---|---|---|
| 血糖 (mmol/L) | 空腹 | 3.9-7.2 |
| | 非空腹 | ≤10 |
| 糖化血红蛋白(%) | | <7.0 |
| 血压 (mmHg) | | <130/80 |
| HDL-C (mmol/L) | 男性 | >1.0 |
| | 女性 | >1.3 |
| 甘油三酯(mmol/L) | | >1.7 |
| LDL-C (mmol/L) | | <2.6 |
| | | <2.07 |
| 体重指数 (Kg/m²) | | <24 |
| 尿蛋白/肌酐比值 (mg/mmol) | 男性 | <2.5(22mg/g) |
| | 女性 | <3.5(31mg/g) |
| 或：尿白蛋白排泄率 | | <20 μg/min (30mg/24小时) |
| 主动有氧活动（分钟/周） | | ≥150 |

2013-04-17    The Chemical Laboratory Report of Shenzhen People's Hospital Clinical Laboratory    0304171439

Outpatient

| Name: Chen Zhen | Number: 750112554 | Apply Number: | Sample Number: 0896 |
| Gender: Male | Medical Service: Endocrinology Dept. | Type of Sample: Blood | Report Time: 13-04-17 14:16 |
| Age: 46 Years Old | Testing Doctor: Liu Zelin | Clinical Diagnosis: Diabetes | |

| Item | Result | | Reference Value | Unit | Item | Result | | Reference Value | Unit |
|---|---|---|---|---|---|---|---|---|---|
| Test Six Items of Electrolyte | * | | | | ALB | 42.5 | | g/L | 35-55 |
| K | 4.27 | | mmol/L | 3.5-5.5 | T-BILI | 4.8 | | umol/L | 1.7-2.0 |
| NA | 138.9 | | mmol/L | 135-145 | Four Item of Blood-fat | * | | | |
| CL | 103.0 | | mmol/L | 96-110 | TG | 4.17 | ↑ | mmol/L | 0.4-2.3 |
| CA | 2.47 | | mmol/L | 2.05-2.55 | CHOL | 4.43 | | mmol/L | 3.4-6.5 |
| PHOS | 1.26 | | mmol/L | 0.8-1.5 | HDL | 0.91 | | mmol/L | 0.9-1.91 |
| CO2CP | 20.9 | ↓ | mmol/L | 22-34 | LDL | 1.87 | | mmol/L | 2.08-4.1 |
| Kidney Function Determination | * | | | | Blood Glucose Test | * | | | |
| BUN | 8.56 | ↑ | mmol/L | 2.50-7.50 | GLU | 13.28 | ↑ | mmol/L | 3.9-6.1 |
| CR | 103 | | umol/L | 44-133 | Blood Uric Acid Determination | * | | | |
| Five Items of Liver Function | * | | | | UA | 627 | ↑ | umol/L | 90-420 |
| GPT | 145 | ↑ | U/L | 0-40 | | | | | |
| GOT | 75 | ↑ | U/L | 0-45 | | | | | |
| TP | 77.1 | | g/L | 60-83 | | | | | |

Time of Received Sample: 13-04-17  11:10:36                    Tester: Signature        Assessor: Signature

Notice: This test result is only responsible for the testing sample. The result is only for doctor's reference! If you have any question, Please contact us at 6533018 ext 2055, 2056.

# 深圳市人民医院检验科生化检验报告单

| | | |
|---|---|---|
| 姓 名：陈震 | 门 诊 号：750112554 | 0304171439 |
| 性 别：男 | 科 别：内分泌科 | 申请单号： | 门诊 |
| 年 龄：46岁 | 送检医生：刘泽林 | 标本种类：血液 | 样本编号：0896 |
| | | 临床诊断：糖尿病 | 报告日期：13-04-17 14:16 |

