1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　vs.<br><br>KNORR SOLUTION, INC., SIU C. CHAN aka ALFRED CHAN, SIU WAI FUNG aka CALVIN FUNG and PING HONG LI<br><br>　　　　　　　　　Defendants. | Case No.: CV 10-8155 GAF (RZx)<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER CONTINUING DEBTOR'S EXAM OF ALRED CHAN** |

1 | Pending before the Court is Defendant Knorr Solution, Inc.'s ex parte
2 | application for continuance of debtor's exam of Alfred Chan.  The matter was heard
3 | and the Court in consideration of the factors and arguments presented by counsel
4 | weighs in favour of permitting impleader.  Accordingly, Defendant's motion is
5 | granted.
6 | **IT IS SO ORDERED.**
7 |
8 | Dated:
9 |
10 | _____
11 | Hon. Ralph Zarefsky
12 | United States Magistrate Judge.