1  Elizabeth G. Ellis, (SBN 218956)
   LAW OFFICES OF ELIZABETH G. ELLIS
2  6456 Surfside Drive
   Malibu, CA 90265
3  Tel.: (310) 456-8413
   Fax: (888) 795-3398
4  E-Mail: LizEllis@ellis-lawoffices.com

5

6  Attorneys for Third Party Defendants
   TRIO FOODS LIMITED, CHRIS HO
7  and GEORGE CHU

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V. | **Case No:** CV 10-8155 GAF (RZx) *Hon. Gary A. Feess (USDJ)* |
| 12             Plaintiffs, | **DECLARATION OF ELIZABETH G. ELLIS IN FURTHER SUPPORT OF ENFORCEMENT OF DEBTOR'S EXAMINATION ORDER RE:** |
| 13  v. | |
| 14  KNORR SOLUTION, INC., et al, | |
| 15             Defendants. | \*\* **TRAN DECLARATION IS A FABRICATION** \*\* |
| 16  KNORR SOLUTION, INC., a California corporation, | |
| 18             Third Party Plaintiff, | |
| 19  v. | |
| 20  UNILEVER FOOD SOLUTIONS, a Chinese entity, UNILEVER HONG KONG LIMITED, a Chinese entity, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive, | **Date:**       April 22, 2013 **Time:**       10:00 a.m. **Courtroom:** 540 |
| 25             Third Party Defendants. | |

**DECLARATION OF ELIZABETH G. ELLIS
IN SUPPORT OF DEBTOR EXAMINATION ORDER ENFORCEMENT**

## DECLARATION OF ELIZABETH G. ELLIS

I, Elizabeth G. Ellis, declare:

1.  I am counsel of record for *inter alia*, third party defendant Trio Foods Limited ("Judgment Creditor") in this action.  Third party defendants Alfred Chan and Knorr Solution, Inc. are represented y their counsel of record Cindy N. Tran[1]. The same parties are also represented by Cindy N. Tran in the case being litigated against them by the Judgment Creditor (for fraud and related damages in State court entitled *Trio Foods Limited v. Alfred Chan et al*, LASC BC454445 "State case").[2]  I have personal knowledge of the matters stated herein, and if called as a witness, would testify competently thereto.

2.  Based on Cindy Tran's declaration and unsubstantiated Notice of her client's unavailability (which was filed Friday, April 19, 2013) due to a sudden emergency (in China,  just 3 days prior to the Court Ordered Examination) due to a possible need of a kidney transplant (of deponent), I caused a medical expert to review the records annexed to the Tran Declaration over the weekend.  The result is as follows (to be followed up by a Declaration in admissible form):

3.  Dr. Edmund Cheong Hung Kei, is a graduate of Washington University St. Louis Medical School, ranked top three in the United States, is the reviewing physician ("Dr. Cheong").  Dr. Cheong is the Head Medical Director of Parkway Health Medical Centre in Hong Kong, a substantial health service group from Singapore.

4.  Dr. Cheong reports that based on the information contained in Alfred

---

[1] Ms. Tran worked for a firm representing these defendants since inception.  In early 2011, Ms. Tran opened her own firm and took over the case for Alfred Chan and his entities.

[2] See, FN1.

Chan's medical report, his (Alfred Chan's) condition does not warrant a kidney transplantation.  It is a routine insulin visit, not an emergency.  Accordingly, the Tran Declaration is a fabrication, not the truth (an allegation I do not take lightly).

5. George Chu, Officer of Creditor and Third party Defendant in this case, also informs me that Mr. Chan has diabetes which is not news to Mr. Chan.  Alfred Chan regularly visits Hong Kong to buy insulin since it is cheaper there.  A Declaration can be offered to show the state of mind of the Declarant Cindy Tran when she wrote here Declaration, which seeks to assist her client in evading the Debtor Examination of her client, whom she has known for a long time (as the dockets in the Federal and State court cases show, as do the Secretary of State records for the companies she is affiliated with on Alfred Chan's and her own behalf).

I declare under penalty of perjury that the foregoing is true and correct.   Executed in Malibu, California, this 22nd day of April, 2013.


*S/ Elizabeth G. Ellis*
ELIZABETH G. ELLIS

---

**DECLARATION OF ELIZABETH G. ELLIS**
**IN SUPPORT OF DEBTOR EXAMINATION ORDER ENFORCEMENT**

3