1  LAW OFFICE OF CINDY N. TRAN, APC
   Cindy N. Tran (SBN 228214)
2  Lisa Stilson (SBN 196059)
   225 S. Lake Avenue, Suite 300
3  Pasadena, California 91101-3009
   Tel: 626.432.7208
4  Fax: 626.638.0526

5  Attorneys for Defendant/Deponent Alfred Chan and Knorr Solution, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br><br>Plaintiffs,<br>    vs.<br><br>KNORR SOLUTION, INC., et al.<br><br>        Defendants.<br>─────────────────────────────<br>KNORR SOLUTION, INC., a California Corporation,<br><br>    Third Party Complainant,<br>    vs.<br><br>UNILEVER FOOD SOLUTIONS HONG KONG LIMITED, a Chinese corporation, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive<br><br>        Third Party Defendants. | Case No.: CV 10-8155 GAF (RZx)<br><br>**STATUS REPORT RE ALFRED CHAN**<br><br>Date:  April 22, 2013<br>Time: 10:00 a.m.<br>Dept: 540<br><br>Magistrate Judge Ralph Zarefsky |

This report is submitted pursuant to the order of Magistrate Judge Ralph Zarefsky on April 22, 2013 for weekly status report on Mr. Alfred Chan for availability to testify at the debtor's exam of Alfred Chan as officer for Knorr Solution, Inc.

Counsel has been informed that Mr. Chan is diagnose with coronary artery stenosis and requires a coronary artery interventional procedure.  He is currently receiving medication to lower his blood glucose and blood lipid levels before the doctor can perform this procedure to unclog his artery.  The doctor has prescribed a two week regiment of medication to lower his blood glucose and blood lipid to a safe level for the procedure.  Counsel is informed that Mr. Chan has been on this regiment since the weekend and that his medication prescription may change daily to adjust for his body's response to the medication.

Counsel will inform this Court of any changes to Mr. Chan's condition, when Mr. Chan expects to return to the United States, and when he actually lands in the United States as soon as Counsel learns this information from Mr. Chan or his family members and friends in China.

Dated: April 29, 2013                                        Respectfully submitted,

 /s/ Cindy N. Tran
Cindy N. Tran

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28