LAW OFFICE OF CINDY N. TRAN, APC
Cindy N. Tran (SBN 228214)
Lisa Stilson (SBN 196059)
225 S. Lake Avenue, Suite 300
Pasadena, California 91101-3009
Tel: 626.432.7208
Fax: 626.638.0526

Attorneys for Defendant/Deponent Alfred Chan and Knorr Solution, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br><br>Plaintiffs,<br>vs.<br><br>KNORR SOLUTION, INC., et al.<br><br>Defendants. | Case No.: CV 10-8155 GAF (RZx)<br><br>**STATUS REPORT RE ALFRED CHAN DATED MAY 6, 2013**<br><br>Date:  April 22, 2013<br>Time: 10:00 a.m.<br>Dept: 540<br><br>Magistrate Judge Ralph Zarefsky |
| KNORR SOLUTION, INC., a California Corporation,<br><br>Third Party Complainant,<br>vs.<br><br>UNILEVER FOOD SOLUTIONS HONG KONG LIMITED, a Chinese corporation, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive<br><br>Third Party Defendants. | |

1  This report is submitted pursuant to the order of Magistrate Judge Ralph Zarefsky on April 22, 2013 for weekly status report on Mr. Alfred Chan for availability to testify at the debtor's exam of Alfred Chan as officer for Knorr Solution, Inc.

At the present, Counsel is informed that Mr. Chan remains in China and is continuing his pharmaceutical regiment and waiting to undergo the coronary artery interventional procedure. No date has been set for this procedure as the doctor is still monitoring his blood glucose and blood lipid levels.

Counsel will inform this Court of any changes to Mr. Chan's condition, when Mr. Chan expects to return to the United States, and when he actually lands in the United States as soon as Counsel learns this information from Mr. Chan or his family members and friends in China.

Dated: May 6, 2013                                                      Respectfully submitted,

                                                                      /s/ Cindy N. Tran
                                                                     Cindy N. Tran