LAW OFFICE OF CINDY N. TRAN, APC
Cindy N. Tran (SBN 228214)
Lisa Stilson (SBN 196059)
225 S. Lake Avenue, Suite 300
Pasadena, California 91101-3009
Tel: 626.432.7208
Fax: 626.638.0526

Attorneys for Defendant/Deponent Alfred Chan and Knorr Solution, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V.<br><br>Plaintiffs,<br><br>vs.<br><br>KNORR SOLUTION, INC., et al.<br><br>Defendants.<br>_____<br><br>KNORR SOLUTION, INC., a California Corporation,<br><br>        Third Party Complainant,<br>    vs.<br><br>UNILEVER FOOD SOLUTIONS HONG KONG LIMITED, a Chinese corporation, TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual, and ROES 1-10, inclusive<br><br>        Third Party Defendants. | Case No.: CV 10-8155 GAF (RZx)<br><br>**STATUS REPORT RE ALFRED CHAN DATED MAY 13, 2013**<br><br>Date:  April 22, 2013<br>Time: 10:00 a.m.<br>Dept: 540<br><br>Magistrate Judge Ralph Zarefsky |

May 13, 2013 Status Report Re Alfred Chan                                                                                      1

This report is submitted pursuant to the order of Magistrate Judge Ralph Zarefsky on April 22, 2013 for weekly status report on Mr. Alfred Chan for availability to testify at the debtor's exam of Alfred Chan as officer for Knorr Solution, Inc.

At the present, Counsel is informed that Mr. Chan remains in China and is continuing his pharmaceutical regiment.  Mr. Chan's blood glucose and blood lipid levels remains elevated.  Counsel is also informed that Mr. Chan is trying to secure a plane ticket for a return flight to the U.S. on or about May 26, 2013.  No flight confirmation has been received at this time.

Counsel will inform this Court of any changes to Mr. Chan's condition, when Mr. Chan expects to return to the United States, and when he actually lands in the United States as soon as Counsel learns this information from Mr. Chan or his family members and friends in China.

Dated: May 13, 2013                                  Respectfully submitted,

                                                      /s/ Cindy N. Tran
                                                     Cindy N. Tran