# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNORR-NAEHRMITTEL AKTIENGESELLCHAFT and UNILEVER N.V., <br><br> Plaintiffs, <br><br> v. <br><br> KNORR SOLUTION, INC., a California corporation, et al., <br><br> Defendants. <br><br> KNORR SOLUTION, INC., a California Corporation, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> TRIO FOODS LIMITED, a Chinese limited company, CHRIS SHIU LEUNG HO, an individual, GEORGE CHU, an individual., et al., <br><br> Third-Party Defendants. | Case No. CV 10-08155-JFW (JEMx) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that:

1. Judgment Debtor Siu C. Chan, also known as Alfred Chan, principal officer of Knorr Solution, Inc., must SHOW CAUSE why he should not be held in civil contempt pursuant to Fed. R. Civ. P. 70(e), 28 U.S.C. § 1826, and 18 U.S.C. § 401(3). Judgment Debtor's written response to this Order to Show Cause ("OSC") shall be filed within fourteen (14) days.

2. A warrant shall issue for Judgment Debtor's arrest.

3. Judgment Debtor shall reimburse Judgment Creditors Trio Foods Limited, Chris Shiu Leung Ho, and George Chu for reasonable attorney's fees in the amount of $5,965.00, payable immediately.

4. Judgment Debtor shall accept service of the OSC via this Court's CM/ECF system on his counsel of record, Albert Lum, Esq.

**IT IS SO ORDERED.**

DATED: February 8, 2016

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2