| 项 目 | 结果 | | 单位 | 参考值 | 项 目 | 结果 | | 单位 | 参考值 |
|---|---|---|---|---|---|---|---|---|---|
| 【电解质测定六项】 | | | | | | | | | |
| 钾(K) | 4.27 | | mmol/L | 3.5-5.5 | 血清白蛋白(ALB) | 42.5 | | g/L | 35-55 |
| 钠(NA) | 138.9 | | mmol/L | 135-145 | 总胆红素(T-BILI) | 4.8 | | umol/L | 1.7-20 |
| 氯(CL) | 103.0 | | mmol/L | 96-110 | 【血脂四项】 | | | | |
| 钙(CA) | 2.47 | | mmol/L | 2.05-2.55 | 甘油三酯(TG) | 4.17 | ↑ | mmol/L | 0.4-2.3 |
| 磷(PHOS) | 1.26 | | mmol/L | 0.8-1.5 | 总胆固醇(CHOL) | 4.43 | | mmol/L | 3.4-6.5 |
| 二氧化碳结合力(CO2CP) | 20.9 | ↓ | mmol/l | 22-34 | 高密度脂蛋白(HDL) | 0.91 | | mmol/L | 0.9-1.91 |
| 【肾功能测定组合】 | | | | | 低密度脂蛋白(LDL) | 1.87 | | mmol/L | 2.08-4.1 |
| 尿素氮(BUN) | 8.56 | ↑ | mmol/l | 2.50-7.50 | 【血糖检测】 | | | | |
| 肌酐(CR) | 103 | | umol/L | 44-133 | 葡萄糖(GLU) | 13.28 | ↑ | mmol/L | 3.9-6.1 |
| 【肝功能五项】 | | | | | 【血尿酸测定】 | | | | |
| 谷丙转氨酶(GPT) | 145 | ↑ | U/L | 0-40 | 尿酸(UA) | 627 | ↑ | umol/L | 90-420 |
| 谷草转氨酶(GOT) | 75 | ↑ | U/L | 0-45 | | | | | |
| 总蛋白(TP) | 77.1 | | g/L | 60-83 | | | | | |

标本接收日期：2013-04-17 11:10:36　　　　　　　　　　　　　　　　检验者：　　　审核者：

此检验结果只对送检标本负责，结果仅供临床医师参考！如有疑问，请于一周内联系！电话：
5533018-2055，2056

| | | | |
|---|---|---|---|
| 2013-04-17 | The Laboratory Report of Shenzhen People's Hospital No.2 Outpatient Service | | 0304171444 |
| | | | Outpatient |
| Name: Chen Zhen | Number: 750112554 | Apply Number: | Sample Number: 1209 |
| Gender: Male | Medical Service: Endocrinology Dept. | Type of Sample: Urine | Report Time: 13-04-17  10:56 |
| Age: 46 Years Old | Testing Doctor: Liu Zelin | Clinical Diagnosis: Diabetes | |

| Item | Result | Reference Value | Unit |
|---|---|---|---|
| Qualitative Chemical Analysis of Urine | * | | |
| COLOR | YELLOW | | |
| CLARIT | CLEAR | | |
| GLU | NEGATIVE | < 5 | mmol/L |
| BIL | NEGATIVE | NEGATIVE | umol/L |
| KET | NEGATIVE | < 0.6 | mmol/L |
| SG | 1.015 | 1.01-1.03 | |
| PH | 5.00 | ↓ 5.40-8.10 | |
| UPRO | 1.00 | ↑ < 0.3 | g/L |
| URP | NORMAL | < 17 | umol/L |
| NIT | NEGATIVE | NEGATIVE | |
| BLD | 10.00 | < 10 | per/ul |
| LEU | 25.00 | < 25 | per/ul |

Time of Received Sample: 13-04-17   10:50           Tester: Signature       Assessor:  Signature

Notice: This test result is only responsible for the testing sample.  The result is only for doctor's reference! If you have any question, Please contact us at

# 深圳市人民医院检验科二门诊检验报告单

0304171444

姓名： 陈震　　　　门诊号： 750112554　　申请单号：　　　　　　门诊
性别： 男　　科　别： 内分泌科　　标本种类： 尿液　　　　样本编号：1209
年龄： 46岁　　送检医生： 刘泽林　　临床诊断： 糖尿病　　报告时间： 13-04-17 10:56

| 项目 | 结果 | 参考值 | 单位 |
|---|---|---|---|
| 【尿化学定性】 | * | | |
| 颜色(COLOR) | 黄色 | | |
| 透明度(CLARIT) | 清晰 | | |
| 葡萄糖(GLU) | 阴性 | <5 | mmol/L |
| 胆红素(BIL) | 阴性 | 阴性 | umol/L |
| 酮体(KET) | 阴性 | <0.6 | mmol/L |
| 比重(SG) | 1.015 | 1.01-1.03 | |
| 酸碱度(PH) | 5.00 | ↓ 5.40-8.40 | |
| 蛋白质(UPRO) | 1.00 | ↑ <0.3 | g/L |
| 尿胆元(URO) | 正常 | <17 | umol/L |
| 亚硝酸盐(NIT) | 阴性 | 阴性 | |
| 红细胞数(BLD) | 10.00 | <10 | 个/ul |
| 白细胞数(LEU) | 25.00 | <25 | 个/ul |

标本接收时间： 13-04-17 10:50　　　　　　　　　检验者：　　　审核者：

注： 此检验结果只对送检标本负责，结果仅供临床医师参考！如有疑问，请于一周内联系！电话：